EXHIBIT A
(Proposed Order)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO FILE UNREDACTED COMPLAINT UNDER SEAL** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, a California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation, | |
| Defendants. | |
| -and- | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

[PROPOSED] ORDER GRANTING
EX PARTE MOTION TO
SEAL COMPLAINT – Page 1

This matter came to the Court upon the *Trustee's Ex Parte Motion to File Unredacted Complaint Under Seal* (the "Motion") [AP ECF 1]. The Court having reviewed the Motion and the record of this Court and

FINDING THAT the *Order Regarding Production of Documents Responsive to Rule 2004 Order and Placing Limits on the Use of Confidential Information in Such Documents*, dated August 13, 2020 [ECF No. 673] (the "Protective Order") requires the Trustee to file under seal confidential information, within the meaning of the Protective Order; and

FURTHER FINDING that Perkins Coie has designated certain material as confidential pursuant to the Protective Order; that the Trustee has filed a redacted version of the Complaint; and that the Trustee now seeks to file the unredacted version of the Complaint under seal; and

FURTHER FINDING that the Trustee has shown a compelling reason for filing the Complaint under seal and has also shown specific prejudice or harm if the Complaint were not filed under seal. Specifically, the Protective Order required the Trustee to seek this Order. Filing an unredacted version would have exposed the Trustee to contempt.

BASED ON THE FOREGOING IT IS HEREBY ORDERED:

1. The Motion is granted;
2. The Trustee shall file the Complaint under seal; and

[PROPOSED] ORDER GRANTING
EX PARTE MOTION TO
SEAL COMPLAINT – Page 2

3. The Trustee may serve the unredacted version of the Complaint upon the Defendants.

///END OF ORDER///

Presented by:

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

[PROPOSED] ORDER GRANTING
EX PARTE MOTION TO
SEAL COMPLAINT – Page 3