| | |
|---|---|
| Pamela M. Egan, WSBA No. 54736<br>POTOMAC LAW GROUP PLLC<br>1905 7th Ave. W<br>Seattle, WA 98119<br>Telephone: (415) 297-0132<br>Email: pegan@potomaclaw.com<br>*Attorneys for Mark D. Waldron, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>            Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>            Defendants,<br><br>- and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>            Nominal Defendant. | Adv. Case No. 20-80031<br><br>**SUBMISSION OF SIGNED VERIFICATION TO AMENDED VERIFIED COMPLAINT FOR (I) BREACH OF FIDUCIARY DUTY TO GIGA WATT, INC., (DEFENDANTS PERKINS COIE LLP AND LOWELL NESS) (II) AIDING AND ABETTING GIGA WATT PTE. LTD.'S BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANTS PERKINS COIE LLP AND LOWELL NESS), (III) BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT GIGA WATT PTE. LTD. )AND (IV) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY (DEFENDANT ANDREY KUZENNY)** |

SUBMISSION OF VERIFICATION - P a g e | 1

# VERIFICATION OF AMENDED/CORRECTED COMPLAINT

I, Mark D. Waldron, am the duly-appointed Chapter 7 Trustee in the above-captioned bankruptcy case. I have reviewed the Complaint. I believe the allegations set forth therein are true based upon my personal knowledge and where applicable based on my investigation and review of documents in this case.

I declare under penalty of perjury that the foregoing is true.

Signed this 19th day of November 2020 in Tacoma, Washington.

_____
Mark D. Waldron, in his capacity as the Chapter 7 Trustee

— Page 1