| | |
|---|---|
| 1 | Pamela M. Egan, WSBA No. 54736 |
| | POTOMAC LAW GROUP PLLC |
| 2 | 1905 7th Ave. W |
| | Seattle, WA 98119 |
| 3 | Telephone: (415) 297-0132 |
| | Email: pegan@potomaclaw.com |
| 4 | *Attorneys for Mark D. Waldron, Chapter 7 Trustee* |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **NOTICE OF ERRATA RE TITLE OF AMENDED VERIFIED COMPLAINT FOR (I) BREACH OF FIDUCIARY DUTY TO GIGA WATT, INC., (DEFENDANT PERKINS COIE LLP AND LOWELL NESS) (II) AIDING AND ABETTING GIGA WATT PTE. LTD.'S BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT PERKINS COIE LLP AND LOWELL NESS), (III) BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT GIGA WATT PTE. LTD. )AND (IV) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY (DEFENDANT ANDREY KUZENNY)** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

NOTICE OF ERRATA – Page 1

20-80031-FPC   Doc 8   Filed 11/20/20   Entered 11/20/20 13:10:44   Pg 1 of 2

Mark D. Waldron, as the Chapter 7 Trustee in the above-captioned main case and in such capacity the Plaintiff in the above-captioned adversary proceeding, hereby submits this Notice of Errata:

1. The caption of the Verified Complaint [ECF No. 6] incorrectly stated that the Verified Complaint was amended. The Verified Complaint was <u>not</u> amended. Instead, the redaction of the Verified Complaint was corrected. Therefore, "Amended," in the caption should read, " [Redaction Corrected]."

2. The caption of the Verification of Amended Complaint [ECF No. 7] should read Verification of [Redaction Corrected] Complaint.

Dated: November 20, 2020         POTOMAC LAW GROUP PLLC

By:     /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

NOTICE OF ERRATA – Page 2