Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

                            Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

                            Plaintiff,

vs.

PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,

                            Defendants,

-and-

THE GIGA WATT PROJECT, a partnership,

                            Nominal Defendant.

No. 18-03197 FPC 7

The Honorable Frederick P. Corbit

Chapter 7

Adv. Case No. 20-80031-FPC

**NOTICE OF APPEARANCE**

NOTICE OF APPEARANCE - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 10    Filed 11/23/20    Entered 11/23/20 15:42:13    Pg 1 of 3

TO: Plaintiff Mark D. Waldron, Chapter 7 Trustee;

AND TO: Pamela M. Egan, his counsel of record:

PLEASE TAKE NOTICE that the appearances on behalf of defendants Perkins Coie PC and Lowell Ness are hereby entered in the above-entitled action through the undersigned attorneys. You are directed to serve all future pleadings or papers, except original process, upon the following attorneys at the address indicated.

>Bradley S. Keller
>Ralph E. Cromwell, Jr.
>Jofrey M. McWilliam
>Byrnes Keller Cromwell LLP
>1000 Second Avenue, 38th Floor
>Seattle, WA 98104
>(206) 622-2000
>Fax: (206) 622-2522

DATED this 23rd day of November, 2020.

>BYRNES KELLER CROMWELL LLP
>
>By /s/ Bradley S. Keller
>  Bradley S. Keller, WSBA #10665
>By /s/ Ralph E. Cromwell, Jr.
>  Ralph E. Cromwell, Jr., WSBA #11784
>By /s/ Jofrey M. McWilliam
>  Jofrey M. McWilliam, WSBA #28441
>1000 Second Avenue, 38th Floor
>Seattle, Washington 98104
>206-622-2000
>Fax: 206-622-2522
>Email: bkeller@byrneskeller.com
>    rcromwell@byrneskeller.com
>    jmcwilliam@byrneskeller.com
>*Attorneys for Perkins Coie LLP*

NOTICE OF APPEARANCE - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 10    Filed 11/23/20    Entered 11/23/20 15:42:13    Pg 2 of 3

# CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

                                          By /s/ Ralph E. Cromwell, Jr.
                                                Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF APPEARANCE - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 10    Filed 11/23/20    Entered 11/23/20 15:42:13    Pg 3 of 3