JOHN D. MUNDING
MUNDING, P.S.
9425 N. Nevada St., Suite 212
Spokane, WA 99218
John@mundinglaw.com
(509) 624-6464

Attorney for Perkins Coie, LLP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>GIGA WATT, INC., a Washington corporation,<br>　　　　　　　　Debtor | No. 18-03197-FPC7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>　　　　　　　Defendant,<br>　　　-and-<br>THE GIGA WATT PROJECT, a partnership,<br><br>　　　　　　Nominal Defendant. | Adv. Case No. 20-80031-FPC<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL JOHN D. MUNDING & MUNDING P.S. ON BEHALF OF DEFENDANTS PERKINS COIE, LLP AND LOWELL NESS** |

NOTICE OF APPEARANCE - 1

MUNDING, P.S.
9425 N. NEVADA ST. SUITE 212.
SPOKANE, WA 99218
(509) 624-6464

TO: Plaintiff Mark D. Waldron, Chapter 7 Trustee;

AND TO: Pamela M. Egan, his counsel of record:

PLEASE TAKE NOTICE that John D. Munding, of Munding, P.S., hereby appears in the above captioned action on behalf of defendants Perkins Coie LLP and Lowell Ness.

The undersigned counsel is licensed and admitted to practice law before this Court. You are directed to serve all future pleadings or papers, except original process, upon the following attorney at the address indicated and/or utilizing the Court's ECF / PACER electronic service system upon the undersigned at:

John D. Munding
Munding, P.S.
9425 N. Nevada St. Suite 212
Spokane, WA 99218
John@Mundinglaw.com

DATED this 7th day of December, 2020.

MUNDING, P.S.

/s/ John D. Munding, Attorney
JOHN D. MUNDING, WSBA # 21734
Counsel for Defendant Perkins Coie LLP

NOTICE OF APPEARANCE - 2

MUNDING, P.S.
9425 N. NEVADA ST. SUITE 212.
SPOKANE, WA 99218
(509) 624-6464

20-80031-FPC    Doc 13    Filed 12/07/20    Entered 12/07/20 09:57:58    Pg 2 of 3

## CERTIFICATE OF SERVICE

I, John D. Munding, attorney and employee of Munding, P.S., hereby certify that on December 7, 2020, a copy of the forgoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties, including Plaintiff's counsel, through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

*/s/ John D. Munding*
John D. Munding, WSBA#21734