Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Attorneys for Mark D. Waldron, as Ch. 7 Trustee, Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

CERTIFICATE OF SERVICE – Page 1

I, Pamela M. Egan, certify that I am more than 18 years of age and not a party to the above-captioned main case or adversary proceeding. I further certify that service of the following documents

- Summons in an Adversary Proceeding [Adv. P. Doc. 12]
- [UNREDACTED; FILED UNDER SEAL] Verified Complaint [Adv. P. Doc. 11]
- Order Granting Trustee's Ex Parte Motion to File Unredacted Complaint Under Seal [Main Case Doc. 9]
- [REDACTED] Verified Complaint [Adv. P. Doc. 6]
- Submission of Signed Verification to Verified Complaint [Adv. P. Doc. 7]
- Notice of Errata re Title of Verified Complaint [Adv. P. Doc. 8] and
- Notice of Scheduling Conference [Adv. P. Doc. 4]

was made on December 7, 2020 by first class United States mail, postage fully pre-paid at the addresses listed below:

Registered Agent for Perkins Coie LLP
Lawco of Washington, Inc.
1201 Third Ave., Suite 4900
Seattle, WA 98101-3095

Lowell Ness, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

Mr. Andrey Kuzenny
1687 Stone Canyon Road
Los Angeles, CA 90077

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed this 7th day of December 2020 in Seattle, Washington.

_____
Pamela M. Egan (WSBA No. 54736)
Potomac Law Group PLLC
1905 7th Avenue W.
Seattle, WA 98119

CERTIFICATE OF SERVICE – Page 2