JOHN D. MUNDING
MUNDING, P.S.
9425 N Nevada St., Ste 212
Spokane, WA 99218
(509) 624-6464
john@mundinglaw.com
*Attorneys for Defendants*
*Perkins Coie, LLP and Lowell Ness*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington Corporation,<br><br>Debtor.<br><br>MARK D. WALDRON, as Chapter 7 Trustee;<br><br>Plaintiff,<br><br>v.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT, PTE., LTD a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>Defendants, | Case No. 18-03197-FPC7<br>Chapter 7<br><br><br><br>Adversary Case No. 20-80031-FPC<br><br><br><br>CERTIFICATE OF E-SERVICE |

I, Karen Munding, declare and state as follows:

1. That I am and at all times hereinafter mentioned a citizen of the United

CERTIFCATE OF E-SERVICE - 1

States, an employee of MUNDING, P.S., over the age of 18 years, and not a party to this action.

2. That on the 31st day of December, 2020, I electronically filed *Defendants' Motion For Order Granting Withdrawal Of The District Court's Reference Pursuant to 28 U.S.C. §157* (Dkt No. 17) ("Motion") and *Memorandum In Support Of Defendants' Motion For Order Granting Withdrawal Of the District Court's Reference Pursuant to 28 U.S.C. §157* (Dkt. No 18) ("Memo ISO Motion"), with the Clerk of the Court, using the CM/ECF system, which served the foregoing documents electronically upon **all** individuals who receive automatic electronic notification of filings in this matter including:

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com

John D Munding on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness John@Mundinglaw.com, Karen@mundinglaw.com

DATED this 3rd day of January, 2021.

                                          MUNDING, P.S.
                                          */s/ Karen Munding*
                                          Karen Munding