Elon Berk, Esq. [SBN 209642]
**GUROVICH, BERK & ASSOCIATES, APC**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
**Andrey kuzenny**

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>GIGA WATT, a Washington Corporation<br><br>Debtor<br>_____<br>MARK D. WALDRON, Chapter 7 Trustee<br><br>Plaintiffs,<br><br>v.<br><br>PERKINS COIE, LLP, et al.<br><br>Defendants.<br>_____ | **Case No.: 18-03197 FPC 11**<br>**[Assigned to the Hon. Fredrick P. Corbit for all purposes]**<br><br>**Adv. Case No.: 20-80031**<br><br>**ANSWER OF DEFENDANT ANDREY KUZENNY TO COMPLAINT FOR DAMAGES** |

COMES NOW Defendant ANDREY KUZENNY (hereinafter "KUZENNY"), by and through counsel, and in Answer to Plaintiff's Complaint, states and alleges as follows:

1. Defendant KUZENNY admits the allegations contained in Paragraphs 1 and 37 of Plaintiff's Complaint.

2. Defendant KUZENNY has insufficient information upon which to form a belief as to the truth of the allegations contained in

---

VERIFIED ANSWER

paragraphs 2, 6, 7, 12, 13, 18 through 33, 35, 36, 38, 40 through 62, 64, and 65 of Plaintiff's Complaint, and therefore denies the same.

3. Defendant KUZENNY invokes his privilege against self-incrimination as guaranteed by the Fifth Amendment of the Constitution of the United States as to allegations contained in paragraphs 8 through 11, 14 through 17, 34, 39, 63 and 66 of Plaintiff's Complaint and therefore cannot admit nor deny such allegations.

4. KUZENNY is not a named Defendant in the First, Second and Thrid Causes of Action and, therefore, is not responding to Paragraphs 67 through 86 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint, and each purported cause of action therein, fail to state a cause of action upon which relief can be granted against Defendant KUZENNY.

2. Plaintiff's Complaint, and each purported cause of action therein, is barred by the doctrines of acquiescence, waiver, laches and estoppel.

3. Defendant KUZENNY acted reasonably and in good faith at all times material herein based upon all relevant facts and circumstances known by it at the time it so acted and, accordingly, Plaintiff is barred from recovery for this action and each purported cause of action asserted therein.

4. Defendant KUZENNY is informed and believes, and on that basis alleges, that the matters complained of in Plaintiff's Complaint, and in each purported cause of action therein, were

proximately caused by the acts or omissions of third parties other than Defendant KUZENNY.

5. Defendant KUZENNY is informed and believes, and on that basis alleges, that Plaintiff has failed and continues to fail to take any steps reasonably necessary to mitigate its damages, if in fact it has sustained any damages, which Defendant KUZENNY denies.

6. The Complaint, and each purported cause of action therein, fails to state facts sufficient to allege the existence of or the breach of any legal duty or obligation, if any, owed by Defendant KUZENNY to Plaintiff.

7. Defendant KUZENNY is informed and believes, and on that basis alleges, that any damage or injuries sustained by Plaintiff, if any there be, are a consequence of a known risk voluntarily and knowingly undertaken by Plaintiff and Plaintiff is barred from recovery thereof.

8. Even if Defendant KUZENNY be found to have acted as alleged in the Complaint, each purported cause of action therein, such conduct was justified, excused and/or privileged.

9. Defendant KUZENNY at all times material to the Complaint herein acted in good faith.

10. Plaintiff failed to perform the required conditions precedent as to each purported cause of action in the Complaint.

11. The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a claim against Defendant KUZENNY for costs and/or fees.

12. An award of exemplary or punitive damages in this case would be violative of the due process clause of the United States Constitution, including for the reasons that such damages are awarded

in a vague and arbitrary manner, without any upper limit, and without the application of proper standards and guidelines. Any award of exemplary or punitive damages in excess of or disproportionate to legislatively established punishments for similar conduct if further vocative of the due process protections of the United States Constitution.

WHEREFORE, Defendant KUZENNY prays that this Court deny Plaintiff's Complaint in its entirety, grant judgment in favor of Defendant KUZENNY, grant Defendant KUZENNY its costs incurred herein, and for any other relief that this Court deems just and proper.

Dated: January 7, 2021

Respectfully Submitted,
GUROVICH, BERK & ASSOCIATES
By: **/s/ Elon Berk**
Elon Berk, Esq.
Attorney for Defendant
Andrey Kuzenny

**VERIFICATION**

I, Andrey Kuzenny, hereby verify and declare under penalty of perjury that I have read the foregoing Verified Answer to Verified Complaint and know the contents thereof, and that the matters contained in the Answer are true to the best of my knowledge, information, and belief. I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: January 7, 2021

_____
Andrey Kuzenny

---

VERIFIED ANSWER
Page 4 of 4