Donald A. Boyd, WSBA No. 17376
Zachary P. Hummer, WSBA No. 43249
HUMMER BOYD PLLC
6 South 2nd Street, Ste. 1016
Yakima, WA 98901
Ph:    |509| 895-2500
Fax:    |509| 895-2510
E-mail:    dboyd@hummerboyd.com;
zhummer@hummerboyd.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, A Washington Corporation,<br><br>Debtor. | Case No. 18-03197-FPC 7<br><br>The Honorable Fredrick P. Corbit |
| MARK D. WALDRON, Chapter 7 Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, GIGA WATT PTE, LTD., A Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>Defendants,<br><br>-and-<br><br>THE GIGA WATT PROJECT, a partnership.<br><br>Nominal Defendant. | Adv. Case No.: 20-80031 - FPC<br><br>**NOTICE OF APPEARANCE PRO HOC VICE** |

**NOTICE OF APPEARANCE**
**PRO HOC VICE**

Page 1 of 4

**HUMMER BOYD** PLLC
6 SOUTH 2nd STREET, STE. 1016
YAKIMA, WASHINGTON 98901
Ph: |509| 895-2500   Fax: |509| 895-2510
www.hummerboyd.com

TO:        CLERK OF THE COURT;
AND TO:    PLAINTIFF, MARK D. WALDRON, CHAPTER 7 TRUSTEE;
AND TO:    PAMELA LM. EGAN, his counsel of record;
AND TO:    ALL INTERESTED PARTIES

PLEASE TAKE NOTICE THAT DONALD A. BOYD of HUMMER BOYD

PLLC, enters his limited appearance in association with Elon Berk of GUROVICH, BERK

& ASSOCIATES, APC, on behalf of their client, defendant, ANDREY KUZENNY, for

the purpose of filing the Answer to Complaint of Andrey Kuzenny and assisting with the

filing of an application to appear pro hoc vice by Elon Berk and Gurovich, Berk &

Associates, APC, is hereby entered in the above-entitled action.  You are directed to serve all

future pleadings or papers, except original process, upon the following attorneys at the

address indicated:

> Donald A. Boyd
> Zachary P. Hummer
> HUMMER BOYD PLLC
> 6 S. 2nd Street, Suite 1016
> Yakima, WA  98901
> (509) 895-2500
> (509) 895-2510 (fax)

DATED this __8th__ day of January, 2021.

_Donald A. Boyd_

Donald A. Boyd, WSBA No. 17376
Zachary P. Hummer, WSBA No. 43249
**HUMMER BOYD PLLC**
Attorneys for Defendant, ANDREY KUZENNY

**NOTICE OF APPEARANCE**
**PRO HOC VICE**
Page 2 of 4

**HUMMER BOYD** PLLC
6 SOUTH 2nd STREET, STE. 1016
YAKIMA, WASHINGTON 98901
Ph. (509) 895-2500  Fax (509) 895-2510
www.hummerboyd.com

# DECLARATION OF SERVICE

The undersigned declares under the penalty of perjury under the laws of the State of Washington that, on the ____ day of January, 2021, (s)he caused the foregoing document to be served upon the following person(s) via the method(s) indicated:

| Recipient | Service Method |
|---|---|
| Pamela Marie Egan<br>Potomac Law group PLLC<br>1905 7th Ave. W<br>Seattle, WA 98119<br>415-297-0132<br>Email: pegan@potomaclaw.com<br>(Counsel for Plaintiff Mark D. Waldron) | ____ Personal Delivery<br>____ Attorney Messenger Service<br>✓ First Class Mail<br>____ Certified Mail<br>____ Parcel Service<br>____ E-mail<br>____ Facsimile |
| Ralph E Cromwell, Jr<br>Byrnes Keller Cromwell LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>206-622-2000<br>Email: rcromwell@byrneskeller.com<br>(Counsel for Defendants Perkin Coie LLP and Lowell Ness) | ____ Personal Delivery<br>____ Attorney Messenger Service<br>✓ First Class Mail<br>____ Certified Mail<br>____ Parcel Service<br>____ E-mail<br>____ Facsimile |
| John D Munding<br>Munding, P.S.<br>9425 N Nevada St.,Ste 212<br>Spokane, WA 99218<br>509-624-6464<br>Email: John@Mundinglaw.com | ____ Personal Delivery<br>____ Attorney Messenger Service<br>✓ First Class Mail<br>____ Certified Mail<br>____ Parcel Service<br>____ E-mail<br>____ Facsimile |

**HUMMER BOYD** PLLC
6 SOUTH 2nd STREET, STE. 1016
YAKIMA, WASHINGTON 98901
Ph: (509) 895-2500 Fax: (509) 895-2510
www.hummerboyd.com

Elon Berk
GUROVICH, BERK & ASSOCIATES
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
TEL: 818-205-1555
Email: eberk@crimlawla.com

____ Personal Delivery
____ Attorney Messenger Service
✓ First Class Mail
____ Certified Mail
____ Parcel Service
____ E-mail
____ Facsimile

DATED this ____ day of January, 2021.

KARI R. VOELKER, Paralegal
Hummer Boyd PLLC

**NOTICE OF APPEARANCE**
**PRO HOC VICE**

**HUMMER BOYD** PLLC
6 SOUTH 2nd STREET, STE. 1016
YAKIMA, WASHINGTON 98901
Ph: (509) 895-2500 Fax: (509) 895-2510
| www.hummerboyd.com |

20-80031-FPC    Doc 23    Filed 01/08/21    Entered 01/08/21 12:18:16    Pg 4 of 4