## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:                                              )        Case No. 18-03197
Giga Watt, Inc.                                     )
                                                    )
                              Debtor(s)             )        Adv. Proc. No. 20-80031
Mark D. Waldron, as Chapter 7 Trustee               )
                                                    )        **CERTIFICATE OF COMPLIANCE**
                              Plaintiff             )        **WITH LBR 9019-2 (MEDIATION)**
Perkins Coie, LLP, et al.,                          )
                                                    )
                              Defendant             )

Pursuant to Local Bankruptcy Rule 9019-2, each party certifies that he or she considered mediation to resolve the dispute.

DATED: January 8, 2021

_M. WALDRON, Trustee_

**Note**: This Certificate shall be filed by each party.

CERTIFICATE OF COMPLIANCE WITH LBR 9019-2 (MEDIATION)