Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **PLAINTIFF'S MOTION TO STRIKE JURY DEMAND** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, *et al.*, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

Mark D. Waldron, in his capacity as the duly-appointed Chapter 7 Trustee, by and through his attorneys, moves to strike the jury demand asserted by Perkins

Motion to Strike Jury Demand - P a g e | **1**

Coie LLP and Lowell Ness (collectively, "Perkins Coie"). This Motion is supported by the Memorandum of Points and Authorities, filed herewith.

Wherefore, the Plaintiff respectfully requests that the Court strike Perkins Coie's jury demand and grant such other and further relief as the Court deems necessary and just.

Dated: February 5, 2021          POTOMAC LAW GROUP PLLC

By:      /s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Motion to Strike Jury Demand - P a g e | 2