Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter:  7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>                                            Debtor.<br>MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                                            Plaintiff,<br>    vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>                                       Defendants<br>    and<br>THE GIGA WATT PROJECT, a partnership,<br><br>                     Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**DECLARATION OF RALPH E. CROMWELL, JR.** |

DECLARATION OF RALPH E. CROMWELL, JR. - 1

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

Ralph E. Cromwell, Jr., declares as follows:

1.  I am an attorney licensed to practice law in Washington. I am one of the attorneys representing defendants Perkins Coie LLP and Lowell Ness in this matter. I have personal knowledge of the following.

2.  When the Trustee issued a Rule 2004 subpoena to Perkins last summer, I was the attorney principally responsible for reviewing files provided by in-house counsel at Perkins to locate responsive, non-privileged documents. One of the document requests issued by the Trustee asked for any agreements regarding an escrow. In reviewing Perkins' file, I did not find any conventional escrow agreement regarding the sale of tokens to access facilities operated by the Debtor in Wenatchee. That is to say, I did not locate any contractual document, to which Perkins was a party, which mentioned an escrow or which gave directions regarding the operation of an escrow. I did locate one or two emails which referenced placing the proceeds of token sales into Perkins' IOLTA account as being an "escrow" which were produced to the Trustee. Some of those emails are referenced or quoted in the Amended Complaint. Perkins also produced an Excel spreadsheet showing all money in and out of its account and some 4,500 pages of emails relating largely to the administration of funds in the IOLTA account.

3.  Attached hereto as Exhibit 1 is a true and correct copy of an email which I received from the Trustee's counsel on September 9, 2020. In reviewing Perkins'

DECLARATION OF RALPH E. CROMWELL, JR. - 2

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

files, I found no indication that Perkins had ever received or reviewed the version of the "WTT Token Purchase Agreement" attached to this email.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an email which I sent to the Trustee's counsel on September 15, 2020.  Attached to that email is an email dated May 17, 2017, with a "WTT Purchase Agreement" which my office partially redacted.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an unredacted version of the "WTT Purchase Agreement," which was attached to the May 17, 2017, email referenced in paragraph 4.

6.      For ease of reference, attached hereto as Exhibit 4 is a true and correct copy of a copy of a letter dated August 2, 2018, which is hyperlinked to the Amended Complaint in this matter.  I have not included the exhibits to the letter which are extensive and not relevant.

7.      For ease of reference, attached hereto as Exhibit 5 is a true and correct copy of a copy of Claim 365 filed by Giga Watt Pte. Ltd. the underlying bankruptcy.

8.      The narrative and calculations on pages 6-9 of the Opposition of Perkins and Ness to Trustee's Motion to Strike Jury Demand reflect my efforts to understand how money transferred in and out of Perkins' IOLTA account relates to the Trustee's belief that funds were improperly disbursed from that account.  Much of the information referenced was extracted from a spreadsheet generated by Perkins but that

DECLARATION OF RALPH E. CROMWELL, JR. - 3

BYRNES ✦ KELLER ✦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

information is now referenced by the Trustee in his Amended Complaint, so I have not attached the spreadsheet hereto.

9. For ease of reference, attached hereto as Exhibit 6 is a true and correct copy of the Trustee's Interim Report, ECF No. 631.

DATED this 26th day of February, 2021.

BYRNES KELLER CROMWELL LLP

By /s/ Ralph E. Cromwell, Jr.
   Ralph E. Cromwell, Jr., WSBA #11784
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

DECLARATION OF RALPH E. CROMWELL, JR. - 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

DECLARATION OF RALPH E. CROMWELL, JR. - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000