# EXHIBIT 2

20-80031-FPC    Doc 43-2    Filed 02/26/21    Entered 02/26/21 16:12:41    Pg 1 of 4

| | |
|---|---|
| **From:** | Ralph Cromwell |
| **Sent:** | Tuesday, September 15, 2020 10:25 AM |
| **To:** | Pamela M. Egan |
| **Subject:** | FW: GigaWatt - Perkins Additional Document |
| **Attachments:** | PC_004526-PC_004527.pdf |

**From:** Mika Kitamura
**Sent:** Tuesday, September 15, 2020 9:00 AM
**To:** Ralph Cromwell
**Subject:** GigaWatt - Perkins Additional Document

Attached is an additional email produced by Perkins Coie. (Doc. Nos. PC4526-27).

**Mika L. Kitamura, Paralegal Manager**
BYRNES KELLER CROMWELL LLP
1000 Second Avenue Suite 3800 | Seattle Washington 98104
Tel 206.622.2000 | Fax 206.622.2522
mkitamura@byrneskeller.com | www.byrneskeller.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please immediately e-mail the sender at mkitamura@byrneskeller.com and destroy all copies.

| | |
|---|---|
| **From:** | Katrina Grant <katrina@cryptonomos.com> |
| **Sent:** | Wednesday, May 17, 2017 1:14 PM |
| **To:** | Ness, Lowell D. (PAO) |
| **Subject:** | Review of the White Paper and Token Purchase Agreement |
| **Attachments:** | Form of Token Purchase Agreement-WTT-auto.docx; GigaWattWhitePaper964-revised_7.docx |

Lowell, attached is the final version of White Paper and a Token Purchase Agreement that would be incorporated into the web-site, so every purchaser would click "Accept" button before making payment.

Could you please review both documents and let me know if it works.

We are starting presale on the 19th and we should publish White Paper by the end of the day tomorrow. I would greatly appreciate your prompt response.

Sincerely,
Katrina

1

CONFIDENTIAL
20-80031-FPC   Doc 43-2   Filed 02/26/21   Entered 02/26/21 16:12:41   Pg 3 of 4
PC_004526

# WTT PURCHASE AGREEMENT

This WTT Purchase Agreement (this "Agreement") is made by and between GigaWatt Pte. Ltd., a Singapore company (the "Company"), and you ("Purchaser") on [Date].

## REDACTED

1. **Sale of WTT.** Subject to the terms and conditions of this Agreement, simultaneously with the acceptance of this Agreement by Purchaser (the "Purchase Date"), the Company is hereby selling to Purchaser, and Purchaser is purchasing from the Company, [Number of Tokens] of Giga Watt Project tokens (the Giga Watt Project tokens purchased hereunder are referred to as the "WTT Tokens") at a purchase price of $[Price Paid] per WTT Tokens (the aggregate purchase price paid for the WTT Tokens is referred to as the "Aggregate Purchase Price"). The Aggregate Purchase Price shall be paid in full by the Purchaser on the Purchase Date.

2. **Cryptonomos.** Sale of the WTT Tokens is conducted only through the platform Cryptonomos "Cryptonoms"), where the Purchaser shall register his/her/it account, in order to purchase WTT Tokens.

3. **Escrow.** Funds collected from the Purchaser will be deposited to the escrow account held in Trust by Perkins Coie until the WTT Tokens are issued to the Purchaser. All funds paid in BTC or ETH will be converted to the U.S. dollars based on the exchange rate at any time of conversion within 24 hours from the time of purchase.

## REDACTED