# Notice Recipients

District/Off: 0980−2          User: notice          Date Created: 4/22/2021
Case: 20−80031−FPC          Form ID: pdf002          Total: 6

**Recipients of Notice of Electronic Filing:**
aty          Donald A Boyd          dboyd@hummerboyd.com
aty          John D Munding          John@Mundinglaw.com
aty          Pamela Marie Egan          pegan@potomaclaw.com
aty          Ralph E Cromwell, Jr          rcromwell@byrneskeller.com

                                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Perkins Coie LLP          Chicago          131 South Dearborn Street          Suite 1700          Chicago, IL 60603−3559
             U.S.
ust          US Trustee          US Court House          920 W Riverside Ave, Suite 593          Spokane, WA 99201

                                                            TOTAL: 2