JOHN D. MUNDING
MUNDING, P.S.
309 E Farwell Rd., Ste 310
Spokane, WA 99218-1152
(509) 590-3849
john@mundinglaw.com
*Attorneys for Defendants*
*Perkins Coie, LLP and Lowell Ness*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC7<br>Chapter 7 |
| GIGA WATT, Inc., a Washington Corporation, | |
| Debtor. | Adversary Case No. 20-80031-FPC |
| MARK D. WALDRON, as Chapter 7 Trustee; | **CERTIFICATE OF E-SERVICE** |
| Plaintiff, | |
| v. | |
| PERKINS COIE, LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT, PTE., LTD a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation, | |
| Defendants, | |

I, Karen Munding, declare and state as follows:

1. That I am and at all times hereinafter mentioned a citizen of the United

CERTIFCATE OF E-SERVICE - 1

States, an employee of MUNDING, P.S., over the age of 18 years, and not a party to this action.

2. That on the 6th day of May, 2021, I electronically filed *Notice Of Appeal And Election To Have District Court Hear Appeal* (Dkt No. 61) ("Notice") and *Motion For Leave To Appeal* (Dkt. No 62) ("Motion for Leave"), with the Clerk of the Court, using the CM/ECF system, which served the foregoing documents electronically upon **all** individuals who receive automatic electronic notification of filings in this matter including:

Donald A Boyd on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com, lyoshinaga@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com

John D Munding on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness John@Mundinglaw.com, Karen@mundinglaw.com

DATED this 8th day of May, 2021.

                                                  MUNDING, P.S.
                                                  */s/ Karen Munding*
                                                  Karen Munding