Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP
and Lowell Ness

The Honorable Frederick P. Corbit
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

       Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

       Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

       Defendants

and

THE GIGA WATT PROJECT, a partnership,

       Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Defendants/Appellants Perkins Coie, LLP and Lowell Ness ("Perkins Coie"), under Title 11 of the United States Code, §§ 101 *et seq*. (the "Bankruptcy Code"), in this adversary proceeding [Adv. Case No. 20-80031], by and through the undersigned counsel, hereby file, pursuant to Bankruptcy Rule 8009, their Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal to the United States District Court for the Eastern District of Washington on defendants' appeal from the following orders of the Bankruptcy Court:

    1.    Order Granting Motion to Strike Jury Demand [Docket No. 49] entered in Adversary Proceeding No. 20-80031 by the Bankruptcy Court, Honorable Frederick P. Corbit, on April 22, 2021; and

    2.    Order Denying Perkins' and Ness' Motion to Compel Arbitration and Stay [Docket No. 51] entered in Adversary Proceeding No. 20-80031 by the Bankruptcy Court, Honorable Frederick P. Corbit, on April 22, 2021.

## I. STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erroneously held that defendants did not have a right to trial by jury, and improperly granted the Trustee's motion and struck defendants' jury demand, because (a) the Trustee's claims are legal, not equitable, (b) the relief sought by the Trustee is legal, not equitable, (c) the Court erroneously applied the law of trusts, (d) the Court erroneously analyzed claims that were not pled and ignored the claims and allegations that were pled, (e) the Court improperly considered and factored its own equitable role and powers into its analysis and

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 68   Filed 05/20/21   Entered 05/20/21 14:59:15   Pg 2 of 17

decision, and (f) the Court erroneously disregarded and refused to apply controlling precedent.

2. Whether the Bankruptcy Court erroneously denied defendants' Motion to Compel Arbitration and Stay because (a) defendants are entitled, under the Federal Arbitration Act and relevant authorities interpreting and applying it, to enforce against the Trustee (and the Debtor) the arbitration provisions of applicable token purchase agreements, (b) the Court erroneously applied and/or failed to consider controlling precedent regarding enforcement of arbitration agreements by non-signatories, and (c) the Court erroneously fashioned a separate and distinct oral or implied escrow agreement, and in doing so improperly made implicit findings of fact that were premature at this stage of the proceedings, that were contrary to the allegations of the Trustee's Complaint, and which, at minimum, were subject to limited discovery and a trial by jury.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| 1 | 11/18/2020 | 1 | DOCUMENT access restricted at filing party's request as document contains attorney-client privilege. See Docket 6 for redacted document. Adversary case 20-80031. COMPLAINT. Fee Amount $350. (Attachments: # 1 Exhibit A) Nature of Suit: (14 (Recovery of money/property - other)) (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Egan, Pamela) Modified on 11/19/2020 (CMR). |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 3 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | (Entered: 11/18/2020) |
| 2 | 11/19/2020 | 6 | COMPLAINT. Filed by Pamela Marie Egan on behalf of Mark D. Waldron against all defendants (Re: 1 Complaint). (Attachments: # 1 Exhibit A) (Egan, Pamela) DEPUTY Clerk Note: Redacted Adversary Complaint. Modified on 11/19/2020 (CMR). (Entered: 11/19/2020) |
| 3 | 12/31/2020 | 17 | MOTION to Withdraw Reference . Fee Amount $188. Filed by John D Munding on behalf of Perkins Coie, LLP (Munding, John) (Entered: 12/31/2020) |
| 4 | 12/31/2020 | 18 | MEMORANDUM signed by John D. Munding, attorney for Defendants Perkins Coie, LLP and Lowell Ness. Filed by John D Munding on behalf of Perkins Coie, LLP (RE: Motion to Withdraw Reference17). (Munding, John) (Entered: 12/31/2020) |
| 5 | 01/03/2021 | 19 | CERTIFICATE of Service. Filed by John D Munding on behalf of Perkins Coie, LLP (RE: Motion to Withdraw Reference17, Memorandum 18). (Munding, John) (Entered: 01/03/2021) |
| 6 | 01/07/2021 | 20 | STATUS Report for Scheduling Conference 01/12/21; MOTION for Continuance of Deadline to File Scheduling Conference Report and Continuance of Scheduling Conference Pending Ruling by the District Court on Defendants' Motion for Order Granting Withdrawal of the District Court's Reference. Signed by the filer. Filed by John D. Munding on behalf of Lowell Ness, Perkins Coie, LLP. (Munding, John) DEPUTY Clerk Note: Motion for Continuance language added |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 4 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | to docket text. Modified on 1/8/2021 (NNU). (Entered: 01/07/2021) |
| 7 | 01/12/2021 | 26 | MINUTE Entry. Scheduling Conference/Motion to Continue. HELD. The court continued the scheduling conference to 1-29 at 10 a.m. by telephone conference call to (509) 353-3183 based upon the agreement of counsel. See Order Continuing Scheduling Conference for more details. Appearances: Pamela Egan, attorney for plaintiff; Mark Waldron, plaintiff; John Munding and Ralph Cromwell, attorneys for defendants Perkins Coie, LLP et al; Don Boyd, attorney for Andrey Kuzenny; and observing Dennis McGlothin and Timothy Blood, attorneys for Jun Dam, plaintiff, Federal District Court Case 20-00464-SAB. (related document(s): 4 Notice of Scheduling Conference, 17 Motion to Withdraw Reference filed by Perkins Coie LLP, 20 Status Report filed by Lowell Ness, Perkins Coie, LLP) (JKB) (Entered: 01/12/2021) |
| 8 | 01/12/2021 | 27 | ORDER CONTINUING SCHEDULING CONFERENCE: The parties will continue to meet and confer regarding consolidated discovery, jury trial issues, the removal of the related class action suit pending in District Court to this Court, and other matters. A report on such meeting will be filed by the plaintiff with this Court by noon on January 28, 2021. The scheduling conference has been continued to 10 a.m. on January 29, 2021, by telephone conference call to (509) 353-3183. Pursuant to the agreement of all parties, the date for transmittal of the withdrawal of the reference |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 5 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | documents to the District Court is continued until a reasonable time after the continued scheduling conference. Frederick P. Corbit, U.S. Bankruptcy Judge. This text entry constitutes the official order pursuant to LBR 9013-1(c)(4)(B). (RE: Minutes of Proceedings 26 , Notice of Scheduling 4, Status Report for Scheduling Conference; Motion for Continuance of Deadline to File Scheduling Conference Report and Continuance of Scheduling Conference 20). (JKB) (Entered: 01/12/2021) |
| 9 | 01/13/2021 | 28 | ANSWER to Complaint. Filed by Ralph E Cromwell Jr on behalf of Lowell Ness, Perkins Coie, LLP (RE: 6 Amended Complaint). (Cromwell, Ralph) (Entered: 01/13/2021) |
| 10 | 01/14/2021 | 29 | OBJECTION (RE: Motion to Withdraw Reference17). Filed by Pamela Marie Egan on behalf of Mark D. Waldron (Egan, Pamela) (Entered: 01/14/2021) |
| 11 | 01/21/2021 | 30 | REPLY signed by John D. Munding. Filed by John D Munding on behalf of Lowell Ness, Perkins Coie, LLP (RE: Motion to Withdraw Reference 17, Memorandum18, Objection 29). (Munding, John) (Entered: 01/21/2021) |
| 12 | 01/28/2021 | 31 | WRITTEN Report per FRCP 26. Filed by Ralph E Cromwell, Jr. on behalf of Lowell Ness, Perkins Coie, LLP. (Cromwell, Ralph) (Entered: 01/28/2021) |
| 13 | 01/29/2021 | 34 | MINUTE Entry. Continued Scheduling Conference. HELD. Based upon the agreement of counsel, the court scheduled a hearing on 3/25/21 at 1:30 p.m. via Zoom invitation/open court. An order will be issued setting out the |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 6

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 68   Filed 05/20/21   Entered 05/20/21 14:59:15   Pg 6 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | dates/deadlines and matters to be heard at the continued hearing. Discovery will be stayed on this litigation for four weeks. (re: 4 Notice of Scheduling Conference, 17 Motion to Withdraw Reference filed by Perkins Coie, LLP) Appearances: Pamela Marie Egan, attorney for plaintiff; Mark Waldron, trustee/plaintiff; Ralph E. Cromwell and John Munding, attorneys for defendants Perkins Coie, LLP and Lowell Ness; and Tommy O'Reardon, attorney for Jun Dam, et al, plaintiffs in Federal District Court Case 20-00464-SAB. (JKB) (Entered: 01/29/2021) |
| 14 | 02/01/2021 | 35 | ORDER SETTING BRIEFING SCHEDULE AND CONTINUED HEARING: Pursuant to the agreement of counsel, the following dates and deadlines were set: Plaintiff may file a motion to strike jury demand and a motion for determination of core non-core issues no later than 2/5/21; Defendants Perkins Coie, LLP and Lowell Ness may file any further responses and a motion to compel arbitration no later than 2/26/21;Plaintiff may file any response to motion to compel arbitration no later than 3/12/21; Defendants Perkins Coie, LLP and Lowell Ness may reply to any objection no later than 3/19/21; and Discovery in this litigation is stayed until 2/26/21. A hearing is scheduled to commence on the oral argument on the issues 3/25/21 at 1:30 p.m. via Zoom invitation. SO ORDERED. Frederick P. Corbit, U.S. Bankruptcy Judge. This text entry constitutes the official order pursuant to LBR 9013-1(c)(4)(B). (RE: 4 Notice of Scheduling Conference, 34 Minutes of Proceedings,17 Motion to Withdraw the |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 7

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 7 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | Reference). (JKB) (Entered: 02/01/2021) |
| 15 | 02/05/2021 | 36 | MOTION to Strike Jury Demand (RE: 28 Answer to Complaint). Filed by Pamela Marie Egan on behalf of Mark D. Waldron (Egan, Pamela) DEPUTY Clerk Note: Jury Demand added to docket text. Modified on 3/1/2021 (NNU). (Entered: 02/05/2021) |
| 16 | 02/05/2021 | 37 | MEMORANDUM signed by Pamela M. Egan. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (RE: Motion to Strike 36). (Egan, Pamela) (Entered: 02/05/2021) |
| 17 | 02/05/2021 | 38 | MOTION for a Determination That Proceeding is Core. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (Egan, Pamela) DEPUTY Clerk Note: Docket text clarified to match pdf. Modified on 2/8/2021 (NNU). (Entered: 02/05/2021) |
| 18 | 02/05/2021 | 39 | MEMORANDUM signed by Pamela M. Egan. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (RE: MOTION in Limine 38). (Egan, Pamela) (Entered: 02/05/2021) |
| 19 | 02/26/2021 | 40 | MOTION to Compel Arbitration and Stay. Filed by Ralph E. Cromwell, Jr. on behalf of Lowell Ness, Perkins Coie, LLP (Cromwell, Ralph) (Entered: 02/26/2021) |
| 20 | 02/26/2021 | 41 | RESPONSE/Opposition signed by Ralph E. Cromwell, Jr. (RE: Motion to Strike 36). Filed by Ralph E. Cromwell Jr on behalf of Lowell Ness, Perkins Coie, LLP (Cromwell, Ralph) DEPUTY Clerk Note: Opposition added to docket text. Modified on 3/1/2021 (NNU). (Entered: 02/26/2021) |
| 21 | 02/26/2021 | 42 | RESPONSE/Opposition signed by Ralph E. |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 8

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 8 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | Cromwell, Jr. (RE: MOTION in Limine 38). Filed by Ralph E. Cromwell, Jr. on behalf of Lowell Ness, Perkins Coie, LLP (Cromwell, Ralph) DEPUTY Clerk Note: Opposition added to docket text. Modified on 3/1/2021 (NNU). (Entered: 02/26/2021) |
| 22 | 02/26/2021 | 43 | DECLARATION signed by Ralph E. Cromwell, Jr.. Filed by Ralph E. Cromwell, Jr. on behalf of Lowell Ness, Perkins Coie, LLP (RE: Motion to Strike 36, MOTION in Limine 38, Motion to Compel 40). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Cromwell, Ralph) (Entered: 02/26/2021) |
| 23 | 03/12/2021 | 44 | OBJECTION to Motion to Compel Arbitration and Stay (Filed as MEMORANDUM signed by Pamela M. Egan and corrected by court). Filed by Pamela Marie Egan on behalf of Mark D. Waldron (RE: Motion to Compel 40). (Egan, Pamela) Modified on 3/16/2021 (NNU). (Entered: 03/12/2021) |
| 24 | 03/19/2021 | 46 | REPLY signed by Ralph E. Cromwell, Jr. (RE: Motion to Compel 40). Filed by Ralph E Cromwell Jr on behalf of Lowell Ness, Perkins Coie, LLP (Cromwell, Ralph) (Entered: 03/19/2021) |
| 25 | 03/25/2021 | 48 | MINUTE Entry. Motions. HELD. The court hearing argument of counsel and took the matters under advisement. The Motion to Withdraw the Reference and Scheduling Conference are continued to a date to be fixed. Appearances: Pamela Marie Egan, attorney for plaintiff; Mark Waldron, trustee/plaintiff; Ralph E. Cromwell, John Munding, and Jofrey |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 9

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 9 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | McWilliam, attorneys for defendants Perkins Coie, LLP and Lowell Ness; and Don Boyd, attorney for Andrey Kuzenny. (RE: Scheduling Conference 4, Motion to Withdraw Reference 17, Motion to Strike Jury Trial 36, MOTION for Determination That Proceeding is Core 38, Motion to Compel Arbitration and Stay 40). (JKB) (Entered: 03/25/2021) |
| 26 | 04/22/2021 | 49 | ORDER Granting Motion to Strike Jury Demand (Re: # 36) . (JL) (Entered: 04/22/2021) |
| 27 | 04/22/2021 | 50 | ORDER Denying MOTION for a Determination That Proceeding is Core (Re: # 38). (JL) (Entered: 04/22/2021) |
| 28 | 04/22/2021 | 51 | ORDER Denying Motion to Compel Arbitration and Stay (RE: 40) . (JL) (Entered: 04/22/2021) |
| 29 | 04/27/2021 | 56 | TRANSMITTAL of Motion for Withdrawal of Reference. Motioning Party(ies): John D Munding on behalf of Perkins Coie, LLP. Responding Party(ies): Pamela Marie Egan on behalf of Mark D. Waldron. Case County: Douglas County. RE: Motion to Withdraw Reference 17 Memorandum 18 Certificate of Service 19 Reply 30). (NNU). Deputy Clerk Note: Entry corrected and Rels added. Modified on 4/28/2021 (KAC). (Entered: 04/27/2021) |
| 30 | 04/29/2021 | 57 | CD Request by Transcriptionist: Gina Cozza, Invisible Business Solutions (RE: Minutes of Proceedings 26, Minutes of Proceedings 34, Minutes of Proceedings 48). (JRG) (Entered: 04/29/2021) |
| 31 | 05/04/2021 | 60 | MINUTE Entry. Status on Case. HELD. |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 10

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 68   Filed 05/20/21   Entered 05/20/21 14:59:15   Pg 10 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | Discussion ensued as to the pending District Court cases and discovery issues. Counsel indicated a hearing is scheduled before Judge Bastian on the Motion to Withdraw the Reference on 6/13 at 1:30 p.m. and in the class action case defendants may file a motion to compel arbitration on or before 6/11. Defendants will be appealing the jury and arbitration orders in this case. The court set a status conference via Zoom invitation on 6/23 at 11:00 a.m. The court ordered counsel to meet and confer in May and required Plaintiff's counsel to file a status report be filed by 6/18, and any responses or comments by Defendants to be filed 2 days prior to the hearing. There is no stay on discovery in this case. Appearances: Pamela Egan, attorney for plaintiff; Mark Waldron, plaintiff; Jofrey M. McWilliam and John Munding; attorney for defendant Perkins Coie, et al. Don Boyd, attorney for defendant Andrey Kuzenny; and Timothy Blood and Dennis McGlothin, attorneys for Jun Dam, et al, plaintiffs in Federal District Court Case 20-00464-SAB. (re: 58 Notice of Hearing/Status on Case 4 Notice of Scheduling Conference). (JKB) (Entered: 05/05/2021) |
| 32 | 05/06/2021 | 61 | NOTICE of Appeal and Statement of Election to District Court. Fee Amount $298. Filed by John D. Munding on behalf of Lowell Ness, Perkins Coie, LLP (RE: 49 Order to Strike, 51 Order on Motion to Compel). (Munding, John) (Entered: 05/06/2021) |
| 33 | 05/06/2021 | 62 | MOTION for Leave to Appeal. Filed by John D. Munding on behalf of Lowell Ness, Perkins |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 11

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 11 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | Coie, LLP (Munding, John) (Entered: 05/06/2021) |
| 34 | 05/07/2021 | 63 | Notice of Appeal and Motion for Leave to Appeal Transmittal to District Court. Appellant(s): Perkins Coie, LLP, and Lowell Ness. Appellee(s): Mark Waldron, Chapter 7 Trustee. Case County: Douglas. Date Notice of Appeal Filed: 5/06/2021. Date of Entry of Order(s) on Appeal: 4/22/2021. Date Bankruptcy Case Filed: 11/18/2020. Fee Paid: Yes. Transmittal of Notice of Appeal mailed N/A to N/A. All other parties, including the US Trustee, were electronically served. (RE: Order to Strike 49, Order on Motion to Compel 51, Notice of Appeal and Statement of Election 61, Motion for Leave to Appeal 62). Certificate of Record due by 6/28/2021. (NNU) DEPUTY Clerk Note: Docket text clarified to include Motion for Leave to Appeal. Modified on 5/7/2021 (NNU). (Entered: 05/07/2021) |
| 35 | 05/08/2021 | 64 | CERTIFICATE of Service. Filed by John D Munding on behalf of Perkins Coie, LLP (RE: Notice of Appeal and Statement of Election 61, Motion for Leave to Appeal 62). (Munding, John) (Entered: 05/08/2021) |
| 36 | 05/16/2021 | 65 | VERBATIM Report/Transcript from hearing held on 01/12/2021. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 08/16/2021. Until that time the transcript may be viewed at the Bankruptcy Court. For information about how to contact the |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 12

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 12 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | transcriber, call the Clerk's Office. (RE: related document(s) 26 MINUTE Entry. Scheduling Conference/Motion to Continue. HELD. The court continued the scheduling conference to 1-29 at 10 a.m. by telephone conference call to (509) 353-3183 based upon the agreement of counsel. See Order Continuing Scheduling Conference for more details. Appearances: Pamela Egan, attorney for plaintiff; Mark Waldron, plaintiff; John Munding and Ralph Cromwell, attorneys for defendants Perkins Coie, LLP et al; Don Boyd, attorney for Andrey Kuzenny; and observing Dennis McGlothin and Timothy Blood, attorneys for Jun Dam, plaintiff, Federal District Court Case 20-00464-SAB. (related document(s): 4 Notice of Scheduling Conference, 17 Motion to Withdraw Reference filed by Perkins Coie, LLP, 20 Status Report filed by Lowell Ness, Perkins Coie, LLP) (JKB)). Notice of Intent to Request Redaction Deadline Due By 5/24/2021. Redaction Request Due By 06/7/2021. Redacted Transcript Submission Due By 06/16/2021. Transcript access will be restricted through 08/16/2021. (Cozza, Gina) (Entered: 05/16/2021) |
| 37 | 05/16/2021 | 66 | VERBATIM Report/Transcript from hearing held on 01/29/2021. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 08/16/2021. Until that time the transcript may be viewed at the Bankruptcy Court. For information about how to contact the transcriber, call the Clerk's Office. (RE: related |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 13

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 13 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | document(s) 34 MINUTE Entry. Continued Scheduling Conference. HELD. Based upon the agreement of counsel, the court scheduled a hearing on 3/25/21 at 1:30 p.m. via Zoom invitation/open court. An order will be issued setting out the dates/deadlines and matters to be heard at the continued hearing. Discovery will be stayed on this litigation for four weeks. (re: 4 Notice of Scheduling Conference, 17 Motion to Withdraw Reference filed by Perkins Coie, LLP) Appearances: Pamela Marie Egan, attorney for plaintiff; Mark Waldron, trustee/plaintiff; Ralph E. Cromwell and John Munding, attorneys for defendants Perkins Coie, LLP and Lowell Ness; and Tommy O'Reardon, attorney for Jun Dam, et al, plaintiffs in Federal District Court Case 20-00464-SAB. (JKB)). Notice of Intent to Request Redaction Deadline Due By 5/24/2021. Redaction Request Due By 06/7/2021. Redacted Transcript Submission Due By 06/16/2021. Transcript access will be restricted through 08/16/2021. (Cozza, Gina) (Entered: 05/16/2021) |
| 38 | 05/16/2021 | 67 | VERBATIM Report/Transcript from hearing held on 03/25/2021. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 08/16/2021. Until that time the transcript may be viewed at the Bankruptcy Court. For information about how to contact the transcriber, call the Clerk's Office. (RE: related document(s) 48 MINUTE Entry. Motions. HELD. The court hearing argument of counsel |

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 14

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 14 of 17

| Designation No. | Date | ECF No. | Document Description |
|---|---|---|---|
| | | | and took the matters under advisement. The Motion to Withdraw the Reference and Scheduling Conference are continued to a date to be fixed. Appearances: Pamela Marie Egan, attorney for plaintiff; Mark Waldron, trustee/plaintiff; Ralph E. Cromwell, John Munding, and Jofrey McWilliam, attorneys for defendants Perkins Coie, LLP and Lowell Ness; and Don Boyd, attorney for Andrey Kuzenny. (RE: Scheduling Conference 4, Motion to Withdraw Reference 17, Motion to Strike Jury Trial 36, MOTION for Determination That Proceeding is Core 38, Motion to Compel Arbitration and Stay 40). (JKB)). Notice of Intent to Request Redaction Deadline Due By 5/24/2021. Redaction Request Due By 06/7/2021. Redacted Transcript Submission Due By 06/16/2021. Transcript access will be restricted through 08/16/2021. (Cozza, Gina) (Entered: 05/16/2021) |

DATED this 20th day of May, 2021.

                                 BYRNES KELLER CROMWELL LLP

                                 By /s/ Bradley S. Keller
                                      Bradley S. Keller, WSBA #10665
                                 By /s/ Ralph E. Cromwell, Jr.
                                      Ralph E. Cromwell, Jr., WSBA #11784
                                 By /s/ Jofrey M. McWilliam
                                      Jofrey M. McWilliam, WSBA #28441
                                 1000 Second Avenue, 38th Floor
                                 Seattle, Washington 98104
                                 206-622-2000
                                 Fax: 206-622-2522
                                 Email: bkeller@byrneskeller.com

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 15

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 15 of 17

rcromwell@byrneskeller.com
jmcwilliam@byrneskeller.com

MUNDING, P.S.

By /s/ John Munding
    John Munding, WSBA #21734
9425 N. Nevada St. Suite 212
Spokane, Washington 99218
509-624-6464
Fax: (509) 624-6155
Email: john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 16

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 68   Filed 05/20/21   Entered 05/20/21 14:59:15   Pg 16 of 17

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

APPELLANTS' DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL - 17

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 68    Filed 05/20/21    Entered 05/20/21 14:59:15    Pg 17 of 17