Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP
and Lowell Ness

The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership, *et al.*,

Defendants

and

THE GIGA WATT PROJECT, a partnership,

Nominal Defendant.

BK. Case No. 2:18-bk-3197-FPC

The Honorable Frederick P. Corbit

CHAPTER 7

Adv. Case No. 2:20-ap-80031

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND PROPOSED DISCOVERY PLAN**

///

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS
REPORT AND PROPOSED DISCOVERY PLAN - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 70    Filed 06/21/21    Entered 06/21/21 11:16:15    Pg 1 of 5

A. **Coordination with Parallel Class Action**

As an initial matter, Perkins believes that discovery in this matter and in the *Dam v. Perkins Coie* Class Action matter, pending before Judge Bastian, will significantly overlap. Both cases arise out of the same events, assert similar claims, and seek to recover identical damages from Perkins. Accordingly, Perkins believes that it is inefficient and potentially burdensome to witnesses to develop a discovery plan and deadlines in this matter independently of the class action. Perkins also believes that one judge could best administer both matters in an efficient manner that avoids inconsistent results and rulings. Perkins thus believes it is premature to adopt a discovery plan and deadlines in this case until Judge Bastian rules on the motion to withdraw the reference of this matter to the Bankruptcy Court. That motion is briefed and has been argued.

B. **Debtor's Discovery Plan and Proposed Deadlines**

Perkins offers the following thoughts and objections to the Plaintiff's discovery plan:

1. Perkins has not received FRCP 26(a)(1) initial disclosures from the Debtor.
2. Some of the anticipated discovery listed by the Debtor does not seem very relevant to the existing claims and Perkins may move to limit discovery.
3. It appears that the Debtor is changing the nature of its claims to deemphasize alleged escrow violations based on construction of crypto mining pods and to add some new claim related to the loss of an electrical power contract or to an alleged inability to deliver power to token holders. The court should set a deadline for amendments to the complaint. Perkins cannot reasonably say what discovery and/or experts are needed until Debtor's claims and theories come to rest.

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND PROPOSED DISCOVERY PLAN - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 70    Filed 06/21/21    Entered 06/21/21 11:16:15    Pg 2 of 5

4. Based on Perkins' current understanding of Debtor's claims it would expect discovery regarding the following matters:

- Debtor's construction of facilities to host crypto mining operations;
- Debtor's representation to the SEC that all funds raised by the sale of tokens were used by Debtor to construct crypto mining facilities;
- Whether Debtor was in a "partnership" with Giga Watt Singapore;
- The circumstances, mechanics, and terms under which Giga Watt Singapore sold tokens;
- The extent to which Debtor hosted or was able to host crypto mining activities for token purchasers;
- The degree to which Debtor was aware of, participated in or communicated regarding Giga Watt Singapore's sale of tokens;
- Debtor's damages claims.

5. Perkins does not disagree with Debtor's proposal that discovery should proceed in two phases. Debtor's proposed discovery deadlines are not unreasonable. That said, discovery should be coordinated with the class action in front of Judge Bastian and timing may be affected by the need to have class certification hearings in that matter. Class counsel may have different or additional views regarding the case deadlines.

6. It is possible that Perkins will file dispositive motions on several topics depending on the outcome of discovery.

7. Perkins does not believe that a crime/fraud exception to the attorney-client privilege applies to its representation of Giga Watt Singapore and Cryptonomous. Perkins would oppose any such motion. Such a motion may have collateral

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS
REPORT AND PROPOSED DISCOVERY PLAN - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 70    Filed 06/21/21    Entered 06/21/21 11:16:15    Pg 3 of 5

consequences in terms of the Debtor taking positions whereby it is embroiled in the alleged crime/fraud.

8.  A trial date next summer is not unreasonable but again, should be coordinated with the class action proceedings pending in front of Judge Bastian.

9.  It may make sense to consolidate this action with the Class Action pending in front of Judge Bastian.

C.  **Arbitration**

Perkins believes that the claims asserted by the Debtor are subject to arbitration and does not intend to waive that position by complying with the Court's order to confer and to submit briefs, regarding a discovery plan and case schedule.

DATED this 21st day of June, 2021.

| MUNDING, P.S. | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ John Munding<br>    John Munding, WSBA #21734<br>309 E. Farwell Rd., Suite 310<br>Spokane, Washington 99218<br>509-590-3849<br>Fax: (509) 624-6155<br>Email: john@mundinglaw.com<br>*Attorneys for Perkins Coie LLP and Lowell Ness* | By /s/ Bradley S. Keller<br>    Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>    Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>    Jofrey M. McWilliam, WSBA #28441<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>206-622-2000<br>Fax: 206-622-2522<br>Email: bkeller@byrneskeller.com<br>        rcromwell@byrneskeller.com<br>        jmcwilliam@byrneskeller.com |

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND PROPOSED DISCOVERY PLAN - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 70    Filed 06/21/21    Entered 06/21/21 11:16:15    Pg 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Jofrey M. McWilliam
Jofrey McWilliam
*Attorneys for Defendants*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: jmcwilliam@byrneskeller.com

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND PROPOSED DISCOVERY PLAN - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 70    Filed 06/21/21    Entered 06/21/21 11:16:15    Pg 5 of 5