**So Ordered.**

**Dated: June 24th, 2021**



**Frederick P. Corbit
Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>GIGA WATT, INC., a Washington corporation,<br><br>　　　　　　　　　Debtor. | Case No. 18-03197-FPC7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>PERKINS COIE, LLP, a Washington limited liability partnership, et al.,<br>　　　　　　　　　Defendants.<br>　　and<br>THE GIGA WATT PROJECT, a partnership,<br>　　　　　　　　　Nominal Defendant. | Adversary No. 20-80031-FPC<br><br>**SCHEDULING ORDER** |

A scheduling conference was held before the Honorable Frederick P. Corbit on June 23, 2021.

IT IS HEREBY ORDERED as follows:

1.　　All fact discovery shall be completed by December 31, 2021.

**ORDER RE: SETTLEMENT CONFERENCE** – Page 1

2. The parties shall serve their opening experts' reports under FRCP 26(a)(2) by January 31, 2022. The parties shall serve their rebuttal experts' reports by March 22, 2022. The parties shall complete expert depositions for rebuttal experts by April 15, 2022.

3. The parties shall complete all fact and expert discovery by April 15, 2022.

4. All parties shall make the initial disclosures required by Federal Rules of Bankruptcy Procedure no later than July 12, 2021.

5. The last day to amend the pleadings or join additional parties shall be no later than August 2, 2021.

6. The parties shall serve and file preliminary witness lists no later than May 15, 2022.

7. The parties shall serve and file a proposed pretrial order no later than July 2, 2022.

8. A pretrial conference is scheduled on July 13 at 1:30 PM via telephone conference to be initiated by the parties calling 509-353-3183.

9. Plaintiff's trial brief shall be served and filed no later than three weeks prior to the first day of trial.

10. Defendants' trial briefs shall be served and filed no later than ten days prior to the first day of trial.

11. Plaintiff's reply to Defendants' trial briefs shall be served and filed no later than five days prior to the first day of trial.

12. The parties shall exchange final witness and exhibit lists no later than July 8, 2022. The parties shall compile exhibits in the following manner:

    a. A party intending to offer five or more exhibits shall use the prescribed local form (LF 9070-1) to index such exhibits and shall furnish them to required parties in a three-ring binder;

    b. Plaintiff is assigned numbers 1000-1999; Defendants are assigned numbers 2000-2999;

    c. Sixty (60) days prior to the trial, the courtroom deputy will be in contact with further details as to presentation of the exhibits;

    d. At the time of the trial, the parties shall provide an original set of exhibits for the witness stand, a copy for each party, and a copy for the bench.

13. The ten-day trial in this matter is scheduled to commence on August 1, 2022 at 9 a.m. at 904 West Riverside Avenue Third Floor Courtroom, in Spokane Washington. The parties shall be in court 30 minutes prior to the commencement of the trial to submit exhibit and witness lists.

14. The parties shall meet and confer regarding whether mediation would be useful.

///End of Order///

**ORDER RE: SETTLEMENT CONFERENCE** – Page 3

20-80031-FPC    Doc 73    Filed 06/24/21    Entered 06/24/21 14:08:26    Pg 3 of 3