Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

                              Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

                              Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

                              Defendants

and

THE GIGA WATT PROJECT, a partnership,

                              Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**JOINT STIPULATED MOTION REGARDING CASE SCHEDULE**

**12/6/2021
WITHOUT ORAL ARGUMENT**

STIPULATED MOTION REGARDING
CASE SCHEDULE - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## I. STIPULATED MOTION

The parties, through their below signed counsel of record, stipulate and request that the case schedule in this matter be adjusted by continuing, for 90 days, all case schedule deadlines currently in effect, to allow additional time for discovery. The parties have met and conferred in good faith concerning the present Case Scheduling Order (ECF No. 73) and stipulate that good cause exists to extend all dates and deadlines in the Scheduling Order by 90 days.

In this regard, the Trustee has produced approximately 125,000 pages of documents which require considerable time to review. In addition, defendants are in the process of subpoenaing financial records from third parties in numerous jurisdictions who provided business or accounting services to the debtor. The parties have outstanding, written discovery, and there have been complications in scheduling depositions. Given the factual complexity of this matter, the impending holidays, and other scheduling issues, the parties believe it would be helpful to all concerned to allow additional time.

The current case schedule is contained in ECF No. 73. The parties hereby agree, subject to court approval, to move all dates in that Order by 90 days as follows:

1. Fact discovery completed by March 31, 2022;
2. Opening expert reports by April 29, 2022; rebuttal expert reports by June 22, 2022; expert depositions by July 15, 2022;
3. All fact and expert discovery completed by July 15, 2022;
4. Last day to amend pleadings or join additional parties November 2, 2022;
5. Serve and file preliminary witness lists by August 15, 2022;

STIPULATED MOTION REGARDING
CASE SCHEDULE - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 75    Filed 11/12/21    Entered 11/12/21 10:59:16    Pg 2 of 6

6. Proposed pre-trial order by October 3, 2022;

7. Pre-trial conference on October 13, 2022 at 1:30 pm (or at _____);

8. Exchange final witness and exhibit lists by October 7, 2022;

9. Trial on November 1, 2022 (or on _____).

## II. RELIEF REQUESTED

For the foregoing reasons, the parties request that the Court grant this stipulated motion to modify and extend the case schedule deadlines by 90 days subject to the Court's calendar and availability.

STIPULATED MOTION REGARDING
CASE SCHEDULE - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 75    Filed 11/12/21    Entered 11/12/21 10:59:16    Pg 3 of 6

DATED this 12th day of November, 2021.

Presented By:

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |
| By /s/ Bradley S. Keller<br>   Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>   Jofrey M. McWilliam, WSBA #28441<br>   1000 Second Avenue, 38th Floor<br>   Seattle, Washington 98104<br>   206-622-2000<br>   Fax: 206-622-2522<br>   Email: bkeller@byrneskeller.com<br>   rcromwell@byrneskeller.com<br>   jmcwilliam@byrneskeller.com | By /s/ Pamela M. Egan<br>   Pamela M. Egan, WSBA #54736<br>   1905 7th Avenue W.<br>   Seattle, WA 98119-2815<br>   415-297-0132<br>   Email: pegan@potomaclaw.com<br>*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |
| MUNDING, P.S. | HUMMER BOYD PLLC |
| By /s/ John Munding<br>   John Munding, WSBA #21734<br>   309 E. Farwell Rd., Suite 310<br>   Spokane, Washington 99218<br>   509-590-3849<br>   Fax: (509) 624-6155<br>   Email: john@mundinglaw.com<br>*Attorneys for Perkins Coie LLP and Lowell Ness* | By /s/ Donald A. Boyd<br>   Donald A. Boyd, WSBA #17376<br>   6 S. 2nd Street, Suite 1016<br>   Yakima, WA 989010<br>   509-895-2500<br>   Email: dboyd@hummerboyd.com<br>*Attorneys for Andrey Kuzenny* |
| | GUROVICH, BERK & ASSOCIATES |
| | By /s/ Elon Berk<br>   Elon Berk, CSBA #209642<br>   15250 Ventura Blvd., Suite 1220<br>   Sherman Oaks, CA 91403<br>   818-205-1555<br>   Email: eberk@crimlawla.com<br>*Attorneys for Andrey Kuzenny* |

STIPULATED MOTION REGARDING
CASE SCHEDULE - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 75    Filed 11/12/21    Entered 11/12/21 10:59:16    Pg 4 of 6

## III. ORDER

This matter having come before the Court upon the foregoing Stipulated Motion of the parties, and the Court having reviewed the Stipulated Motion and the records and files herein, and otherwise deeming itself fully advised, now, therefore,

ORDERS, ADJUDGES AND DECREES that the Scheduling Order for this matter is adjusted as stipulated above.

DATED:_____

_____
The Honorable Frederick P. Corbit
United States Bankruptcy Court Judge

STIPULATED MOTION REGARDING
CASE SCHEDULE - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 75    Filed 11/12/21    Entered 11/12/21 10:59:16    Pg 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Defendants*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

STIPULATED MOTION REGARDING
CASE SCHEDULE - 6

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 75    Filed 11/12/21    Entered 11/12/21 10:59:16    Pg 6 of 6