# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington Corporation,<br><br>Debtor. | Case No. 18-03197-FPC11<br>Chapter 11<br><br>Adversary Case No. 20-80031-FPC |
| MARK D. WALDRON, as Chapter 7 Trustee;<br><br>Plaintiff,<br>v.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT, PTE., LTD a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>Defendants, | **JOINT STIPULATED SCHEDULING ORDER** |

JOINT STIPULATED ORDER
RE CASE SCHEDULE - 1

Based upon the Joint Stipulated Motion Regarding Case Schedule filed on November 12, 2021 (ECF No. 75) the current case schedule contained in ECF No. 73 is continued for 90 days:

IT IS HEREBY ORDERED that the dates are continued as follows:

1. Fact discovery completed by March 31, 2022;

2. Opening expert reports by April 29, 2022; rebuttal expert reports by June 22, 2022;expert depositions by July 15, 2022;

3. All fact and expert discovery completed by July 15, 2022;

4. Last day to amend pleadings or join additional parties November 2, 2022;

5. Serve and file preliminary witness lists by August 15, 2022;

6. Proposed pre-trial order by October 3, 2022;

7. Pre-trial conference on October 13, 2022 at 1:30 pm (or at _____ );

8. Exchange final witness and exhibit lists by October 7, 2022;

9. Trial on November 1, 2022 (or on _____ ).

///End of Order///