| | |
|---|---|
| 1 | Pamela M. Egan, WSBA No. 54736<br>POTOMAC LAW GROUP PLLC |
| 2 | 1905 7th Ave. W<br>Seattle, WA 98119 |
| 3 | Telephone: (415) 297-0132<br>Email: pegan@potomaclaw.com |
| 4 | *Attorneys for Mark D. Waldron, Chapter 7 Trustee* |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 7<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, *et al.*,<br><br>Defendants,<br><br>- and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>Nominal Defendant. | Adv. Case No. 20-80031<br><br>**JOINT STIPULATED MOTION REGARDING CHANGE TO DISCOVERY SCHEDULE ONLY** |

Joint Stipulated Motion
Re Discovery Schedule Only - 1

## I. STIPULATED MOTION

The parties, through their below signed counsel of record, stipulate and request that the discovery schedule in this matter be adjusted by continuing, for 60 days, the deadlines set forth below, to allow additional time for discovery. The parties have met and conferred in good faith concerning the present Case Scheduling Order (ECF No. 77) and stipulate that good cause exists to extend the discovery deadlines in the Scheduling Order by 60 days. The parties are not asking the Court to extend the trial date.

To date, the parties have exchanged more than 150,000 pages of documents. On February 16, 2022, the Trustee discovered a live Google Drive link which contains Giga Watt construction invoices and emails. These documents exceed 100,000 pages and require time to review and analyze. The Trustee has provided the link to Perkins Coie LLP ("Perkins") and will shortly provide the obtained documents to Andrey Kuzenny.

The parties have met and conferred regarding third-party document production and deposing witnesses. Circle Internet Financial, which transferred approximately $14.2 million to the GW ICO escrow held by Perkins and approximately $12.7 million to Giga Watt, Inc., has agreed after significant effort, to produce relevant documents. David Carlson's deposition previously set for February 22, 2022, has been postponed due to Mr. Carlson becoming ill with Covid. The parties intend to depose witnesses over multiple states and in Puerto Rico.

Joint Stipulated Motion
Re Discovery Schedule Only - 1

In addition, the Trustee intends to move to compel Perkins to produce documents that Perkins asserts are subject to the attorney-client privilege and to compel Mr. Carlson to produce documents.

Based on the foregoing, coupled with the factual complexity of this matter, the parties believe it would be helpful to all concerned to allow additional time for discovery, without affecting the trial date.

The parties hereby agree, subject to Court approval, to move the discovery date in the Scheduling Order, ECF 77, as follows:

| Deadline | Scheduling Order, ECF 77 | Proposed New Scheduling Order |
|---|---|---|
| Fact Discovery | March 31, 2022 | May 27, 2022 |
| Opening Expert Reports | April 29, 2022 | June 29, 2022 |
| Rebuttal expert reports | June 22, 2022 | August 22, 2022 |
| Expert Depositions | July 15, 2022 | September 7, 2022 |
| Preliminary Witness and Exhibit Lists | September 7, 2022 | September 12, 2022 |

Joint Stipulated Motion
Re Discovery Schedule Only - 2

| Deadline | Scheduling Order, ECF 77 | Proposed New Scheduling Order |
|---|---|---|
| Proposed Pre-Trial Order | October 3, 2022 | October 3, 2022 |
| Exchange Final Witness & Exhibit Lists | October 7, 2022 | October 7, 2022 |
| Pre-Trial Conference | October 13, 2022, at 1:30 p.m. | October 13, 2022, at 1:30 p.m. |
| Trial | November 1, 2022 | November 1, 2022 |
| Amend Pleadings or Join Additional Parties, subject to Court approval | November 2, 2022 | November 2, 2022 |

## II. RELIEF REQUESTED

For the foregoing reasons, the parties request that the Court grant this stipulated motion to modify and extend the discovery schedule deadlines by 60 days subject to the Court's calendar and availability.

[*Signatures follow on the next page.*]

Joint Stipulated Motion
Re Discovery Schedule Only - 3

Dated this 18th day of February 2022.

**POTOMAC LAW GROUP PLLC**

By /s/ Pamela M. Egan
    Pamela M. Egan, WSBA #54736
    1905 7th Avenue W.
    Seattle, WA 98119-2815
    Tel.: 415-297-0132
    Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*


**BYRNES KELLER CROMWELL LLP**

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Tel.: 206-622-2000
    Fax: 206-622-2522
    Email: bkeller@byrneskeller.com
        rcromwell@byrneskeller.com jmcwilliam@byrneskeller.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

**MUNDING, P.S.**

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    Tel.: 509-590-3849
    Email: john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

Joint Stipulated Motion
Re Discovery Schedule Only - 4

**HUMMER BOYD PLLC**

By /s/ Donald A. Boyd
    Donald A. Boyd, WSBA #17376
    6 S. 2nd Street, Suite 1016
    Yakima, WA 989010
    Tel.: 509-895-2500
    Email: dboyd@hummerboyd.com
*Attorneys for Andrey Kuzenny*

**GUROVICH, BERK & ASSOCIATES**

By /s/ Elon Berk
    Elon Berk, Cal. Bar. No. #209642
    15250 Ventura Blvd.,
    Suite 1220Sherman Oaks, CA 91403
    Tel.: 818-205-1555
    Email: eberk@crimlawla.com
*Attorneys for Andrey Kuzenny*

Joint Stipulated Motion
Re Discovery Schedule Only - 5