# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 7 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **JOINT STIPULATED ORDER REGARDING CHANGE TO DISCOVERY SCHEDULE ONLY** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, *et al.*, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

Joint Stipulated Order
Re Discovery Schedule Only - 1

Based upon the *Joint Stipulated Motion Regarding Change to Discovery Schedule Only* filed on February 18, 2022 (ECF No. 78), the current case schedule contained in ECF No. 77 is continued as follows:

IT IS HEREBY ORDERED that the dates are continued as follows.

1. Fact discovery completed by May 27, 2022;
2. Opening expert reports by June 29, 2022; rebuttal expert reports by August 22, 2022; expert depositions by September 7, 2022;
3. All fact and expert discovery completed by September 7, 2022;
4. Last day to amend pleadings or join additional parties _____;
5. Serve and file preliminary witness and exhibits lists by September 12, 2022;
6. Proposed Pre-Trial Order on October 3, 2022;
7. Exchange final witness and exhibits lists by October 7, 2022;
8. Pre-trial conference on October 13, 2022 at 1:30 p.m. (or at _____);
9. Trial on November 1, 2022 (or on _____).

///End of Order///

**POTOMAC LAW GROUP PLLC**

By /s/ Pamela M. Egan
 Pamela M. Egan, WSBA #54736
 1905 7th Avenue W.
 Seattle, WA 98119-2815
 Tel.: 415-297-0132
 Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

Joint Stipulated Order
Re Discovery Schedule Only - 1

**BYRNES KELLER CROMWELL LLP**

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr., WSBA#11784
By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Tel.: 206-622-2000
    Fax: 206-622-2522
    Email: bkeller@byrneskeller.com
        rcromwell@byrneskeller.com jmcwilliam@byrneskeller.com
*Attorneys for Perkins Coie LLP and Lowell Ness*


**MUNDING, P.S.**

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    Tel.: 509-590-3849
    Email: john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*


**HUMMER BOYD PLLC**

By /s/ Donald A. Boyd
    Donald A. Boyd, WSBA #17376
    6 S. 2nd Street, Suite 1016
    Yakima, WA 989010
    Tel.: 509-895-2500
    Email: dboyd@hummerboyd.com
*Attorneys for Andrey Kuzenny*

**GUROVICH, BERK & ASSOCIATES**

Joint Stipulated Order
Re Discovery Schedule Only - 2

By /s/ Elon Berk
Elon Berk, Cal. Bar. No. #209642
15250 Ventura Blvd.,
Suite 1220Sherman Oaks, CA 91403
Tel.: 818-205-1555
Email: eberk@crimlawla.com

*Attorneys for Andrey Kuzenny*

Joint Stipulated Order
Re Discovery Schedule Only - 3