Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

          Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

          Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

          Defendants

and

THE GIGA WATT PROJECT, a partnership,

          Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**STIPULATED AMENDMENT TO SCHEDULING ORDER**

STIPULATED AMENDMENT TO SCHEDULING ORDER - 1

Byrnes ♦ Keller ♦ Cromwell llp
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000

20-80031-FPC    Doc 90    Filed 05/25/22    Entered 05/25/22 15:30:51    Pg 1 of 5

For the reasons explained in status conferences held on April 21, 2022, and May 10, 2022, and after consultation with the Court's Deputy Clerk, Jolene Britton, regarding the Court's availability for trial, the parties hereby stipulate that the existing Scheduling Order (ECF 80) may be amended as follows.

IT IS HEREBY ORDERED that the trial scheduling dates are continued as follows:

1. Last day to move to amend pleadings or join additional parties, August 1, 2022;
2. All fact discovery completed, August 31, 2022;
3. Opening expert reports per FRCP 26(a)(2), September 26, 2022;
4. Rebuttal expert reports, October 17, 2022;
5. Completion of expert depositions, November 7, 2022;
6. Last day to file dispositive motions, December 1, 2022;
7. Exchange initial exhibit and witness lists, January 16, 2023;
8. Plaintiff's trial brief filed and served, February 6, 2023;
9. Defendants' trial brief filed and served, February 20, 2023;
10. Plaintiff's initial deposition designations, February 20, 2023;
11. Plaintiff's reply to Defendants' trial brief, February 27, 2023;
12. Defendants' initial and counter deposition designations, March 1, 2023;
13. Pretrial Order filed by 12:00 p.m., March 3, 2023;
14. Pretrial Conference, March 7, 2023, at 1:30 .p.m.;

STIPULATED AMENDMENT TO SCHEDULING ORDER - 2

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 90    Filed 05/25/22    Entered 05/25/22 15:30:51    Pg 2 of 5

15. Final exhibit and witness lists, March 7, 2023, with counsel to file their exhibits as attachments to the exhibit index and to redact private information;

16. Motions in Limine, March 7, 2023;

17. Plaintiff's deposition counter designations, March 10, 2023;

18. Oppositions to Motions in Limine, March 14, 2023;

19. Highlighted depositions to Court, March 17, 2023;

20. Replies in Support of Motions in Limine, March 17, 2023; and

21. Trial on March 21, 2023, at 9:00 a.m.

STIPULATED AMENDMENT TO SCHEDULING ORDER - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 90    Filed 05/25/22    Entered 05/25/22 15:30:51    Pg 3 of 5

DATED this 25th day of May, 2022.

Presented By:

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |
| By /s/ Bradley S. Keller<br>   Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>   Jofrey M. McWilliam, WSBA #28441<br>   1000 Second Avenue, 38th Floor<br>   Seattle, Washington 98104<br>   206-622-2000<br>   Fax: (206)-622-2522<br>   Email: bkeller@byrneskeller.com<br>   rcromwell@byrneskeller.com<br>   jmcwilliam@byrneskeller.com | By /s/ Pamela M. Egan<br>   Pamela M. Egan, WSBA #54736<br>   1905 7th Avenue W.<br>   Seattle, WA 98119-2815<br>   415-297-0132<br>   Email: pegan@potomaclaw.com<br>*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |

MUNDING, P.S.

By /s/ John Munding
   John Munding, WSBA #21734
   309 E. Farwell Rd., Suite 310
   Spokane, Washington 99218
   509-590-3849
   Fax: (509) 624-6155
   Email: john@mundinglaw.com

*Attorneys for Perkins Coie LLP and Lowell Ness*

STIPULATED AMENDMENT TO SCHEDULING ORDER - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 90    Filed 05/25/22    Entered 05/25/22 15:30:51    Pg 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

STIPULATED AMENDMENT TO SCHEDULING ORDER - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 90    Filed 05/25/22    Entered 05/25/22 15:30:51    Pg 5 of 5