UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>                               Debtor.<br>MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                               Plaintiff,<br>  vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>                             Defendants<br>  and<br>THE GIGA WATT PROJECT, a partnership,<br><br>                          Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |

Based on the stipulation of the parties filed on May 25, 2022 (ECF No. 90) the Court hereby ORDERS as follows:

STIPULATED AMENDED
SCHEDULING ORDER - 1

1. The Stipulation filed on May 25, 2022, ECF No. 90, is approved.

IT IS HEREBY FURTHER ORDERED that the trial scheduling dates are continued as follows:

1. Last day to move to amend pleadings or join additional parties, August 1, 2022;
2. All fact discovery completed, August 31, 2022;
3. Opening expert reports per FRCP 26(a)(2), September 26, 2022;
4. Rebuttal expert reports, October 17, 2022;
5. Completion of expert depositions, November 7, 2022;
6. Last day to file dispositive motions, December 1, 2022;
7. Exchange initial exhibit and witness lists, January 16, 2023;
8. Plaintiff's trial brief filed and served, February 6, 2023;
9. Defendants' trial brief filed and served, February 20, 2023;
10. Plaintiff's initial deposition designations, February 20, 2023;
11. Plaintiff's reply to Defendants' trial brief, February 27, 2023;
12. Defendants' initial and counter deposition designations, March 1, 2023;
13. Pretrial Order filed by 12:00 p.m., March 3, 2023;
14. Pretrial Conference, March 7, 2023, at 1:30 .p.m.;
15. Final exhibit and witness lists, March 7, 2023, with counsel to file their exhibits as attachments to the exhibit index and to redact private information;

STIPULATED AMENDED
SCHEDULING ORDER - 2

16. Motions in Limine, March 7, 2023;

17. Plaintiff's deposition counter designations, March 10, 2023;

18. Oppositions to Motions in Limine, March 14, 2023;

19. Highlighted depositions to Court, March 17, 2023;

20. Replies in Support of Motions in Limine, March 17, 2023; and

21. Trial on March 21, 2023, at 9:00 a.m.

///END OF ORDER///

Presented by:

[Attorneys listed on next page.]

STIPULATED AMENDED
SCHEDULING ORDER - 3

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |
| By /s/ Bradley S. Keller | By /s/ Pamela M. Egan |
|     Bradley S. Keller, WSBA #10665 |     Pamela M. Egan, WSBA #54736 |
| By /s/ Ralph E. Cromwell, Jr. | 1905 7th Avenue W. |
|     Ralph E. Cromwell, Jr., WSBA #11784 | Seattle, WA 98119-2815 |
| By /s/ Jofrey M. McWilliam | 415-297-0132 |
|     Jofrey M. McWilliam, WSBA #28441 |     Email:    pegan@potomaclaw.com |
|     1000 Second Avenue, 38th Floor | *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |
|     Seattle, Washington 98104 | |
|     206-622-2000 | |
|     Fax:    (206)-622-2522 | |
|     Email:    bkeller@byrneskeller.com | |
|     rcromwell@byrneskeller.com | |
|     jmcwilliam@byrneskeller.com | |

MUNDING, P.S.

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    509-590-3849
    Fax:    (509) 624-6155
    Email:    john@mundinglaw.com

*Attorneys for Perkins Coie LLP and Lowell Ness*

STIPULATED AMENDED
SCHEDULING ORDER - 4

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

STIPULATED AMENDED
SCHEDULING ORDER - 5