Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

                Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

                Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

                Defendants

and

THE GIGA WATT PROJECT, a partnership,

                Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**PERKINS' AND TRUSTEE'S JOINT MOTION FOR AN ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC.**

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 1 of 8

# I. INTRODUCTION AND RELIEF REQUESTED

Intuit Inc. ("Intuit") is the parent company and creator of QuickBooks, a service and tool businesses can use to track their finances and accounting. Giga Watt, Inc. may have used QuickBooks to do just that. Recognizing the potential importance of the QuickBooks data for its ability to explain the financial history of Giga Watt, Inc., both Perkins Coie LLP and Lowell Ness (hereinafter collectively referred to as "Perkins") and the Trustee for the debtor Giga Watt, Inc., have made a concerted effort to obtain records maintained by Intuit regarding the Giga Watt Quickbooks data. After months of requests to Intuit, including two subpoenas, one turnover letter, and numerous informal requests for compliance, no documents have been produced. Perkins and the Trustee jointly bring this Motion to request this Court to issue an order requiring Intuit to appear before this Court and show cause why it should not be held in contempt for failure to produce the requested records.

# II. BACKGROUND AND RELEVANT FACTS

In the present adversary action, Perkins is alleged to be liable to the debtor, Giga Watt, Inc., for improperly releasing funds held in escrow prior to the construction of additional capacity to host purchasers of WTT tokens. From documents reviewed in discovery, it is apparent that Giga Watt, Inc. used QuickBooks to record and track a portion or all of its accounting. There is evidence, for example, suggesting that Giga Watt, Inc. routinely entered all financial transactions reflected in its bank and payroll records into the Quickbooks data base maintained by Intuit during certain periods of time. The parties thus believe that there would be considerable

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 2 of 8

evidence in the QuickBooks data, held by Intuit, regarding the financial affairs of the debtor.

Despite having already combed through thousands of documents, neither the Trustee for Giga Watt, Inc. nor Perkins has been able to locate a copy of Giga Watt, Inc.'s QuickBooks records in the debtor's possession. Access to Giga Watt, Inc.'s QuickBooks records held by Intuit would thus give the parties considerable additional information regarding accounting practices and financial affairs of the debtor. For example, the information in the Quickbooks records will hopefully explain when Giga Watt, Inc. received money, how it was characterized, how the money was used, and whether the funds released from escrow to Giga Watt Singapore were transferred to Giga Watt, Inc.

Intuit was first served with a subpoena to produce documents by Perkins on November 19, 2021, at the address for their registered agent in Washington state. Decl. Pradhan ¶ 3. In response, through their counsel Davis Wright Tremaine LLP ("DWT"), Intuit issued objections to the subpoena. *Id.* On January 3, 2022, counsel for Perkins, Joan Pradhan, communicated with Teri Novak of DWT to arrange a time to discuss the issued objections. *Id.* ¶ 4. The next day, on January 4, 2022, Ms. Pradhan participated in a phone call with Ms. Novak in which Ms. Pradhan explained why the documents were needed and offered to limit the requested production to the QuickBooks records of Giga Watt, Inc. *Id.* ¶ 5. Teri Novak said that Intuit would produce the QuickBooks records responsive to the subpoena, and that such production

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 3 of 8

could take up to a month. *Id.* After waiting more than a month, no documents were produced by Intuit in response to Perkins' subpoena. *Id.* ¶ 6. On February 23, 2022, Ms. Pradhan contacted Teri Novak again, requesting an update on when the documents from Intuit would be produced. *Id.* No responsive communication was received from Ms. Novak or anyone else at DWT, and no documents from Intuit were ever produced in response to Perkins' subpoena. *Id.* ¶¶ 6-7.

On March 9, 2022, Pamela Egan, counsel for the Trustee in this matter, issued a turnover letter to Intuit demanding that it provide, to the Trustee, full access to the Quickbooks records related to the financial affairs of Giga Watt, Inc. Decl. Egan ¶ 3. On April 6, 2022, Christopher Bunger, a paralegal of DWT, contacted Ms. Egan, indicating he would be the primary point of contact for the matter. *Id.* ¶ 4. That same day, Ms. Egan and Mr. Bunger participated in a telephone call to meet and confer regarding the turnover letter. *Id.* During the meet and confer, Mr. Bunger said Intuit would comply with the turnover letter. *Id.* Mr. Bunger requested a subpoena from Ms. Egan, which was served the next day on April 7, 2022. *Id.* ¶¶ 4-5. The subpoena commanded production by April 18, 2022. *Id.* ¶ 5.

On April 29, 2022, Ms. Egan informed Mr. Bunger that a reasonable date certain for production of Intuit's documents must be given by May 4, 2022, or an Order to Show Cause would be requested from the Court. *Id.* ¶ 6. More recently, Ms. Egan has received additional assurances that Intuit had located, and would produce,

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 4 of 8

QuickBooks data related to the debtor. Nevertheless, as of the date of this motion, no actual production has occurred.

### III. LEGAL AUTHORITY AND ARGUMENT

Under Federal Rule of Civil Procedure 45(g), a court may hold the recipient of a subpoena in contempt if they fail to obey the subpoena "without adequate excuse." Federal Rule of Bankruptcy Procedure 9016 makes FRCP 45 applicable to all bankruptcy cases. "The procedure for civil contempt is to set an order to show cause hearing and to provide the contemnor an opportunity to respond and/or comply with the order." *Mission Capital Works, Inc. v. SC Restaurants, Inc.*, No. C07-1807-JLR, 2008 WL 5100313, at *4 (W.D. Wash. Dec. 3, 2008). Due process considerations will be met when the contemnor is provided with actual notice and an opportunity to be heard why sanctions and contempt should not issue. *Id.*

Despite two subpoenas issued, one by Perkins and the other by the Trustee, and a turnover letter from the Trustee, Intuit has failed to produce anything. Intuit has kept both parties waiting patiently for months, and has repeatedly agreed to produce responsive, but never ultimately produces anything. Intuit has either chosen to ignore its obligation or does not understand the expediency at which their production must be done. Either way, it is time for the court to use its discretion and set an Order to Show Cause Hearing for Intuit to explain why it has not produced the records requested of it.

MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 5 of 8

Unless Intuit can justify their repeated failures to comply with the two subpoenas and turnover letter, Intuit should be issued sanctions and held in contempt by this Court.

### IV. CONCLUSION

Perkins and the Trustee jointly request this Court issue an Order to Show Cause Hearing to Intuit requiring Intuit to appear in 14 days to show cause why it should not be held in contempt for failure to produce responsive documents and why Intuit should not be commanded to produce responsive documents by a date certain to be set by the Court.

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 6

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 6 of 8

DATED this 25th day of May, 2022.

Presented By:

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |

By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
   Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
   Jofrey M. McWilliam, WSBA #28441
   1000 Second Avenue, 38th Floor
   Seattle, Washington 98104
   206-622-2000
   Fax:   (206)-622-2522
   Email:   bkeller@byrneskeller.com
   rcromwell@byrneskeller.com
   jmcwilliam@byrneskeller.com

MUNDING, P.S.

By /s/ John Munding
   John Munding, WSBA #21734
   309 E. Farwell Rd., Suite 310
   Spokane, Washington 99218
   509-590-3849
   Fax:   (509) 624-6155
   Email:   john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

By /s/ Pamela M. Egan
   Pamela M. Egan, WSBA #54736
   1905 7th Avenue W.
   Seattle, WA 98119-2815
   415-297-0132
   Email:   pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 7

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 91   Filed 05/25/22   Entered 05/25/22 17:38:10   Pg 7 of 8

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

PERKINS' AND TRUSTEE'S JOINT
MOTION FOR AN ORDER TO SHOW
CAUSE RE SUBPOENA TO INTUIT INC. - 8

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 8 of 8