# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br>　　　　　　　　　　　　　　Debtor.<br>MARK D. WALDRON, as Chapter 7 Trustee,<br>　　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br>　　　　　　　　　　　　　　Defendants<br>and<br>THE GIGA WATT PROJECT, a partnership,<br>　　　　　　　　　　　　　　Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**[PROPOSED] ORDER SETTING SHOW CAUSE HEARING REGARDING INTUIT INC.'S FAILURE TO PRODUCE DISCOVERY RESPONSE** |

This matter came for hearing pursuant to the Joint Motion of the Trustee and Perkins Coie LLP for an Order requiring Intuit Inc. to show cause why it should not be held in contempt and sanctioned for its failure to comply with subpoenas and an 11

[PROPOSED] ORDER SETTING SHOW CAUSE HEARING REGARDING INTUIT INC.'S FAILURE TO PRODUCE DISCOVERY RESPONSE - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91-3    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 1 of 4

U.S.C. § 542 turnover letter requesting the production of certain documents and information.

The Court, having considered the Motion, and all supporting materials, HEREBY ORDERS that Intuit Inc. appear before this Court on _____, at _____, and show cause why it should not be:

1. Held in contempt and sanctioned for a failure to produce the information requested in subpoenas served on November 18, 2021, and April 7, 2022 ("Subpoenas") and in an 11 U.S.C. § 542 turnover letter dated March 9, 2022.

2. Ordered to comply with the Subpoenas by producing to Perkins Coie LLP and the Trustee all the documents demanded therein by a date certain to be set by the Court.

///End of Order///

[PROPOSED] ORDER SETTING SHOW CAUSE
HEARING REGARDING INTUIT INC.'S
FAILURE TO PRODUCE DISCOVERY
RESPONSE - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Presented By:

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |
| By /s/ Bradley S. Keller | By /s/ Pamela M. Egan |
|    Bradley S. Keller, WSBA #10665 |    Pamela M. Egan, WSBA #54736 |
| By /s/ Ralph E. Cromwell, Jr. |    1905 7th Avenue W. |
|    Ralph E. Cromwell, Jr., WSBA #11784 |    Seattle, WA 98119-2815 |
| By /s/ Jofrey M. McWilliam |    415-297-0132 |
|    Jofrey M. McWilliam, WSBA #28441 |    Email:   pegan@potomaclaw.com |
|    1000 Second Avenue, 38th Floor | *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |
|    Seattle, Washington 98104 | |
|    206-622-2000 | |
|    Fax:   (206)-622-2522 | |
|    Email:   bkeller@byrneskeller.com | |
|    rcromwell@byrneskeller.com | |
|    jmcwilliam@byrneskeller.com | |

MUNDING, P.S.

By /s/ John Munding
   John Munding, WSBA #21734
   309 E. Farwell Rd., Suite 310
   Spokane, Washington 99218
   509-590-3849
   Fax:   (509) 624-6155
   Email:   john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

[PROPOSED] ORDER SETTING SHOW CAUSE
HEARING REGARDING INTUIT INC.'S
FAILURE TO PRODUCE DISCOVERY
RESPONSE - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91-3    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

[PROPOSED] ORDER SETTING SHOW CAUSE
HEARING REGARDING INTUIT INC.'S
FAILURE TO PRODUCE DISCOVERY
RESPONSE - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 91-3    Filed 05/25/22    Entered 05/25/22 17:38:10    Pg 4 of 4