Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington
corporation,

                              Debtor.

MARK D. WALDRON, as Chapter 7
Trustee,

                              Plaintiff,

vs.

PERKINS COIE, LLP, a Washington
limited liability partnership; LOWELL
NESS, individual and California resident;
GIGA WATT PTE., LTD. a Singapore
corporation; and ANDREY KUZENNY, a
citizen of the Russian Federation;

                              Defendants

and

THE GIGA WATT PROJECT, a
partnership,

                              Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**NOTICE OF HEARING ON
JOINT MOTION FOR ORDER
TO SHOW CAUSE RE
SUBPOENA TO INTUIT INC.**

**Via Zoom, with Oral Argument
Thursday, June 2, 2022
11:00 a.m.**

NOTICE OF HEARING ON JOINT MOTION FOR ORDER
TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Perkins Coie, LLP, Lowell Ness (collectively "Perkins"), and the Trustee hereby note for hearing their Joint Motion for an Order to Show Cause re Subpoena to Intuit Inc., pursuant to Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45(g). The hearing has been scheduled for 11:00 a.m. prevailing Pacific Time before the Honorable Frederick P. Corbit, United States Bankruptcy Court Judge, by Zoom. All parties wishing to participate must connect to the hearing via Zoom on the designated date at the designated time. The Zoom information regarding attendance of the hearing and sent to the parties by the Clerk of the Court is set forth below:

| | |
|---|---|
| Zoom Meeting Link: | https://www.zoomgov.com/j/1607750403?pwd=STNlNURaaVZCa1FEeXJZS0JoSU9zdz09 |
| Meeting ID: | 160 775 0403 |
| Pass Code: | 769939 |
| One Tap Mobile: | +16692545252,,1607750403#,,,,*769939# US (San Jose) |
| | +16692161590,,1607750403#,,,,*769939# US (San Jose) |
| Dial by Location: | +1 669 254 5252 US (San Jose) |
| | +1 669 216 1590 US (San Jose) |
| | +1 646 828 7666 US (New York) |
| | +1 551 285 1373 US |
| Link to find local number if not listed: | https://www.zoomgov.com/u/abM3JIa80i |

NOTICE OF HEARING ON JOINT MOTION FOR ORDER
TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

DATED this 27th day of May, 2022.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    206-622-2000
    Fax:    (206)-622-2522
    Email:    bkeller@byrneskeller.com
    rcromwell@byrneskeller.com
    jmcwilliam@byrneskeller.com

MUNDING, P.S.

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    509-590-3849
    Fax:    (509) 624-6155
    Email:    john@mundinglaw.com
*Attorneys for Perkins Coie LLP and*
*Lowell Ness*

POTOMAC LAW GROUP PLLC

By /s/ Pamela M. Egan
    Pamela M. Egan, WSBA #54736
    1905 7th Avenue W.
    Seattle, WA 98119-2815
    415-297-0132
    Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron,*
*Chapter 7 Trustee, Plaintiff*

NOTICE OF HEARING ON JOINT MOTION FOR ORDER
TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF HEARING ON JOINT MOTION FOR ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 92    Filed 05/27/22    Entered 05/27/22 10:54:30    Pg 4 of 4