1

2

3

4

5

6

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7 In Re: | No. 18-03197-FPC11 |
| 8 GIGA WATT, INC., a Washington corporation, | The Honorable Frederick P. Corbit |
| 9 Debtor. | CHAPTER 7 |
| 10 MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| 11 Plaintiff, | |
| 12 vs. | STIPULATED AMENDED SCHEDULING ORDER |
| 13 PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL | |

7 In Re:

No. 18-03197-FPC11

8 GIGA WATT, INC., a Washington
corporation,

The Honorable Frederick P. Corbit

9                                          Debtor.

CHAPTER 7

10 MARK D. WALDRON, as Chapter 7
Trustee,

Adv. Case No. 20-80031

11                                          Plaintiff,

12      vs.

**STIPULATED AMENDED
SCHEDULING ORDER**

13 PERKINS COIE, LLP, a Washington
limited liability partnership; LOWELL

14 NESS, individual and California resident;
GIGA WATT PTE., LTD. a Singapore

15 corporation; and ANDREY KUZENNY, a
citizen of the Russian Federation;

16                                          Defendants

17      and

18 THE GIGA WATT PROJECT, a
partnership,

19                                Nominal defendant.

20      Based on the stipulation of the parties filed on May 25, 2022 (ECF No. 90), the

21 Court hereby ORDERS as follows:

22

23

24 STIPULATED AMENDED
SCHEDULING ORDER - 1

25

1.  The Stipulation filed on May 25, 2022, ECF No. 90, is approved.

IT IS HEREBY FURTHER ORDERED that the trial scheduling dates are continued as follows:

1.      Last day to move to amend pleadings or join additional parties, August 1, 2022;

2.      All fact discovery completed, August 31, 2022;

3.      Opening expert reports per FRCP 26(a)(2), September 26, 2022;

4.      Rebuttal expert reports, October 17, 2022;

5.      Completion of expert depositions, November 7, 2022;

6.      Last day to file dispositive motions, December 1, 2022;

7.      Exchange initial exhibit and witness lists, January 16, 2023;

8.      Plaintiff's trial brief filed and served, February 6, 2023;

9.      Defendants' trial brief filed and served, February 20, 2023;

10.     Plaintiff's initial deposition designations, February 20, 2023;

11.     Plaintiff's reply to Defendants' trial brief, February 27, 2023;

12.     Defendants' initial and counter deposition designations, March 1, 2023;

13.     Pretrial Order filed by 12:00 p.m., March 3, 2023;

14.     Pretrial Conference, March 7, 2023, at 1:30 .p.m.;

15.     Final exhibit and witness lists, March 7, 2023, with counsel to file their exhibits as attachments to the exhibit index and to redact private information;

STIPULATED AMENDED
SCHEDULING ORDER - 2

16.    Motions in Limine, March 7, 2023;

17.    Plaintiff's deposition counter designations, March 10, 2023;

18.    Oppositions to Motions in Limine, March 14, 2023;

19.    Highlighted depositions to Court, March 17, 2023;

20.    Replies in Support of Motions in Limine, March 17, 2023; and

21.    Trial on March 21, 2023, at 9:00 a.m.

///END OF ORDER///

Presented by:

[Attorneys listed on next page.]

STIPULATED AMENDED
SCHEDULING ORDER - 3

| | |
|---|---|
| 1 | BYRNES KELLER CROMWELL LLP |

BYRNES KELLER CROMWELL LLP      POTOMAC LAW GROUP PLLC

By /s/ Bradley S. Keller

    Bradley S. Keller, WSBA #10665

By /s/ Ralph E. Cromwell, Jr.

    Ralph E. Cromwell, Jr., WSBA #11784

By /s/ Jofrey M. McWilliam

    Jofrey M. McWilliam, WSBA #28441

    1000 Second Avenue, 38th Floor

    Seattle, Washington 98104

    206-622-2000

    Fax:    (206)-622-2522

    Email:    bkeller@byrneskeller.com

    rcromwell@byrneskeller.com

    jmcwilliam@byrneskeller.com

By /s/ Pamela M. Egan

    Pamela M. Egan, WSBA #54736

    1905 7th Avenue W.

    Seattle, WA 98119-2815

    415-297-0132

    Email:    pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

MUNDING, P.S.

By /s/ John Munding

    John Munding, WSBA #21734

    309 E. Farwell Rd., Suite 310

    Spokane, Washington 99218

    509-590-3849

    Fax:    (509) 624-6155

    Email:    john@mundinglaw.com

*Attorneys for Perkins Coie LLP and Lowell Ness*

STIPULATED AMENDED
SCHEDULING ORDER - 4