UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>**GIGA WATT, INC., a Washington Corporation,**<br><br>        Debtor.<br><br>---<br><br>**MARK D. WALDRON, as Chapter 7 Trustee**,<br>        Plaintiff,<br>-vs-<br><br>**PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, an individual and California resident; GIGA WATT PTE., LTD, a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;**<br>        Defendants.<br> and<br>**THE GIGA WATT PROJECT**, a partnership,<br>        Nominal Defendant | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br><br><br><br>Adv. Case No 20-80031 |

# ORDER

The undersigned was appointed for the purpose of conducting a settlement conference among the parties to this adversary proceeding and any party to Case No. 20-00464-SAB, *Jun Dam v. Perkins Coie LLP et. al*, filed in the United States District Court for the District of

1

Washington, who elects to participate. Accordingly, the undersigned deems it appropriate to conduct a telephonic scheduling conference with the parties to discuss a mutually agreeable time and location of the settlement conference and deadlines for the submission of settlement materials. Therefore,

IT IS ORDERED that that a telephonic scheduling conference shall be held on **Thursday, August 11, 2022, at 11:00 a.m. MST.** To participate in the conference, the parties shall dial into the Court's telephonic conferencing system at 551-285-1373; the Conference ID number is 16162574053##.

Dated: July 21, 2022.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana