# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980−2 | User: notice | Date Created: 7/21/2022 |
| Case: 20−80031−FPC | Form ID: pdf002 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft     Giga Watt Pte. Ltd.
dft     Giga Watt Project

                                            TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty     Donald A Boyd     dboyd@hummerboyd.com
aty     John D Munding     John@Mundinglaw.com
aty     Pamela Marie Egan     pegan@potomaclaw.com
aty     Ralph E Cromwell, Jr     rcromwell@byrneskeller.com

                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Mark D. Waldron     Law Offices of Mark D. Waldron, PLLC     6711 Regents Blvd. W.     Suite B     Tacoma, WA 98466
dft     Perkins Coie LLP     Chicago     131 South Dearborn Street     Suite 1700     Chicago, IL 60603−3559 U.S.
dft     Lowell Ness     Perkins Coie LLP     3150 Porter Drive     Palo Alto, CA 94304−1212

                                            TOTAL: 3