Waldron,

    Plaintiff

                                          Adv. Proc. No. 20-80031-FPC

Perkins Coie LLP,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0980-2 | User: notice | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf002 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Lowell Ness, Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212 |
| pla | + | Mark D. Waldron, Law Offices of Mark D. Waldron, PLLC, 6711 Regents Blvd. W., Suite B, Tacoma, WA 98466-5421 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: bncnotices@stripe.com | Jul 21 2022 23:55:00 | Perkins Coie LLP, Chicago, 131 South Dearborn Street, Suite 1700, Chicago, IL 60603-3559, U.S. |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Giga Watt Project |
| dft | | Giga Watt Pte. Ltd. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald A Boyd | |
| | on behalf of Defendant Andrey Kuzenny dboyd@hummerboyd.com kvoelker@hummerboyd.com |

John D Munding
    on behalf of Defendant Lowell Ness John@Mundinglaw.com  Karen@mundinglaw.com

John D Munding
    on behalf of Defendant Perkins Coie LLP John@Mundinglaw.com  Karen@mundinglaw.com

Pamela Marie Egan
    on behalf of Plaintiff Mark D. Waldron pegan@potomaclaw.com

Ralph E Cromwell, Jr
    on behalf of Defendant Perkins Coie LLP rcromwell@byrneskeller.com
    ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr
    on behalf of Defendant Lowell Ness rcromwell@byrneskeller.com
    ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

**GIGA WATT, INC., a Washington Corporation,**

Debtor.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

---

**MARK D. WALDRON, as Chapter 7 Trustee**,

Plaintiff,

-vs-

**PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, an individual and California resident; GIGA WATT PTE., LTD, a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;**

Defendants.

and

**THE GIGA WATT PROJECT**, a partnership,

Nominal Defendant

Adv. Case No 20-80031

## ORDER

The undersigned was appointed for the purpose of conducting a settlement conference among the parties to this adversary proceeding and any party to Case No. 20-00464-SAB, *Jun Dam v. Perkins Coie LLP et. al*, filed in the United States District Court for the District of

1

Washington, who elects to participate. Accordingly, the undersigned deems it appropriate to conduct a telephonic scheduling conference with the parties to discuss a mutually agreeable time and location of the settlement conference and deadlines for the submission of settlement materials. Therefore,

IT IS ORDERED that that a telephonic scheduling conference shall be held on **Thursday, August 11, 2022, at 11:00 a.m. MST.** To participate in the conference, the parties shall dial into the Court's telephonic conferencing system at 551-285-1373; the Conference ID number is 16162574053##.

Dated: July 21, 2022.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana