Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

                           Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

                           Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

                           Defendants

and

THE GIGA WATT PROJECT, a partnership,

                           Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**REQUEST TO WITHDRAW PERKINS AND TRUSTEE'S JOINT MOTION FOR AN ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC.**

REQUEST TO WITHDRAW PERKINS AND TRUSTEE'S JOINT MOTION FOR AN ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 102    Filed 07/25/22    Entered 07/25/22 16:48:30    Pg 1 of 3

Defendants Perkins Coie and Lowell Ness ("Perkins") and Mark D. Waldron ("Trustee") submitted a Joint Motion for an Order to Show Cause re Subpoena to Intuit Inc. in this matter. *See* ECF No. 91. Oral argument on the Motion is set to be heard on August 2, 2022, at 1:30 p.m. *See* ECF No. 93.

Based on discussions and a confirming email with the Trustee's counsel, both the Trustee and Perkins hereby withdraw the Joint Motion for an Order to Show Cause re Subpoena to Intuit Inc., and request the motion be stricken for hearing from the Court's schedule.

DATED this 25th day of July, 2022.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | MUNDING, P.S. |
| By /s/ Bradley S. Keller<br>   Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>   Jofrey M. McWilliam, WSBA #28441<br>   1000 Second Avenue, 38th Floor<br>   Seattle, Washington 98104<br>   206-622-2000<br>   Fax:   (206)-622-2522<br>   Email:   bkeller@byrneskeller.com<br>   rcromwell@byrneskeller.com<br>   jmcwilliam@byrneskeller.com | By /s/ John Munding<br>   John Munding, WSBA #21734<br>   309 E. Farwell Rd., Suite 310<br>   Spokane, Washington 99218<br>   509-590-3849<br>   Fax:   (509) 624-6155<br>   Email:   john@mundinglaw.com<br><br>*Attorneys for Perkins Coie LLP and* |

REQUEST TO WITHDRAW PERKINS AND TRUSTEE'S JOINT MOTION FOR AN ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 102    Filed 07/25/22    Entered 07/25/22 16:48:30    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

REQUEST TO WITHDRAW PERKINS AND TRUSTEE'S JOINT MOTION FOR AN ORDER TO SHOW CAUSE RE SUBPOENA TO INTUIT INC. - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 102    Filed 07/25/22    Entered 07/25/22 16:48:30    Pg 3 of 3