Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington corporation,

                        Debtor.

MARK D. WALDRON, as Chapter 7 Trustee,

                        Plaintiff,

vs.

PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;

                        Defendants

and

THE GIGA WATT PROJECT, a partnership,

                        Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**PERKINS COIE AND LOWELL NESS' MOTION TO EXTEND DEADLINE TO ADD PARTIES**

PERKINS COIE AND LOWELL NESS'
MOTION TO EXTEND DEADLINE TO
ADD PARTIES - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 1 of 5

## I. MOTION

The Defendants Perkins Coie, LLP and Lowell Ness ("Perkins") hereby move the Court for an order extending the August 1, 2022, deadline for joining additional parties by 90 days. In further support of this motion, the Defendants state the following:

## II. BASIS

This Court has issued a case schedule under which August 1, 2022, is the deadline for joining additional parties. *See* ECF No. 95. In anticipation of this deadline, Perkins has drafted a motion requiring that Jun Dam, as class representative, be added as a necessary party to this action. Mr. Dam, and the class he purports to represent, have filed claims in the United States District Court for the Eastern District of Washington (Case No. 2:20-cv-00464-SAB) seeking to recover from Perkins the same damages, based on the same facts, which underlie the claims of the Trustee Mark D. Waldron ("Trustee") in this matter. Having duplicate actions, asserting similar claims for the same damages, raises an obvious potential for inconsistent results, double recoveries, and duplicative proceedings for all concerned. Although this Court has ruled that three of the five class claims belong to the Trustee and has enjoined prosecution of the remaining two class claims pending resolution of the Trustee's claims herein, the Class has appealed those rulings and, in any event, can

PERKINS COIE AND LOWELL NESS'
MOTION TO EXTEND DEADLINE TO
ADD PARTIES - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 2 of 5

pursue duplicative claims against Perkins when the injunction expires. Accordingly, Perkins is concerned that something must be done to adjudicate all pending claims in one proceeding to obtain complete and final relief.

However, as the Court is aware, Perkins, the Trustee, and Mr. Dam have agreed to attend a mediation to see if all of the claims asserted against Perkins can be resolved. To avoid motion practice that may not be necessary, Perkins requests that the deadline for adding parties be extended by 90 days to see whether any progress is made in the mediation to be conducted by Judge Hursh.

### III. RELIEF REQUESTED

Wherefore, for the foregoing reasons, Perkins respectfully requests the Court extend the August 1, 2022, deadline for joining additional parties by 90 days to October 31, 2022.

PERKINS COIE AND LOWELL NESS'
MOTION TO EXTEND DEADLINE TO
ADD PARTIES - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 3 of 5

DATED this 26th day of July, 2022.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | MUNDING, P.S. |
| By /s/ Bradley S. Keller<br>    Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>    Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>    Jofrey M. McWilliam, WSBA #28441<br>    1000 Second Avenue, 38th Floor<br>    Seattle, Washington 98104<br>    Phone:   (206) 622-2000<br>    Fax:      (206)-622-2522<br>    Email:    bkeller@byrneskeller.com<br>                 rcromwell@byrneskeller.com<br>                 jmcwilliam@byrneskeller.com | By /s/ John Munding<br>    John Munding, WSBA #21734<br>    309 E. Farwell Rd., Suite 310<br>    Spokane, Washington 99218<br>    Phone:   (509) 590-3849<br>    Fax:      (509) 624-6155<br>    Email: john@mundinglaw.com<br>*Attorneys for Perkins Coie LLP and Lowell Ness* |

PERKINS COIE AND LOWELL NESS'
MOTION TO EXTEND DEADLINE TO
ADD PARTIES - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone: 206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

PERKINS COIE AND LOWELL NESS' MOTION TO EXTEND DEADLINE TO ADD PARTIES - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 5 of 5