UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>                                    Debtor. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>                                    Defendants<br><br>          and<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>                                    Nominal defendant. | CHAPTER 7<br><br>Adv. Case No. 20-80031<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO ADD PARTIES** |

This matter came for hearing pursuant to Defendants Perkins Coie and Lowell Ness' Motion to Extend Deadline to Add Parties.

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

The Court, having considered the Motion, and all submitted materials, HEREBY ORDERS:

The deadline to add parties set in the Stipulated Amended Scheduling Order (ECF No. 95) shall be extended 90 days from the date of August 1, 2022, to October 31, 2022.

///End of Order///

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 104-1    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 2 of 4

Presented By:

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington  98104
    206-622-2000
    Fax:    (206)-622-2522
    Email:    bkeller@byrneskeller.com
    rcromwell@byrneskeller.com
    jmcwilliam@byrneskeller.com

MUNDING, P.S.

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    509-590-3849
    Fax:    (509) 624-6155
    Email:    john@mundinglaw.com
*Attorneys for Perkins Coie LLP and*
*Lowell Ness*

POTOMAC LAW GROUP PLLC

By /s/ Pamela M. Egan
    Pamela M. Egan, WSBA #54736
    1905 7th Avenue W.
    Seattle, WA 98119-2815
    415-297-0132
    Email:    pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter*
*7 Trustee, Plaintiff*

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
206-622-2000
Fax:  206-622-2522
Email:  rcromwell@byrneskeller.com

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

20-80031-FPC    Doc 104-1    Filed 07/26/22    Entered 07/26/22 15:09:29    Pg 4 of 4