Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, INC., a Washington
corporation,

                                        Debtor.

MARK D. WALDRON, as Chapter 7
Trustee,

                                        Plaintiff,

        vs.

PERKINS COIE, LLP, a Washington
limited liability partnership; LOWELL
NESS, individual and California resident;
GIGA WATT PTE., LTD. a Singapore
corporation; and ANDREY KUZENNY, a
citizen of the Russian Federation;

                                        Defendants

        and

THE GIGA WATT PROJECT, a
partnership,

                                Nominal defendant.

No. 18-03197-FPC11

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**NOTICE OF HEARING RE
PERKINS COIE AND LOWELL
NESS' MOTION TO EXTEND
DEADLINE TO JOIN PARTIES
(ECF NO. 104)**

**Hearing date: August 11, 2022
Hearing Time: 1:30 p.m. PST
Location: Zoom Meeting**

NOTICE OF HEARING RE
PERKINS COIE AND LOWELL
NESS' MOTION TO EXTEND
DEADLINE TO JOIN PARTIES - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**To:** **Mark D. Waldron and Andrey Kuzenny**

**And To:** **Their counsel of record**

PLEASE TAKE NOTICE that a Zoom hearing on Perkins Coie and Lowell Ness' Motion to Extend Deadline to Join Parties (ECF No. 104) has been scheduled for August 11, 2022, at 1:30 p.m. Prevailing Pacific Time before the Honorable Frederick P. Corbit, United States Bankruptcy Court Judge. All parties wishing to participate must connect to the hearing via Zoom on the designated date at the designated time. The Zoom information regarding attendance of the hearing is set forth below:

| | |
|---|---|
| Zoom Meeting Link: | https://www.zoomgov.com/j/1606922376?pwd=dzVsT0VWNVZLYjdlNjZReFlRdzNJQT09 |
| Meeting ID: | 160 692 2376 |
| Pass Code: | 196273 |
| One Tap Mobile: | +16692545252, 1606922376#,,,,*196273# US (San Jose) |
| | +16692161590, 1606922376#,,,,*196273# US (San Jose) |
| Dial by Location: | +1 669 254 5252 US (San Jose) |
| | +1 669 216 1590 US (San Jose) |
| | +1 646 828 7666 US (New York) |
| | +1 551 285 1373 US |
| Link to find local number if not listed: | https://www.zoomgov.com/u/abY28Cfi9z |

NOTICE OF HEARING RE
PERKINS COIE AND LOWELL
NESS' MOTION TO EXTEND
DEADLINE TO JOIN PARTIES - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1    DATED this 27th day of July, 2022.

2

3

4    BYRNES KELLER CROMWELL LLP          MUNDING, P.S.

5    By /s/ Bradley S. Keller                 By /s/ John Munding
         Bradley S. Keller, WSBA #10665           John Munding, WSBA #21734
6    By /s/ Ralph E. Cromwell, Jr.                309 E. Farwell Rd., Suite 310
         Ralph E. Cromwell, Jr., WSBA #11784       Spokane, Washington 99218
7                                                  509-590-3849
     By /s/ Jofrey M. McWilliam                   Fax:       (509) 624-6155
8        Jofrey M. McWilliam, WSBA #28441         Email:    john@mundinglaw.com
9        1000 Second Avenue, 38th Floor
         Seattle, Washington 98104               *Attorneys for Perkins Coie LLP and*
10       206-622-2000
11       Fax:       (206)-622-2522
         Email:    bkeller@byrneskeller.com
12   rcromwell@byrneskeller.com
13   jmcwilliam@byrneskeller.com

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF HEARING RE
PERKINS COIE AND LOWELL
NESS' MOTION TO EXTEND
DEADLINE TO JOIN PARTIES - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF HEARING RE
PERKINS COIE AND LOWELL
NESS' MOTION TO EXTEND
DEADLINE TO JOIN PARTIES - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 105   Filed 07/27/22   Entered 07/27/22 16:26:00   Pg 4 of 4