So Ordered.

Dated: August 11th, 2022



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>                              Debtor.<br><br>MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                              Plaintiff,<br><br>vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>                              Defendants<br><br>and<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>                              Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**ORDER EXTENDING DEADLINE TO ADD PARTIES** |

This matter came for hearing pursuant to Defendants Perkins Coie and Lowell Ness' Motion to Extend Deadline to Add Parties.

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

The Court, having considered the Motion, and all submitted materials, HEREBY ORDERS:

The deadline to add parties set in the Stipulated Amended Scheduling Order (ECF No. 95) shall be extended 90 days from the date of August 1, 2022, to October 31, 2022.

///End of Order///

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 2

Byrnes ♦ Keller ♦ Cromwell LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000

20-80031-FPC    Doc 108    Filed 08/11/22    Entered 08/11/22 16:21:26    Pg 2 of 4

Presented By:

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | POTOMAC LAW GROUP PLLC |
| | |
| By /s/ Bradley S. Keller | By /s/ Pamela M. Egan |
|    Bradley S. Keller, WSBA #10665 |    Pamela M. Egan, WSBA #54736 |
| By /s/ Ralph E. Cromwell, Jr. |    1905 7th Avenue W. |
|    Ralph E. Cromwell, Jr., WSBA #11784 |    Seattle, WA 98119-2815 |
| By /s/ Jofrey M. McWilliam |    415-297-0132 |
|    Jofrey M. McWilliam, WSBA #28441 |    Email:   pegan@potomaclaw.com |
|    1000 Second Avenue, 38th Floor | *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |
|    Seattle, Washington 98104 | |
|    206-622-2000 | |
|    Fax:   (206)-622-2522 | |
|    Email:   bkeller@byrneskeller.com | |
|    rcromwell@byrneskeller.com | |
|    jmcwilliam@byrneskeller.com | |

MUNDING, P.S.

By /s/ John Munding
   John Munding, WSBA #21734
   309 E. Farwell Rd., Suite 310
   Spokane, Washington 99218
   509-590-3849
   Fax:   (509) 624-6155
   Email:   john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

[PROPOSED] ORDER EXTENDING DEADLINE TO ADD PARTIES - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 108    Filed 08/11/22    Entered 08/11/22 16:21:26    Pg 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

[PROPOSED] ORDER EXTENDING DEADLINE
TO ADD PARTIES - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 108    Filed 08/11/22    Entered 08/11/22 16:21:26    Pg 4 of 4