Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys For Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>        Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>        Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGAWATT PTE., LTD., a Singapore corporation, ANDREY KUZENNY,<br><br>        Defendants,<br><br>- and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>        Nominal Defendant. | Adv. Case No. 20-80031<br><br>**NOTICE OF TRUSTEE'S INTENT TO REQUEST ENTRY OF DEFAULT BY THE CLERK OF THE COURT AGAINST GIGAWATT PTE. LTD.** |

Notice of Trustee's Request for Entry of Default
By Clerk Against GigaWatt Pte. Ltd. – Page 1

**TO GIGAWATT PTE. LTD.:**

PLEASE TAKE NOTICE that unless you appear or otherwise defend yourself in the above-captioned adversary proceeding by **September 30, 2022**, then Mark D. Waldron, the Trustee and plaintiff in the above-captioned case and adversary proceeding, will request that the Clerk of the Court enter your default pursuant to the *Trustee's Request for Entry of Default by the Clerk of the Court Against GigaWatt Pte. Ltd.* and supporting papers which are attached hereto as **Exhibit A**.

Dated: September 15, 2022         POTOMAC LAW GROUP PLLC

By:    s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*