Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 2:18-bk-03197-FPC-C<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, ANDREY KUZENNY, individual and Russian citizen, TIMUR USMANOV, individual and Russian citizen,<br><br>Defendants,<br><br>- and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>Nominal Defendant. | Adv. Case No. 20-80031<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE – Page 1

I, Pamela M. Egan, hereby certify as set forth herein. I am over the age of eighteen (18) years. On September 16, 2022, I served a copy of the *Notice of Trustee's Intent to Request Entry of Default by the Clerk of the Court Against GigaWatt Pte. Ltd.* ("Notice"), ECF No. 111, on GigaWatt Pte. Ltd. by sending a true and correct copy of the Notice to GigaWatt Pte. Ltd. by:

1. Registered mail, return receipt requested in a sealed, stamped envelope to the addresses listed below:

> Registered Office of GigaWatt Pte. Ltd.
> One Magazine Road #04-11
> Central Mall, Singapore 059567;

2. Email to the email listed on the Proof of Claim filed by GigaWatt Pte. Ltd. in this case, Claim No. 135, moon_mist@mail.ru.

In addition, on September 15, 2022, all parties who are registered for Electronic Court Filing received a copy of the Notice upon its filing as shown in the appended Notice of Electronic Filing.

Under penalty of perjury, I certify that the foregoing is true and correct.

Executed this 16th day of September 2022 in Seattle, Washington.

By: *s/ Pamela M. Egan*
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

CERTIFICATE OF SERVICE – Page 2

# Pamela M. Egan

| | |
|---|---|
| **From:** | ECFilings@waeb.uscourts.gov |
| **Sent:** | Thursday, September 15, 2022 4:14 PM |
| **To:** | cmecf@waeb.uscourts.gov |
| **Subject:** | 20-80031-FPC Notice of Motion and Time to Object |

⚠ **EXTERNAL**

TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from Pamela Marie Egan entered on 9/15/2022 at 4:14 PM PDT and filed on 9/15/2022
**Case Name:** Waldron v. Perkins Coie LLP et al
**Case Number:** 20-80031-FPC
**Document Number:** 111

**Docket Text:**
NOTICE of Motion and Time to Object.. Filed by Pamela Marie Egan on behalf of Mark D. Waldron (RE: Complaint[1], Amended Complaint[6]). (Attachments: # (1) Exhibit A)(Egan, Pamela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Request for Default - FILE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=9/15/2022] [FileNumber=11407359-0] [e170805b0f3f0c7acc4fec5f22e02ca9ed63c3e1f271649ef97a3b780fcd4204f447be1d77baa00a76a01f82ebffcc647bba08226cbb50461f1782beb098d0a1]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exh. A to Notice of Request for Default - FILE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052925241 [Date=9/15/2022] [FileNumber=11407359-

1] [b05b79b1b1c1054599c1dc63fb8519b4cd3279861129a871ea8de0f299a596e39b6803c3d522ecb001afbd2ed571fa602629d32381e4a347310fce1164a3bb03]]

**20-80031-FPC Notice will be electronically mailed to:**

Donald A Boyd on behalf of Defendant Andrey Kuzenny
dboyd@hummerboyd.com, kvoelker@hummerboyd.com

Ralph E Cromwell, Jr on behalf of Defendant Perkins Coie LLP
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Ralph E Cromwell, Jr on behalf of Defendant Lowell Ness
rcromwell@byrneskeller.com, ssandusky@byrneskeller.com,mkitamura@byrneskeller.com,docket@byrneskeller.com

Pamela Marie Egan on behalf of Plaintiff Mark D. Waldron
pegan@potomaclaw.com

John D Munding on behalf of Defendant Perkins Coie LLP
John@Mundinglaw.com, Karen@mundinglaw.com

John D Munding on behalf of Defendant Lowell Ness
John@Mundinglaw.com, Karen@mundinglaw.com

**20-80031-FPC Notice will not be electronically mailed to:**

Giga Watt Project
,

Giga Watt Pte. Ltd.
,

Timur Usmanov
Los Angeles, CA