Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>                Debtor.<br>MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                Plaintiff,<br>vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>                Defendants<br>and<br>THE GIGA WATT PROJECT, a partnership,<br><br>              Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**NOTICE OF NINTH CIRCUIT ORAL ARGUMENT SETTING**<br><br>**(December 6, 2022)** |

NOTICE OF NINTH CIRCUIT
ORAL ARGUMENT SETTING - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 114    Filed 09/26/22    Entered 09/26/22 15:32:44    Pg 1 of 6

Attached hereto and incorporated herein as Appendix "A" is a true and correct copy of the Notice of Oral Argument from the Ninth Circuit, setting oral argument for December 6, 2022, on the appeal of this Court's Order Denying Perkins' and Ness' Motion to Compel Arbitration and Stay (ECF 51), dated April 22, 2021.

DATED this 26th day of September, 2022.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | MUNDING, P.S. |
| By /s/ Bradley S. Keller<br>   Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>   Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>   Jofrey M. McWilliam, WSBA #28441<br>   1000 Second Avenue, 38th Floor<br>   Seattle, Washington 98104<br>   206-622-2000<br>   Fax:   (206)-622-2522<br>   Email:  bkeller@byrneskeller.com<br>   rcromwell@byrneskeller.com<br>   jmcwilliam@byrneskeller.com | By /s/ John Munding<br>   John Munding, WSBA #21734<br>   309 E. Farwell Rd., Suite 310<br>   Spokane, Washington 99218<br>   509-590-3849<br>   Fax:   (509) 624-6155<br>   Email:  john@mundinglaw.com<br><br>*Attorneys for Perkins Coie LLP and Lowell Ness* |

NOTICE OF NINTH CIRCUIT
ORAL ARGUMENT SETTING - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 114    Filed 09/26/22    Entered 09/26/22 15:32:44    Pg 2 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
*Attorneys for Defendants Perkins Coie LLP and Lowell Ness.*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF NINTH CIRCUIT
ORAL ARGUMENT SETTING - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 114   Filed 09/26/22   Entered 09/26/22 15:32:44   Pg 3 of 6

# APPENDIX A

| From: | ca9_ecfnoticing@ca9.uscourts.gov |
|---|---|
| Sent: | Sunday, September 25, 2022 6:12 AM |
| To: | Jofrey McWilliam |
| Subject: | 22-35104 In re: Mark D. Waldron, et al v. Perkins Coie LLP, et al "NOTICE -- Oral Argument Schedule" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/25/2022 at 6:12:23 AM Pacific Daylight Time and filed on 09/25/2022

**Case Name:** In re: Mark D. Waldron, et al v. Perkins Coie LLP, et al
**Case Number:** 22-35104

**Docket Text:**
Notice of Oral Argument on Tuesday, December 6, 2022 - 09:30 A.M. - Courtroom 1 - Scheduled Location: San Francisco CA.
The hearing time is the local time zone at the scheduled hearing location.

View the Oral Argument Calendar for your case **here**.

NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, you may have the option to appear in person at the Courthouse or remotely by video. Anyone appearing in person must review and comply with our Protocols for In Person Hearings, available **here**. At this time, an election to appear remotely by video will not require a motion. The court expects and supports the fact that some attorneys and some judges will continue to appear remotely. If the panel determines that it will hold oral argument in your case, the Clerk's Office will contact you directly at least two weeks before the set argument date to review any requirements for in person appearance or to make any necessary arrangements for remote appearance.

Please note however that if you do elect to appear remotely, the court **strongly prefers** video over telephone appearance. Therefore, if you wish to appear remotely by telephone you will need to file a motion requesting permission to do so.

Be sure to review the **GUIDELINES** for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).

If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING**

1

**NOTICE** filing type in CM/ECF no later than 28 days before Tuesday, December 6, 2022. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12548581]. [22-35104] (KS)

**Notice will be electronically mailed to:**

Mr. Jason W. Anderson, Attorney: anderson@carneylaw.com, saiden@carneylaw.com
Honorable Stanley Allen Bastian, Chief District Judge: Stan_Bastian@waed.uscourts.gov
Mr. Ralph E. Cromwell, Jr., Attorney: rcromwell@byrneskeller.com, ssandusky@byrneskeller.com
Ms. Pamela Marie Egan, Bankruptcy Counsel: pegan@potomaclaw.com
Mr. Michael Barr King, Attorney: king@carneylaw.com, saiden@carneylaw.com
Jofrey M. McWilliam: jmcwilliam@byrneskeller.com, ssandusky@byrneskeller.com, docket@byrneskeller.com
Mr. John D. Munding, Attorney: john@mundinglaw.com, karen@mundinglaw.com