Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **TRUSTEE'S MOTION TO AMEND COMPLAINT AND NOTICE** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

TRUSTEE'S MOTION TO
AMEND COMPLAINT AND NOTICE – Page 1

Mark D. Waldron, in his capacity as the duly appointed Chapter 7 Trustee, by and through his attorneys, the Potomac Law Group PLLC, hereby moves for entry of an Order, substantially in the form attached hereto as **Exhibit 1**, granting the Trustee permission to file his First Amended Complaint, a copy of which is attached hereto as **Exhibit 2**, pursuant to Rule 15 of the Federal Rules of Civil Procedure, applicable hereto by Rule 7015 of the Federal Rules of Bankruptcy Procedure. The Motion is supported by the *Memorandum of Points and Authorities in Support of Trustee's Motion to Amend Complaint* and the *Declaration of Pamela M. Egan in Support of Trustee's Motion to Amend Complaint*, filed herewith.

Wherefore, the Plaintiff respectfully requests that the Court grant the Motion, enter the proposed Order attached hereto as **Exhibit 1**, and grant such other and further relief as the Court deems necessary and just.

## NOTICE

If you wish to object to the foregoing Motion, an objection must be filed with the Court and served upon undersigned counsel by October 17, 2022. The Court may enter an Order without actual hearing or further notice unless a written objection is timely served and filed.

Dated: September 26, 2022                POTOMAC LAW GROUP PLLC

By:    s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

TRUSTEE'S MOTION TO
AMEND COMPLAINT AND NOTICE – Page 2