# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>              Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br>              Plaintiff,<br>  vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen,<br><br>              Defendants,<br><br>            - and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>              Nominal Defendant. | Adv. Case No. 20-80031<br><br>**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION TO AMEND COMPLAINT** |

[PROPOSED] ORDER GRANTING TRUSTEE'S
MOTION TO AMEND COMPLAINT – Page 1

This matter came before the Court upon the *Trustee's Motion to Amend Complaint and Notice* ("Motion") filed on September 26, 2022, ECF No. [*]. Based upon the Motion, the record before the Court, the testimony and arguments made and heard at any hearing on the Motion which are incorporated herein by reference as if set forth fully herein as provided in Rule 7052 of the Federal Rules of Bankruptcy Procedure, and finding that notice of the Motion was sufficient, the Court hereby ORDERS that:

1. The Motion is granted; and
2. The Trustee is authorized to file the First Amended Complaint, in substantially the form attached to the Motion as Exhibit 2.

/// **END OF ORDER** ///

**PRESENTED BY:**
Pamela M. Egan
Potomac Law Group PLLC
1905 7th Ave. W.
Seattle, WA 98110
Tel.: 415-297-0132
Email: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, as Chapter 11 Trustee, and Plaintiff*

[PROPOSED] ORDER GRANTING TRUSTEE'S
MOTION TO AMEND COMPLAINT – Page 2