Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **DECLARATION OF PAMELA M. EGAN IN SUPPORT OF TRUSTEE'S MOTION TO AMEND COMPLAINT** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

EGAN DECLARATION IN SUPPORT
OF TRUSTEE'S MOTION TO
AMEND COMPLAINT – Page 1

I, Pamela M. Egan, declare as follows:

1. I submit this declaration in support of the Trustee's *Motion to Amend Complaint* ("Motion"), filed on September 26, 2022.

2. My law firm, Potomac Law Group PLLC ("PLG"), is counsel to the Trustee. I am a partner in PLG.

3. The statements set forth herein are based on my personal knowledge or my review of the Debtor's books and records. If called as a witness, I would and could competently testify thereto.

4. A true and correct copy of the First Amended Complaint is attached to the Motion as **Exhibit 2**. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the First Amended Complaint.

5. In May 2022, I learned that a third-party vendor named Lighthouse Technology was in possession of 1 terabyte of information from Giga Watt's computers. These documents had been imaged during the SEC investigation and included emails of Giga Watt's employees and management between January 2017 and May 2018. Wilson Sonsini had commissioned this imaging, but was only in possession of a small fraction of these documents.

6. I obtained the Lighthouse Documents in readable form in late July 2022. The Trustee made the Lighthouse Documents available to Perkins at the same time that they became available to me. After processing, the reviewable

EGAN DECLARATION IN SUPPORT
OF TRUSTEE'S MOTION TO
AMEND COMPLAINT – Page 2

documents were reduced to 240 gigabytes of documents, comprising hundreds of thousands of documents.

7. After conferral between counsel regarding the Lighthouse Documents and the relationship between Perkins and Giga Watt as shown by the Lighthouse Documents, Perkins sent to me a packet of correspondence between Perkins and Giga Watt. This packet omitted the correspondence with the USSS and also omitted an email from Giga Watt's CFO to Ness stating his understanding that Ness was Giga Watt's point person "on all legal matters."

8. Perkins and the Trustee have agreed to negotiate a new discovery schedule after the Motion is resolved.

9. The Trustee will shortly file a motion to dismiss the arbitration appeal as moot based on the new facts alleged in the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of September 2022 in Seattle, Washington.

           s/ Pamela M. Egan

EGAN DECLARATION IN SUPPORT OF TRUSTEE'S MOTION TO AMEND COMPLAINT – Page 3