# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br>　　　　　　　　　　Debtor.<br>MARK D. WALDRON, as Chapter 7 Trustee,<br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br>　　　　　　　　　　Defendants<br>　and<br>THE GIGA WATT PROJECT, a partnership,<br>　　　　　　　　　　Nominal defendant. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**[PROPOSED] ORDER DENYING TRUSTEE'S MOTION TO AMEND COMPLAINT** |

This matter came for hearing pursuant to the Trustee's Motion to Amend Complaint (Dkt. 115).

[PROPOSED] ORDER DENYING TRUSTEE'S MOTION TO AMEND COMPLAINT - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 120-7    Filed 10/17/22    Entered 10/17/22 17:48:49    Pg 1 of 3

The Court, having considered the Motion, all supporting materials, Perkins' and Ness' briefing and materials submitted in opposition, HEREBY DENIES the Trustee's Motion to Amend Complaint.

///End of Order///

Presented By:

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
   Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
   Jofrey M. McWilliam, WSBA #28441
   1000 Second Avenue, 38th Floor
   Seattle, Washington 98104
   206-622-2000
   Fax:    (206)-622-2522
   Email:  bkeller@byrneskeller.com
   rcromwell@byrneskeller.com
   jmcwilliam@byrneskeller.com

MUNDING, P.S.

By /s/ John Munding
   John Munding, WSBA #21734
   309 E. Farwell Rd., Suite 310
   Spokane, Washington 99218
   509-590-3849
   Fax:    (509) 624-6155
   Email:  john@mundinglaw.com
*Attorneys for Perkins Coie LLP and Lowell Ness*

[PROPOSED] ORDER DENYING TRUSTEE'S
MOTION TO AMEND COMPLAINT - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 120-7    Filed 10/17/22    Entered 10/17/22 17:48:49    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

[PROPOSED] ORDER DENYING TRUSTEE'S MOTION TO AMEND COMPLAINT - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 120-7    Filed 10/17/22    Entered 10/17/22 17:48:49    Pg 3 of 3