Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: <br><br> GIGA WATT, Inc., a Washington corporation, <br><br> Debtor. | Case No. 18-03197 FPC 11 <br><br> The Honorable Frederick P. Corbit <br><br> Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, <br><br> Plaintiff, <br> vs. <br><br> PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen, <br><br> Defendants, <br><br> - and - <br><br> THE GIGA WATT PROJECT, a partnership, <br><br> Nominal Defendant. | Adv. Case No. 20-80031 <br><br> **EGAN DECLARATION IN SUPPORT OF TRUSTEE'S REPLY TO PERKINS' AND NESS' OPPOSITION TO TRUSTEE'S MOTION TO AMEND COMPLAINT** |

EGAN DECLARATION IN SUPPORT OF
TRUSTEE'S REPLY TO PERKINS'
AND NESS' OPPOSITION TO TRUSTEE'S
MOTION TO AMEND COMPLAINT

I, Pamela M. Egan, declare as follows:

1. I submit this declaration in support of the *Trustee's Reply to Perkins' and Ness' Opposition to Trustee's Motion to Amend Complaint* ("Reply") *Trustee's Request for Judicial Notice in Support of Trustee's Reply to Perkins' and Ness' Opposition to Trustee's Motion to Amend Complaint* ("RJN"), filed herewith. Unless otherwise defined herein, capitalized terms used in this Declaration have the meanings ascribed to them in the Reply or RJN, as applicable.

2. My law firm, Potomac Law Group PLLC ("PLG"), is counsel to the Trustee. I am a partner in PLG.

3. The statements set forth herein are based on my personal knowledge or my review of the books and records of Giga Watt, Inc. ("Giga Watt" or "Debtor"). If called as a witness, I would and could competently testify thereto.

4. A true and correct copy of the Turnover Request that I sent to Perkins on April 9, 2019 is attached to the Reply as Exhibit A. Perkins' email response is also included with Exhibit A. In addition, Perkins' counsel told me often and without qualification that Perkins had not represented Giga Watt. At one point, he said that Giga Watt was a stranger to Perkins.

5. In mid to late July 2022, Perkins' counsel and I simultaneously obtained access to the Lighthouse Documents. Within days of gaining access to the Lighthouse Documents, I informed Perkins' counsel that the Lighthouse

EGAN DECLARATION IN SUPPORT OF
TRUSTEE'S REPLY TO PERKINS'
AND NESS' OPPOSITION TO TRUSTEE'S
MOTION TO AMEND COMPLAINT      Page | 1

Documents contradicted Perkins' representations that it had not represented Giga Watt. I also told Perkins' counsel that the Lighthouse Documents created a "paradigmatic shift" in the Trustee's case.

6. Mr. Cromwell and I agreed to take the current Scheduling Order deadlines off the table. Mr. Cromwell volunteered that Perkins would not object to the amending of the complaint. I clarified whether Perkins needed to see the complaint beforehand. Mr. Cromwell said no. However, he needed to see the amended complaint before he could begin to structure a new discovery schedule with me.

7. On August 4, 2022, I sent a copy of the Usmanov Letter and all its exhibits to Mr. Cromwell by email. A true and correct copy of the Usmanov Letter is attached to the Reply as <u>Exhibit B</u>. A true and correct copy of the index of exhibits that accompanied the Usmanov Letter is also included with <u>Exhibit B</u>.

8. That same day, August 4, 2022, Perkins sent me a supplemental discovery disclosure. This supplemental discovery omitted emails from Perkins telling the United States Secret Service ("<u>USSS</u>") on the day that Perkins improperly released $5.4 million from the GW ICO escrow that Perkins represented Giga Watt.

9. The supplemental disclosure also omitted emails from Timur Usmanov to Ness introducing himself as the CFO of Giga Watt, Inc. and stating

EGAN DECLARATION IN SUPPORT OF
TRUSTEE'S REPLY TO PERKINS'
AND NESS' OPPOSITION TO TRUSTEE'S
MOTION TO AMEND COMPLAINT        Page | 2

1   that Usmanov considered Lowell Ness to be Giga Watt's "main contact person on

2   all out legal matters."

3       10.   On August 8, 2022, I further supplemented the Trustee's discovery

4   disclosures by sending the Perkins Letter to Perkins. A true and correct copy of

5   the Perkins Letter is attached to the Reply as <u>Exhibit C</u>. The index of exhibits that

6   accompanied the Perkins Letter is included with <u>Exhibit C</u>. However, to conserve

7   resources, the actual exhibits that the Trustee included with the Perkins Letter are

8   not included with the <u>Exhibit C</u>.

9       11.   I filed an amended pleading, on September 8, 2022, since withdrawn,

10   without a written consent or a motion for permission because Mr. Cromwell had

11   stated that Perkins did not need to see the amended before agreeing to its filing.

12   The timing of the filing related to certain discussions made during mediation.

13       12.   After reading the September 8, 2022 complaint, Mr. Cromwell

14   informed me that Perkins would be objecting after all. After further discussion

15   with Perkins, I filed the Motion and proposed First Amended Complaint.

16       13.   A true and correct copy of the *Order Denying Motion and Appeals*,

17   dated January 7, 2022, filed in the District Court in the appellate case, *Perkins

18   Coie LLP v. Mark D. Waldron, as Trustee*, Case No. 2:21-cv-00159-SAB, ECF

19   No. 21, is attached to the RJN as <u>Exhibit 1</u>.

20       14.   A true and correct copy of the Remand Motion is attached to the RJN

21   as <u>Exhibit 2</u>.

EGAN DECLARATION IN SUPPORT OF
TRUSTEE'S REPLY TO PERKINS'
AND NESS' OPPOSITION TO TRUSTEE'S
MOTION TO AMEND COMPLAINT     Page | 3

15. I filed the Motion in good faith.

16. Perkins has not conducted any depositions in this adversary proceeding. I have deposed Mr. Usmanov. That deposition has been continued and is not complete.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of October 2022 in Seattle, Washington.

                                  *s/ Pamela M. Egan*
                                  Pamela M. Egan

EGAN DECLARATION IN SUPPORT OF
TRUSTEE'S REPLY TO PERKINS'
AND NESS' OPPOSITION TO TRUSTEE'S
MOTION TO AMEND COMPLAINT      Page | 4