Bradley S. Keller, WSBA #10665
Ralph E. Cromwell, Jr., WSBA #11784
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
(206) 622-2000
Facsimile No.: (206) 622-2522

Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GIGA WATT, INC., a Washington corporation,<br><br>　　　　　　　　　　　Debtor. | No. 18-03197-FPC11<br><br>The Honorable Frederick P. Corbit<br><br>**CHAPTER 7**<br><br>Adv. Case No. 20-80031<br><br>**NOTICE OF NINTH CIRCUIT RULING** |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident; GIGA WATT PTE., LTD. a Singapore corporation; and ANDREY KUZENNY, a citizen of the Russian Federation;<br><br>　　　　　　　　　　　Defendants<br>　　and<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>　　　　　　　　　　　Nominal defendant. | |

NOTICE OF NINTH CIRCUIT
RULING - 1

Byrnes ♦ Keller ♦ Cromwell llp
38th Floor
1000 Second Avenue
Seattle, Washington  98104
(206) 622-2000

20-80031-FPC    Doc 125    Filed 10/28/22    Entered 10/28/22 15:23:56    Pg 1 of 6

Attached hereto and incorporated herein as Appendix "A" is a true and correct copy of the Ninth Circuit Order, entered October 28, 2022, ruling on the Trustee's Motion to Remand or, in the Alternative, Dismiss as Moot the pending appeal in this matter before the Ninth Circuit.

DATED this 28th day of October, 2022.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | MUNDING, P.S. |
| By /s/ Bradley S. Keller<br>　Bradley S. Keller, WSBA #10665<br>By /s/ Ralph E. Cromwell, Jr.<br>　Ralph E. Cromwell, Jr., WSBA #11784<br>By /s/ Jofrey M. McWilliam<br>　Jofrey M. McWilliam, WSBA #28441<br>　1000 Second Avenue, 38th Floor<br>　Seattle, Washington 98104<br>　206-622-2000<br>　Fax:　(206)-622-2522<br>　Email:　bkeller@byrneskeller.com<br>　rcromwell@byrneskeller.com<br>　jmcwilliam@byrneskeller.com | By /s/ John Munding<br>　John Munding, WSBA #21734<br>　309 E. Farwell Rd., Suite 310<br>　Spokane, Washington 99218<br>　509-590-3849<br>　Fax:　(509) 624-6155<br>　Email:　john@mundinglaw.com<br><br>*Attorneys for Perkins Coie LLP and Lowell Ness* |

NOTICE OF NINTH CIRCUIT RULING - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC    Doc 125    Filed 10/28/22    Entered 10/28/22 15:23:56    Pg 2 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

NOTICE OF NINTH CIRCUIT RULING - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

20-80031-FPC   Doc 125   Filed 10/28/22   Entered 10/28/22 15:23:56   Pg 3 of 6

# APPENDIX A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In the Matter of: GIGA WATT, INC., a Washington corporation,

Debtor,

------------------------------

MARK D. WALDRON, Chapter 7 Trustee,

Plaintiff-Appellee,

v.

PERKINS COIE LLP, a Washington limited liability partnership; LOWELL NESS, individual and California resident,

Defendants-Appellants,

and

GIGA WATT PTE., LTD., a Singapore corporation; ANDREY KUZENNY, a citizen of the Russian Federation,

Defendants.

No. 22-35104

D.C. No. 2:21-cv-00159-SAB
Eastern District of Washington, Spokane

ORDER

Trustee's opposed motion for remand or, in the alternative, to dismiss as moot is DENIED. Trustee's corresponding request for judicial notice in support of his motion for remand or, in the alternative, to dismiss as moot is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7