Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **NOTICE OF HEARING** |
| vs. | **Date:** November 15, 2022<br>**Time:** 1:30 p.m. |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen, | **Location:** Zoomgov.com or (669) 254-5252; Meeting ID: 1606922376 as set forth more fully below |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

NOTICE OF HEARING – Page 1

20-80031-FPC    Doc 126    Filed 10/31/22    Entered 10/31/22 16:11:17    Pg 1 of 2

**PLEASE TAKE NOTICE** that on **November 15, 2022 at 1:30 p.m.** a hearing by Zoom will take place on the *Trustee's Motion to Amend Complaint*, ECF No. 115, the *Trustee's Request for Judicial Notice*, ECF No. 123, and the *Trustee's Motion to Strike Affidavit of Ralph E. Cromwell*, ECF No. 124.

## ZOOM MEETING ACCESS

Topic: Judge Corbit recurring Zoom Meeting ID and Passcode
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376

One tap mobile
+16692545252,,1606922376# US (San Jose)
+16692161590,,1606922376# US (San Jose)

Dial by your location
 +1 669 254 5252 US (San Jose)
 +1 669 216 1590 US (San Jose)
 +1 551 285 1373 US
 +1 646 828 7666 US (New York)

Meeting ID: 160 692 2376

Find your local number: https://www.zoomgov.com/u/abY28Cfi9z

Dated: October 31, 2022      POTOMAC LAW GROUP PLLC

By:      s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

NOTICE OF HEARING – Page 2