# EXHIBIT 1

| | |
|---|---|
| **From:** | "Ness, Lowell D. (Perkins Coie)" <LNess@perkinscoie.com> |
| **Sent:** | Mon, 7 Aug 2017 22:18:23 +0000 |
| **To:** | "Timur Usmanov" <tu@giga-watt.com> |
| **Cc:** | "Cabou, Jean-Jacques "J" (Perkins Coie)" <JCabou@perkinscoie.com> |
| **Subject:** | RE: need your advice |

Hey Tim,

Looping in my partner J to help sort this out. He's the right guy to help if turns out to be legit, but I doubt it is. J, does this look legit to you?

**Lowell Ness** | **Perkins Coie LLP**
PARTNER
3150 Porter Drive
Palo Alto, CA 94304-1212
O. +1.650.838.4317
C. +1.650.868.3208
E. LNess@perkinscoie.com

Bio | Blog | Startup Percolator

**From:** Timur Usmanov [mailto:tu@giga-watt.com]
**Sent:** Monday, August 07, 2017 3:09 PM
**To:** Ness, Lowell D. (PAO) <LNess@perkinscoie.com>
**Subject:** need your advice

Hi Lowell,

My name is Tim, I'm the CFO at Giga Watt, Inc. Katrina referred to you as a main contact person who I could speak with on all our legal matters.

Several days ago we received an email supposedly sent by the U.S. Secret Service, asking us to share some sensitive information.

Please find below a copy of this email.

My main concern is that i) the email was sent to our "support@..." mail box, ii) the alleged USSS officer provided their cell number, iii) this so-called request is titled as "USSS Request" as if it was an official request, whereas there is no reference to a case number or any other reference that would make the request official, iv) the sender has put some other persons in CC, as though the request had been handled by a group of officers and hadn't been assigned to one particular officer.
In other words, this request looks more like a scam.

Having said that, I would like to ask for your professional opinion to be on the safe side. Please let us know if there is anything in that email that you think might require any further action from our side or we can just disregard that.

Exhibit 1, Page 1 of 2

20-80031-FPC   Doc 128-1   Filed 11/10/22   Entered 11/10/22 16:19:55   Pg 2 of 3

Lighthouse 0337991

Looking forward to your prompt response.

Thanks and best regards,

Tim





--
Best,

Tim Usmanov

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.