# Exhibit 2

| From: | "Cabou, Jean-Jacques \"J\" (Perkins Coie)" <JCabou@perkinscoie.com> |
|---|---|
| Sent: | Tue, 8 Aug 2017 16:19:41 +0000 |
| To: | "Ness, Lowell D. (Perkins Coie)" <LNess@perkinscoie.com>; "Timur Usmanov (tu@giga-watt.com)" <tu@giga-watt.com> |
| Subject: | FW: Secret Service Request |

Lowell and Tim,

I spoke just now with Ronan McGee, an intelligence analyst for the USSS. He confirmed this was a legit request and will be sending a subpoena from the US District Court in Kentucky for the records they want. I have asked that the subpoena be directed to me, as you can see below. McGee confirmed that GW is just a holder of information here, not a target or subject of the investigation.

So the play here is for us to be cooperative as long as possible, see what they want, and then get it to them if we have it. One thing I'd like to do is to review whatever agreement(s) or terms we would have with the individual in question to ensure that we have no self-imposed obligation to notify them of the subpoena.

Obviously I'd be happy to talk about any of this at your convenience.

Best

J

**Jean-Jacques "J" Cabou** | **Perkins Coie LLP**
PARTNER
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8003
F. +1.602.648.7003
E. JCabou@perkinscoie.com

---

**From:** Cabou, Jean-Jacques "J" (PHX)
**Sent:** Tuesday, August 08, 2017 9:16 AM
**To:** RONAN.MCGEE@USSS.DHS.GOV
**Cc:** Ness, Lowell D. (PAO); mark.coleman@usss.dhs.gov; seth.reister@usss.dhs.gov; nathaniel.moore@ky.gov
**Subject:** RE: Secret Service Request

Ronan and Team,

It was a pleasure to speak with Ronan briefly just now regarding this email that was directed to my partner, Lowell Ness, who is also copied here. As I explained to Ronan, our firm represents Giga Watt and I can accept service of a subpoena by email on its behalf. Please just send that to me.

We understand that the USSS and state authorities have reason to believe Giga Watt may hold certain records relevant to your investigation. Once we get the subpoena, we will work with the client to determine what if any responsive records we have and to produce them to you in a timely and convenient way.

Please let me know if you have any questions.

We look forward to working with you.

J

**Jean-Jacques "J" Cabou** | **Perkins Coie LLP**
PARTNER
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8003
F. +1.602.648.7003
E. JCabou@perkinscoie.com

---

**From:** RONAN MCGEE (CID) [mailto:RONAN.MCGEE@USSS.DHS.GOV]
**Sent:** Tuesday, August 08, 2017 8:19 AM
**To:** Ness, Lowell D. (PAO) <LNess@perkinscoie.com>
**Cc:** MARK COLEMAN (LEX) <mark.coleman@usss.dhs.gov>; SETH REISTER (LEX) <seth.reister@usss.dhs.gov>; nathaniel.moore@ky.gov
**Subject:** Secret Service Request

Good morning Lowell,

The U.S. Secret Service has an ongoing investigation in which a suspect's phone received a confirmation code from Cryptonomos. We believe the confirmation code to be related to the mining operations of the Cryptonomos / Giga Watt venture. We are interested in obtaining any and all information Cryptonomos / Giga Watt maintains on file for this specific phone number, particularly any bitcoin addresses.

We have attempted to contacted Cryptonomos directly multiple times, but they have thus far failed to respond to our inquiries. Our understanding is that you are the legal representative of Giga Watt.

As a result, could you please provide the appropriate Grand Jury subpoena contact information (e.g. physical address to include on the subpoena, email to which subpoena can be served, etc) for Cryptonomos / Giga Watt so that we may subpoena the information in question?

Thank you.

Ronan McGee
U.S. Secret Service – CID
Cell: 202-794-2515

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.