# EXHIBIT 3

| From: | "Timur Usmanov" <tu@giga-watt.com> |
|---|---|
| Sent: | Fri, 17 Nov 2017 03:32:52 +0000 |
| To: | "Angela Junkina" <angela@aa1solutions.com> |
| Cc: | "andrey@log77.net" <andrey@log77.net>; "anna" <anna@log77.net>; "Ekaterina Murko" <kate@aa1solutions.com>; "info@log77.net" <info@log77.net> |
| Subject: | Re: FW: GigaWatt: Bank Account openning |

Dear Angela,

thanks for the heads-up.
well noted regarding the accounts closure. please keep us in the loop as to a new European bank. I suppose it's going to be a Macedonian one.

As far as the declined wire for $600 is concerned - I haven't seen the amount credited back so far. But I've already arranged for the beneficiary name to be clarified. The point is that the payee's name is pretty weird, it's shown in the bill as a long word comprised from several words - WenzhouBlueskyIntellectualPropertyCo. When creating a payment order, I had to break it down into separate words as it didn't fit into one field. We'll see what they get back with.

Thanks

2017-11-16 18:33 GMT-08:00 Angela Junkina <angela@aa1solutions.com>:

>   Dear all,
>
>
>   **Bank Closure**
>

>   I would like to inform you that we were able to extend OCBC bank closure for another 2 weeks till 4th of December 2017.
>

>   The only condition that from 20th November onwards only outgoing transaction will be allowed. The bank won't accept the Incoming Funds.
>
>
>   We are expecting for the approval for the bank accounting opening in Europe. We will update as soon as we get information.
>
>
>   **Rejected Transfer**