# EXHIBIT 4

| | |
|---|---|
| **From:** | "Timur Usmanov" <tu@giga-watt.com> |
| **Sent:** | Tue, 5 Dec 2017 00:56:18 +0000 |
| **To:** | "Ekaterina Murko" <kate@aa1solutions.com> |
| **Cc:** | "Angela Junkina" <angela@aa1solutions.com> |
| **Subject:** | Re: FW: GigaWatt |

Dear ladies,

Would you please advise if you've got any update on the Macedonian bank account? Most probably we will have to release some funds from escrow later this week. So we'd definitely need a USD account to land the money.

On a different note - any word from the auditors that you wanted engage?

Thank you

On Tue, Nov 28, 2017 at 11:02 AM, Ekaterina Murko <kate@aa1solutions.com> wrote:

> Hi Tim,
>
> Update:
>
> Just received the conformation from Anna that she sent out the Documents as well.
>
> Thank you,
>
> Kind regards,
>
> Ekaterina
>
> ---
>
> **From:** Ekaterina Murko
> **Sent:** Tuesday, November 28, 2017 3:52 PM
> **To:** 'Timur Usmanov' <tu@giga-watt.com>; Angela Junkina <angela@aa1solutions.com>
> **Subject:** GigaWatt
>
> Dear Tim,