# EXHIBIT 5

Begin forwarded message:

**From:** Anton Orlov <ao@giga-watt.com>
**Date:** August 30, 2017 at 12:43:19 PDT
**To:** Dave Carlson <dave@giga-watt.com>
**Cc:** Timur Usmanov <tu@giga-watt.com>
**Subject: Andrey Kuzenny request for a help**

Hi Dave,

I have a request for help from Andrey Kuzenny on his immigration matters.
We need few forms to be signed by you ASAP and send over to his lawyers.
This is simple support form that is saying that company is supporting him as a specialist with extraordinary abilities and considered as a petitioner for him. There is no obligations for the company in any matter apart of being a supporter.
I am asking if you might have a minute to sign all those forms and ask someone in the office to send them with express courier services overnight delivery, please. This is very urgent and important. You know I would not ask you if it would not be that important. Thank you for your help. I will put Timur in a copy as we would also need two checks from company for the official fees to DHS, thus he may help to take care of that part.

Here is the instructions from lawyers:

**1. Please have Dave Carlson as the CEO sign and date all the forms and letters with following instructions:**

- G-28: print 3 copies, sign and date each on Page 3, Part 4, 3a & 3b;
- I-129: print 2 copies, sign and date each on Page 6, Part 7;
- O Sup: print 2 copies, sign and date each on Page 28, Section 2, Part 2;
- I-907: print 2 copies, sign and date each on Page 4, Part 3

**2. Issue company checks for filing fees payable to <u>US Department of Homeland Security</u>, separately, in the following amount:**

- I-129 filing fee: $460;
- I-907 premium processing: $1225.

**3. Mail checks and signed docs to my office at the following address:**
"Law Offices of Jacob Sapochnick
**ATTN: Suzanne Andersen**
1502 Sixth Avenue, San Diego, CA 92101"  tel.(619) 819 92 04

Thank you very much!

| From: | "Timur Usmanov" <tu@giga-watt.com> |
| --- | --- |
| Sent: | Thu, 2 Nov 2017 22:11:11 +0000 |
| To: | "Kristine Foreman" <kristine@giga-watt.com>; "Anton Orlov" <ao@giga-watt.com> |
| Subject: | Andrey Kuzenny |

Dear Kristine,



As you probably know, Andrey Kuzenny (one of our major shareholders) has to be legally employed with Giga Watt, Inc - our company that signed the petition when he was applying for a working visa. According to this petition, Andrey is supposed to be employed as the COO. Although Anton Orlov was recently introduced as the COO of GW, we understand that Adrey's appointment is a mere formality, rather than implication of actual duties. It should be the earliest possible date.

@Anton, please remind what Andrey's gross salary should be. I guess you also have his photo ID, or whatever document might be required to get Andrey enrolled.

Kindly let me know when Andrey is put on payroll at GW.

Thank you

--
Best,

Tim Usmanov

Lighthouse 0508131

| | |
|---|---|
| **From:** | "Mike Olmstead" <mike@giga-watt.com> |
| **Sent:** | Tue, 6 Feb 2018 21:09:55 +0000 |
| **To:** | "Craig Field" <Craig@mrandsins.com> |
| **Subject:** | Re: New Drivers |

One is our CFO (Tim) and the other is upper management.

Thanks,

On Tue, Feb 6, 2018 at 1:08 PM, Craig Field <Craig@mrandsins.com> wrote:

> Thank Mike,
>
> These two employees are just in sales right?  They are not putting together equipment or anything else?
>
>
> Mitchell, Reed & Schmitten Insurance
>
> 124 E Penny Rd, Suite 101
>
> Wenatchee, WA 98801
>
> 509-665-0500 (Main)
>
> 509-664-5448 ( Direct Line)
>
> 509-664-4004 (Fax)
>
> www.mrandsinsurance.com
>
>
>
> **From:** Mike Olmstead [mailto:mike@giga-watt.com]
> **Sent:** Tuesday, February 06, 2018 12:52 PM
> **To:** Craig Field <Craig@mrandsins.com>
> **Subject:** Re: New Drivers

Lighthouse 0638319

The email below is from an external source. Please DO NOT open attachments or click links from an unknown or suspicious origin.

Here is the info on the 2 CA employees:



Andrey Kuzenny  Hire 12/11/2017 Mo Gross wage $15,000.00 80hrs/wk

Timur Usmanov   11/12/17   $15.000.00 80hrs/wk

Let me know if you need anything else.

Mike

On Tue, Feb 6, 2018 at 11:44 AM, Craig Field <Craig@mrandsins.com> wrote:

> Hey Mike,
>
> Travelers can do the Workers Comp for down in California so I
> will need the names of the employees, hire date, how much
> they make per month gross wage and how many hours a week they
> work.  Thanks Mike!
> Craig
>
>
> Mitchell, Reed & Schmitten Insurance
>
> 124 E Penny Rd, Suite 101
>
> Wenatchee, WA 98801
>
> 509-665-0500 (Main)
>
> 509-664-5448 ( Direct Line)
>
> 509-664-4004 (Fax)
>
> www.mrandsinsurance.com