# EXHIBIT 6

20-80031-FPC    Doc 128-7    Filed 11/10/22    Entered 11/10/22 16:19:55    Pg 1 of 2

**From:** Timur Usmanov [mailto:tu@giga-watt.com]
**Sent:** Wednesday, December 27, 2017 1:28 PM
**To:** Anzhey
**Subject:** Fwd: payroll

FYI


---------- Forwarded message ----------
From: **Mike Olmstead** <mike@giga-watt.com>
Date: Tue, Dec 26, 2017 at 5:13 PM
Subject: Re: payroll
To: Timur Usmanov <tu@giga-watt.com>

Hi Tim,

Hope your holidays went well.

Please see the attached reports for payroll this week. Taxes look to be about an additional $32k.

Thanks, Mike


On Tue, Dec 26, 2017 at 3:27 PM, Timur Usmanov <tu@giga-watt.com> wrote:
Guys, could you please email me the current payroll spreadsheet.
Andrey Kuzenny, our shareholder, expects to get paid as well.


--
Mike Olmstead - Accountant
Giga Watt, Inc
mike@giga-watt.com
509-904-1664



--
Best,

Tim Usmanov

EXHIBIT 6  Page 1 of 1

20-80031-FPC    Doc 128-7    Filed 11/10/22    Entered 11/10/22 16:19:55    Pg 2 of 2
Lighthouse 0595975