# EXHIBIT 7

| From: | "Timur Usmanov" <tu@giga-watt.com> |
|---|---|
| Sent: | Tue, 12 Sep 2017 18:48:27 +0000 |
| To: | "Anzhey" <anzhey@zooominc.com> |
| Subject: | Re: Policies & Procedures |

Thanks Anzhey.

Actually I thought it would something more detailed and specifically designed for financial depts. You know who I have to deal with - stupid people. It should be a mixture of Holly Bible and a manual for a coffee machine, so that it could be both strict and straightforward, no room for creativity, like in the army.

**Hiring** - all positions are subject to CFO approval and consent.
**Budgeting** - at least 2-month payment schedule/cash flow forecast approved by CFO.
**Payments** - any payments, other than payroll, in excess of $5K as a lump sum or $20K as a series of related transactions subject to CFP consent.
**Banking cards** - no debit cards. Credit cards - apart from shareholders', there should be 2 credit cards - i) one for online subscriptions, ii) the second for offline and online purchases - home depot, amazon, etc.
**Checks** - first making a journal entry (expense) in QB, then writing a paper check. Paper checks can be written only in those cases, where a wire transfer or ACH is not accepted by the payee.

We can also add something about working schedule, response time, setting priorities and stuff.

What do you think?


On Tue, Sep 12, 2017 at 10:47 AM, Anzhey <anzhey@zooominc.com> wrote:

> Tim.
>
> Attached are a few samples of policies & procedures I have created for a company I worked for.
>
> Take a look and let me know if this format will be ok, or you want to change it in which way.
>
>
>
>
> Sincerely,

EXHIBIT 7  Page 1 of 2

20-80031-FPC   Doc 128-8   Filed 11/10/22   Entered 11/10/22 16:19:55   Pg 2 of 3
Lighthouse 0414002



**Anzhey Barantsevich**

President

ZOOOM, Inc.

16577 Bosque Dr.

Encino, CA 91436

Tel +1  818 606-8603

anzhey@zooominc.com


This E-mail and any of its attachments may contain ZOOOM, Inc, proprietary information, which is privileged, confidential, and/or subject to copyright law, belonging to ZOOOM, Inc., its affiliates or clients. This E-mail is intended solely for the use of the individual or entity to which it is addressed.   If you are not the intended recipient of this E-mail, any dissemination, distribution, copying, or action taken in relation to this E-mail is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and destroy any printout.


--
Best,

Tim Usmanov

EXHIBIT 7  Page 2 of 2

20-80031-FPC    Doc 128-8    Filed 11/10/22    Entered 11/10/22 16:19:55    Pg 3 of 3

Lighthouse 0414003