# EXHIBIT 8

20-80031-FPC    Doc 128-9    Filed 11/10/22    Entered 11/10/22 16:19:55    Pg 1 of 4

| | |
|---|---|
| **From:** | "Timur Usmanov" <tu@giga-watt.com> |
| **Sent:** | Mon, 31 Jul 2017 21:55:47 +0000 |
| **To:** | "Andrey Kuzenny" <ak@giga-watt.com> |
| **Subject:** | Re: Tim's bank details |

Gagarina str., 38 -130,
Reutov 143966,
Russia

On Mon, Jul 31, 2017 at 2:50 PM, Timur Usmanov <tu@giga-watt.com> wrote:
Timur Usmanov

LV98MULT1010634780010

SWIFT: MULTLV2X

AS Meridian Trade Bank
57 Elizabetes Str., Riga, Latvia, LV-1772

--
Best,

Tim Usmanov



--
Best,

Tim Usmanov

# Pamela M. Egan

**From:** Timur Usmanov <tim.usmanoff@gmail.com>
**Sent:** Monday, March 14, 2022 10:08 AM
**To:** Pamela M. Egan
**Cc:** Ralph Cromwell; Elon Berk
**Subject:** Re: GW/PC

⚠️ **EXTERNAL**

Dear Pamela,

Thank you for your explanation. I did receive compensation from Andrew Kuzenny and Cryptonomos, but those payments would not be reflected in my bank records. As I said in the deposition, I received a salary from GigaWatt, Inc and occasionally received some cash from Kuzenny. All my bank records would show are direct deposits from GigaWatt, Inc (Wenatchee), occasional cash deposits (with no reference to Cryptonomos or Kuzenny) and other unrelated transactions.

If it's evidence of who paid my salary you're looking for, I'm happy to turn over my W-2 from GigaWatt, Inc (Wenatchee). Adrey Kuzenny and Cryptonomos did not send me an information return at the end of the year. My bank records and tax returns (aside from the GigaWatt, Ic W-2) don't contain the information you are looking for. And I'm hesitant to disclose that information for privacy and confidentiality reasons; I do not want my personal records to end up in the public realm.

Best,

Tim

On Wed, Mar 9, 2022 at 9:13 AM Pamela M. Egan <pegan@potomaclaw.com> wrote:
> Dear Mr. Usmanov,
>
> Thank you for your response.
>
> Your bank records for the period May 2017 through September 2018 are relevant to the Debtor's financial affairs. Section 542(e) of title 11 of the United States Code requires any person holding recorded information relating to the debtor's financial affairs to turn over those records to the Trustee.
>
> You were the Chief Financial Officer ("CFO") for the Debtor. You received compensation from Cryptonomos Pte. Ltd., Andrey Kuzenny and Giga Watt, Inc. How much and by whom the Debtor's CFO was paid is relevant to the Debtor's financial affairs.
>
> In addition to the turnover power, the Trustee has subpoena power. Here, the Trustee and Perkins each have the power to subpoena documents that are relevant to the issues in the litigation between them. Perkins Coie LLP has asserted that Giga Watt, Inc., GigaWatt Pte. Ltd., and Cryptonomos Pte. Ltd. were separate entities with separate roles in the GW ICO. Its involvement, it asserts, is limited to GigaWatt Pte. Ltd. and Cryptonomos Pte. Ltd. Evidence that Cryptonomos Pte. Ltd and Andrey Kuzenny paid all or part of your salary would tend to undermine this argument.

1

EXHIBIT 8   Page 2 of 3

20-80031-FPC    Doc 128-9    Filed 11/10/22    Entered 11/10/22 16:19:55    Pg 3 of 4

In addition to your bank statements for the period May 2017 through September 2018, please also provide your federal U.S tax returns for the years 2017 and 2018, which would further confirm the source of your salary. If you wish, the Trustee can agree to terms of confidentiality as necessary and appropriate to protect your privacy.

The Trustee's investigation is ongoing. The Trustee may make further requests for information in the future.

Pam Egan

Get [Outlook for iOS](#)

---

**From:** Timur Usmanov <tim.usmanoff@gmail.com>
**Sent:** Tuesday, March 8, 2022 2:16:10 PM
**To:** Pamela M. Egan <pegan@potomaclaw.com>
**Cc:** Ralph Cromwell <rcromwell@byrneskeller.com>; Elon Berk <eberk@crimlawla.com>
**Subject:** Re: GW/PC

⚠️ **EXTERNAL**

Dear Pamela,

As I already mentioned in one of my previous email, I don't have any of Giga Watt's bank records.

Best,

> On Mar 8, 2022, at 11:19, Pamela M. Egan <pegan@potomaclaw.com> wrote:
>
> Dear Mr. Usmanov,
>
> Please produce all your bank records for the period May 2017 through September 2018. You may do so voluntarily, or I can subpoena them. If you wish to receive a subpoena, you can be served in person or by email.
> Please tell me how you wish to proceed.
>
> Pamela Egan
>
> **Pamela M. Egan** | Partner | Potomac Law Group, PLLC
> Tel: (415) 297-0132 | Fax: (202) 318-7707
> pegan@potomaclaw.com | www.potomaclaw.com
>
> <Picture (Device Independent Bitmap) 1.jpg>
>
> *This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*