# EXHIBIT 9

| From: | "Dave Carlson" <dave@giga-watt.com> |
|---|---|
| Sent: | Thu, 8 Feb 2018 17:51:46 +0000 |
| To: | "Ed Khaptahaev" <ek@cryptonomos.com> |
| Cc: | "Timur Usmanov" <tu@giga-watt.com>; "Leonid Markin" <lm@cryptonomos.com>; "Andrey Kuzenny" <ak@giga-watt.com>; "Anton Orlov" <ao@giga-watt.com> |
| Subject: | Re: GW Inc FY2017 financials |

I'd like to get an analysis of cost per watt on a pod and

On Feb 8, 2018 1:19 AM, "Ed Khaptahaev" <ek@cryptonomos.com> wrote:
> Почему такие маленькие цифры в отчете? Доходы и расходы 3-4 мио в год
>
> Отправлено с iPhone
>
> > 8 февр. 2018 г., в 0:52, Timur Usmanov <tu@giga-watt.com> написал(а):
> >
> > Dear colleagues,
> >
> > Please find attached Giga Watt, Inc financials for the year ended December 31, 2017. Although the statements fairly represent the company's financial condition and operating results, they remain subject to further minor changes.
> > Net operating loss totaling -$1,3M is a normal financial result for a young corporation. Moreover, this loss can and will be carried over into further tax years, which is supposed to reduce our taxable income in the next fiscal years.
> >
> > I'd like to draw your attention to the crypto balance (other property), which in USD term amounts to $716K as of December 31, 2017. As you surely know, the only source of receivable crypto is hosting revenue, i.e. the amounts withheld from the customers' rewords. These amounts, reflected in the company's books, are based on the excel spreadsheets I receive from Olesya on a monthly basis, and my concern is that I can't control or otherwise verify the revenue stream in crypto other than just post the numbers in our books as is. We should keep in mind that sooner or later we will have to get all the declared crypto in the company's wallet.
> > Another reason why I care about this is that our hosting revenue doesn't correlate with the money we pay for electricity. Of course, it goes without saying that MLDC1 costs us a lot, but we also have to make sure that the amounts shown in Olesya's spreadsheets are true and correct.
> >
> > On a different note, I would like to ask you to share your thoughts regarding further funding of Pangborn construction project. If we still want to stick with the plan to complete 24 pods till the end of May, we'll have to pay approx $11M within 3 months. Since we've got only $5M left in escrow and considering a tremendous fall of all cryptos that would be very hard to fulfill. Please advise if we need to slow down or maybe put the brakes on some construction processes.
> > Should you have any queries or if there is anything I can help you with, please let me know.
> >

| From: | "Timur Usmanov" <tu@giga-watt.com> |
|---|---|
| Sent: | Tue, 17 Apr 2018 04:44:13 +0000 |
| To: | "Anton Orlov" <ao@giga-watt.com> |
| Subject: | Re: Missing miners/data & payout follow up |

Hi Anton,

Unfortunately, I've got no tools to check if we have undistributed crypto or any excess thereof. Neither have I access to GW wallet.
Do you think Olesya might be of any help? If she can say what crypto and how much we owe this client, we certainly can transfer the amount due. Needless to say that this transaction should be handled by Singapore, i.e. the Washington entity must not be envolved.

Sent from my iPhone

On Apr 16, 2018, at 23:48, Anton Orlov <ao@giga-watt.com> wrote:

> Tim, there is a client has quite a few miners hosted and mining at our facility. For some period of time few of his miners seemed to mine to our pool but he never got any rewards mined for that. We tried to make an audit but it never lead to any results as the amount of data and the way it is stored does not allow us to figure out if we have all he had mined in our main hot wallet or not.
> Dave suggested we need to pay that guy.
> Is there any possible way to figure out if we have some undistributed bitcoins in our GW wallet?
>
> Thank you.
>
> Best regards,
> Anton Orlov
>
> ---------- Forwarded message ----------
> **From:** Dave Carlson <dave@giga-watt.com>
> **Date:** Apr 15, 2018, 8:35 PM -0700
> **To:** Anton Orlov <ao@giga-watt.com>
> **Subject:** Fwd: Missing miners/data & payout follow up
>
>> Simon's payout address.
>>
>> Please let me know how this progresses
>>
>> ---------- Forwarded message ---------
>> From: Simon Dix <simon@simondix.co.za>
>> Date: Sun, Apr 15, 2018, 10:28 PM