# EXHIBIT F

District Court Appeal No. 2:21-cv-00291-SAB
District Court Appeal No. 2:22-cv-00040-SAB
[Bankruptcy Court Case No. 18-03197-FPC7, Adv. Proceeding No. 21-80053]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GIGA WATT, INC., a Washington corporation,

                                      Debtor.

JUN DAM,

                                      Appellant,

vs.

MARK D. WALDRON, Chapter 7 Trustee,

                                      Appellee.

**APPELLANT'S APPENDIX**
**VOLUME 1 OF 2**

| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP | WESTERN WASHINGTON LAW |
| Timothy G. Blood |   GROUP PLLC |
| Leslie E. Hurst | DENNIS J. MCGLOTHIN (#28177) |
| Thomas J. O'Reardon II | ROBERT J. CADRANELL (41773) |
| Paula R. Brown | P.O. Box 468 |
| 501 West Broadway, Suite 1490 | Snohomish, WA   98291 |
| San Diego, CA   92101 | Tel: 425/728-7296, ext. 4 |
| T: 619/338-1100 | dennis@westwalaw.com |
| F: 619/338-1101 | robert@westwalaw.com |
| tblood@bholaw.com | docs@westwalaw.com |
| lhurst@bholaw.com | |
| toreardon@bholaw.com | |
| pbrown@bholaw.com | |

*Attorneys for Appellant JUN DAM*

Exhibit F, Page 1 of 2

| | |
|---|---|
| Pamela M. Egan, WSBA No. 54736<br>POTOMAC LAW GROUP PLLC<br>1905 7th Ave. W<br>Seattle, WA 98119<br>Telephone: (415) 297-0132<br>Email: pegan@potomaclaw.com<br>*Attorneys for Mark D. Waldron, Chapter 7 Trustee* | CONFIDENTIAL |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>　　　　Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, a citizen of the Russian Federation,<br><br>　　　　Defendants,<br><br>　　- and -<br><br>THE GIGA WATT PROJECT, a partnership,<br><br>　　　　Nominal Defendant. | Adv. Case No. 20-80031<br><br>[ALL HYPERLINKS]<br><br>AMENDED VERIFIED COMPLAINT FOR (I) BREACH OF FIDUCIARY DUTY TO GIGA WATT, INC., (DEFENDANT PERKINS COIE LLP AND LOWELL NESS) (II) AIDING AND ABETTING GIGA WATT PTE. LTD.'S BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT PERKINS COIE LLP AND LOWELL NESS), (III) BREACH OF FIDUCIARY DUTY TO GIGA WATT (DEFENDANT GIGA WATT PTE. LTD. )AND (IV) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY (DEFENDANT ANDREY KUZENNY) |

[HYPERLINKS] VERIFIED COMPLAINT – Page 1

Exhibit F, Page 2 of 2