# EXHIBIT H

20-80031-FPC    Doc 130-8    Filed 11/10/22    Entered 11/10/22 16:36:33    Pg 1 of 3

JASON T. PISKEL, WSBA #35398
Email: jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
Email: ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for David M. Carlson,
Enterprise Focus, Inc., and Clever Capital, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197-FPC11 |
| GIGA WATT, INC., | **Adv. No. 19-80012-FPC** |
| Debtor. | Chapter 11 |
| MARK D. WALDRON, in his capacity as the duly-appointed Chapter 11 Trustee, | **DEFENDANTS DAVID M. CARLSON, ENTERPRISE FOCUS, INC. AND CLEVER CAPITAL, LLC'S MEMORANDUM RE: SHOW CAUSE** |
| Plaintiff, | |
| v. | |
| DAVID M. CARLSON and JANE DOE 1, individually and on behalf of the marital estate; ENTERPRISE FOCUS, INC., a Washington corporation; CLEVER CAPITAL, LLC, a Washington limited liability company; JEFFREY FIELD; | |

DEFENDANTS DAVID M. CARLSON - 1

| | |
|---|---|
| 1 | ROB TRAVIS; and JANE DOES 2 through 15, |
| 2 | ) ) ) |
| 3 | Defendants. ) |

4  In accordance with the Court's Amended Order to Show Cause for

5  Preliminary Injunction and Temporary Restraining Order (ECF No. 19),

6  Defendants David M. Carlson, Enterprise Focus, Inc. and Clever Capital,

7  LLC, by and through their attorneys of record, respectfully submit their

8

9  Memorandum Re: Show Cause.

10  **I.  INTRODUCTION**

11  The injunctive relief Plaintiff requests is an attempted end-run

12  around the Bankruptcy Code's requirements that apply to assumption of

13  executory contracts including, specifically, nonresidential leases of real

14  property. The Trustee made the business decision to not assume any of

15  the TNT Facility leases in which Giga Watt, Inc. had asserted an interest.

16  Not having been assumed within the time required, they are rejected.

17  Nevertheless, to regain the opportunity to control the facility, with Mr.

18  Carlson as his target, Plaintiff commenced this proceeding and obtained

19  a temporary restraining order. The evidence to be presented at the show

20  cause hearing, however, will demonstrate that Plaintiff is not entitled to

21  the extraordinary equitable relief of a preliminary injunction.

DEFENDANTS DAVID M. CARLSON - 2



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935