# EXHIBIT I

20-80031-FPC    Doc 130-9    Filed 11/10/22    Entered 11/10/22 16:36:33    Pg 1 of 2



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT INC.,<br><br>                Debtor. | Case No. 18-03197-FPC11 |
| JUN DAM,<br><br>                Plaintiff,<br>v.<br><br>MARK D. WALDRON, in his capacity as the duly appointed Chapter 11 Trustee, PAMELA M. EGAN, individually and on behalf of, THE POTOMAC LAW GROUP and CKR LAW LLP,<br><br>                Defendants. | Adversary No. 20-80020-FPC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

## SUMMARY

Mr. Jun Dam, a creditor, commenced this adversary action because he objected to the sale of Debtor's assets by Mark D. Waldron, the duty appointed Chapter 11 Trustee. However, the facts as pleaded by Plaintiff, are insufficient to