# EXHIBIT J


# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>               Debtor. | Case No. 18-03197-FPC<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO INCUR AND PAY EXPENSES INCIDENT TO DISCOVERY IN PERKINS ADVERSARY** |

This matter came before the Court pursuant to the *Trustee's Motion for Authority to Incur and Pay Expenses Incident to Discovery in Perkins Adversary* ("Motion"), dated April 20, 2022, as well as the supporting declaration of Mark D. Waldron.

Pursuant to Rule 52 of the Federal Rules of Civil Procedure, applicable herein by Rule 7052 of the Federal Rules of Bankruptcy Procedure, any oral ruling by this Court at a hearing on the Motion shall constitute its findings of fact and conclusions of law, as supplemented in this Order, and such findings of fact

ORDER GRANTING
TRUSTEE'S MOTION FOR
AUTHORITY TO INCUR AND
PAY ADMINISTRATIVE EXPENSES – Page 1

Exhibit J, Page 1 of 4

| | | 1 | and conclusions of law are incorporated herein by reference as if set forth fully |
| | | 2 | herein. |
| | | 3 | The Court FINDS that the expenses described in the Motion are necessary |
| | | 4 | and reasonable and that there are sufficient funds in the estate to pay these |
| | | 5 | expenses. The Court further FINDS that notice was proper, reasonable, and |
| | | 6 | sufficient. |
| | | 7 | WHEREFORE, the Court ORDERS as follows: |
| | | 8 | 1. The Motion is granted. |
| | | 9 | 2. The Trustee is authorized but not required to pay up to $32,107 in |
| | | 10 | discovery expenses, itemized as follows: |

| | Comments | Subtotal | Total |
|---|---|---|---|
| **Incurred Deposition Expense – Timur Usmanov** | Transcript: | $1,925.75 | |
| | Video: | $1,737.50 | |
| | One half the cost of the interpreter; Perkins Coie LLP ("Perkins") has agreed to pay the other half | $843.75 | $4,507.00 |
| **Anticipated Deposition Expenses** | **1**. Timur Usmanov (cont'd) – Giga Watt CFO from 1/1/2017 to 8/15/2017 (circa) | $1,000.00 | |
| | **2**. David Carlson, Giga Watt's CEO from 1/1/2017 to 8/15/2017 (circa) | $2,500.00 | |

ORDER GRANTING
TRUSTEE'S MOTION FOR
AUTHORITY TO INCUR AND
PAY ADMINISTRATIVE EXPENSES – Page 2

| | Comments | Subtotal | Total |
|---|---|---|---|
| | 3. Mike Olmstead, a governor of Giga Watt who worked in the accounting department | $2,500.00 | |
| | 4. Jeff Field – actively involved in construction of new facilities for WTT tokens | $2,500.00 | |
| | 5. Travis Hibbard, principal of LT Equities LLC and Talos Construction, Inc. – who built the Giga Pods | $2,500.00 | |
| | 6. Katrina Arden – attorney for Giga Watt, Inc. before and during GW ICO (introduced the escrow concept to the GW ICO) | $2,500.00 | |
| | 7. Lowell Ness – attorney at Perkins Coie overseeing escrow | $2,500.00 | **$16,000.00** |

[*This Order continues on the next page.*]

ORDER GRANTING
TRUSTEE'S MOTION FOR
AUTHORITY TO INCUR AND
PAY ADMINISTRATIVE EXPENSES – Page 3

|  | Comments | Subtotal | Total |
|---|---|---|---|
| **E-Disc. Processing** | Lighthouse, extraction, and processing as described in Section III hereof. | $9,600.00 | $9,600.00 |
| **Misc**. | Circle, Intuit, and LT Equities, reasonable subpoena expense | $2,000.00 | $2,000.00 |
|  |  |  | $32,107.00 |

///END OF ORDER///

Presented by:
Pamela M. Egan (WSBA No. 54736)
1905 7th Ave. W
Seattle, WA 98119
Tel.: (415) 297-0132
Fax.: (202) 318-7707
E: pegan@potomaclaw.com

*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

ORDER GRANTING
TRUSTEE'S MOTION FOR
AUTHORITY TO INCUR AND
PAY ADMINISTRATIVE EXPENSES – Page 4

Exhibit J, Page 4 of 4