Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **NOTICE OF CHANGE OF ORAL ARGUMENT DATE ON APPEAL** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, GIGA WATT PTE., LTD., a Singapore corporation, and ANDREY KUZENNY, individual and Russian citizen, | |
| Defendants, | |
| - and - | |
| THE GIGA WATT PROJECT, a partnership, | |
| Nominal Defendant. | |

NOTICE OF CHANGE OF ORAL
ARGUMENT DATE – Page 1

**TO THE HONORABLE FREDERICK P. CORBIT:**

**PLEASE TAKE NOTICE** that the oral argument on Perkins' appeal regarding arbitration pending before the United States Court of Appeals for the Ninth Circuit, Case No. 22-35104, has been changed from December 6, 2022 at 9;30 a.m. to December 7, 2022, pursuant to the electronic notification attached hereto as **Exhibit A**. The Court of Appeals may also decide the matter on the briefs without oral argument per the attached notice.

Dated: November 23, 2022           POTOMAC LAW GROUP PLLC

                         By:      s/ Pamela M. Egan
                                  Pamela M. Egan (WSBA No. 54736)
                                  *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

NOTICE OF CHANGE OF ORAL
ARGUMENT DATE – Page 2