# EXHIBIT A

20-80031-FPC    Doc 133-1    Filed 11/23/22    Entered 11/23/22 09:00:57    Pg 1 of 3

# Pamela M. Egan

| | |
|---|---|
| **From:** | ca9_ecfnoticing@ca9.uscourts.gov |
| **Sent:** | Tuesday, November 22, 2022 12:08 PM |
| **To:** | Pamela M. Egan |
| **Subject:** | 22-35104 In re: Mark D. Waldron, et al v. Perkins Coie LLP, et al "NOTICE -- Oral Argument Schedule" |

⚠ **EXTERNAL**

> TLS ENCRYPTION FAILED: This message was sent in clear text. Sender's email system does not support TLS encryption. Be cautious when replying with sensitive information.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 11/22/2022 at 12:08:27 PM Pacific Standard Time and filed on 11/22/2022

**Case Name:** In re: Mark D. Waldron, et al v. Perkins Coie LLP, et al
**Case Number:** [22-35104](#)

**Docket Text:**
Notice of Oral Argument on Wednesday, December 7, 2022 - 09:30 A.M. - Courtroom 1 - Scheduled Location: San Francisco CA.
The hearing time is the local time zone at the scheduled hearing location.

View the Oral Argument Calendar for your case **here**.

NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, you may have the option to appear in person at the Courthouse or remotely by video. Anyone appearing in person must review and comply with our Protocols for In Person Hearings, available **here**. At this time, an election to appear remotely by video will not require a motion. The court expects and supports the fact that some attorneys and some judges will continue to appear remotely. If the panel determines that it will hold oral argument in your case, the Clerk's Office will contact you directly at least two weeks before the set argument date to review any requirements for in person appearance or to make any necessary arrangements for remote appearance.

Please note however that if you do elect to appear remotely, the court **strongly prefers** video over telephone appearance. Therefore, if you wish to appear remotely by telephone you will need to file a motion requesting permission to do so.

Be sure to review the **GUIDELINES** for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).

If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 28 days before Wednesday, December 7, 2022. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12594027]. [22-35104] (KS)

**Notice will be electronically mailed to:**

Mr. Jason W. Anderson, Attorney: anderson@carneylaw.com, saiden@carneylaw.com
Honorable Stanley Allen Bastian, Chief District Judge: Stan_Bastian@waed.uscourts.gov
Mr. Ralph E. Cromwell, Jr., Attorney: rcromwell@byrneskeller.com, ssandusky@byrneskeller.com
Ms. Pamela Marie Egan, Bankruptcy Counsel: pegan@potomaclaw.com
Mr. Michael Barr King, Attorney: king@carneylaw.com, saiden@carneylaw.com
Jofrey M. McWilliam: jmcwilliam@byrneskeller.com, ssandusky@byrneskeller.com, docket@byrneskeller.com
Mr. John D. Munding, Attorney: john@mundinglaw.com, karen@mundinglaw.com

Exhibit A, Page 2 of 2