Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>      Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br>      Plaintiff,<br>  vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, and TIMUR USMANOV, an individual and Russian citizen,<br><br>      Defendants. | Adv. Case No. 20-80031<br><br>**CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT** |

  I, Pamela M. Egan, certify that I am more than 18 years of age and not a party to the above-captioned main case or adversary proceeding. I further certify that service of the (1) Summons in an Adversary Proceeding, ECF No 136; and

CERTIFICATE OF SERVICE

(2) First Amended Complaint, ECF No. 135 was made on November 30, 2022 by first class United States mail, postage fully pre-paid to the address listed below:

Mr. Timur Usmanov
7415 West 80th Street
Los Angeles, CA 90045.

| | |
|---|---|
| Dated: December 1, 2022 | POTOMAC LAW GROUP PLLC |
| | By: _____s/Pamela M. Egan_____ |
| | Pamela M. Egan (WSBA No. 54736) |
| | *Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff* |

CERTIFICATE OF SERVICE