LF 7016-1 (5/16)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 18-03197-FPC11 |
| | ) | |
| Giga Watt, Inc., a Washington Corporation | ) | |
| Debtor(s) | ) | Adv. Proc. No. 20-80031-FPC |
| | ) | |
| Mark D. Waldron, as Chapter 7 Trustee | ) | |
| Plaintiff(s) | ) | **NOTICE OF SCHEDULING** |
| v. | ) | **CONFERENCE** |
| Perkins Coie LLP; Lowell Ness; and Timur | ) | |
| Usmanov, individual and Russian citizen | ) | |
| Defendant(s) | ) | |

PLEASE TAKE NOTICE THAT a scheduling conference has been set for February 14, 2023 at 1:30PM on the above-entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP 16(b).

PLEASE TAKE FURTHER NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys.

The parties shall confer as required by FRCP 26(f).  In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorneys of record shall file a written report as contemplated by FRCP 26(f).

Each party shall also certify that he or she considered mediation to resolve the dispute by filing ADR Form 2, Certificate of Compliance with LBR 9019-2.

To be included in the scheduling conference, each party must visit www.Zoom.gov or call 669-254-5252, Meeting ID: 160 692 2376 at the designated time referred to above.  If you should have any questions, please call Jolene Britton at (509) 458-5346.

The written report is due no later than February 9, 2023.

Dated: December 13, 2022

                                                      Clerk, U.S. Bankruptcy Court

                                        by:   /s/Nydia Urlacher
                                        Deputy Clerk