Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 FPC 11 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| Debtor. | Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee, | Adv. Case No. 20-80031 |
| Plaintiff, | **TRUSTEE'S MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR MISJOINDER; NOTICE THEREON** |
| vs. | |
| PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, and TIMUR USMANOV, an individual and Russian citizen, | |
| Defendants. | |

Mark D. Waldron, in his capacity as the duly appointed Chapter 7 Trustee, by and through his attorneys, the Potomac Law Group PLLC, hereby moves for entry of an Order dismissing the Third-Party Complaint filed by Perkins Coie LLP and Lowell Ness on December 7, 2022. ECF No. 139. This Motion is supported

**TRUSTEE'S MOTION TO
DISMISS THIRD-PARTY COMPLAINT
FOR MISJOINDER; NOTICE THEREON** – Page 1

by the Memorandum of Points and Authorities, Request for Judicial Notice ("RJN"), and Declaration of Pamela M. Egan ("Egan Decl."), filed herewith. The ground for the Motion is that the Third-Party Complaint does not meet the elements of Fed.R.Civ.P. 19 as set forth more fully in the accompanying Memorandum of Points and Authorities. In particular, but without limitation, any interest in the GW ICO trust asserted by Mr. Dam and the purported class of WTT Token holders is void pursuant to prior Order of this Court. And this Court has already ruled that Mr. Dam's other claims are enjoined pending resolution of this adversary proceeding.

Wherefore, the Plaintiff respectfully requests that the Court grant the Motion, dismiss the Third-Party Complaint, and grant such other and further relief as the Court deems necessary and just.

## NOTICE

**If you wish to object to the foregoing Motion, an objection must be filed and served upon undersigned counsel by January 3, 2023**. If no objection is received, then the Court may enter an Order without actual hearing or further notice unless a written objection is timely served and filed.

Dated: December 13, 2022          POTOMAC LAW GROUP PLLC

By:   s/ Pamela M. Egan
Pamela M. Egan (WSBA No. 54736)
*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

**TRUSTEE'S MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR MISJOINDER; NOTICE THEREON** – Page 2