Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
*Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>    Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br>    Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, and TIMUR USMANOV, an individual and Russian citizen,<br><br>    Defendants. | Adv. Case No. 20-80031<br><br>**EGAN DECLARATION IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS THIRD-AMENDED COMPLAINT FOR MISJOINDER** |

I, Pamela M. Egan, declare as follows:

1. I submit this declaration in support of the *Trustee's Motion to Dismiss Third-Party Complaint for Misjoinder* ("Motion"), filed herewith. Unless otherwise defined herein, capitalized terms used in this Declaration have the meanings ascribed to them in the Motion.

EGAN DECLARATION IN SUPPORT
OF TRUSTEE'S MOTION TO
DISMISS THIRD-PARTY
COMPLAINT FOR MISJOINDER -- Page | 1

2. My law firm, Potomac Law Group PLLC ("PLG"), is counsel to the Trustee. I am a partner in PLG.

3. The statements set forth herein are based on my personal knowledge or my review of the books and records of Giga Watt, Inc. ("Giga Watt" or "Debtor"). If called as a witness, I would and could competently testify thereto.

1. A true and correct copy of the *Class Action Complaint*, filed in the United States District for the Eastern District of Washington ("District Court") on December 16, 2020, Case No. 2:20-cv-00464-SAB, ECF No. 1, is attached as Exhibit 1 to the Request for Judicial Notice, filed herewith, in support of the Motion.

2. A true and correct copy of the *Order Cancelling Status Conference; Striking Motions; Staying Case,* filed in the District Court on August 1, 2022, Case No. 2:21-cv-00291-SAB, ECF No. 56, is attached as Exhibit 2 to the Request for Judicial Notice, filed herewith, in support of the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December 2022 in Seattle, Washington.

*s/ Pamela M. Egan*
Pamela M. Egan

EGAN DECLARATION IN SUPPORT
OF TRUSTEE'S MOTION TO
DISMISS THIRD-PARTY
COMPLAINT FOR MISJOINDER -- Page | 2