Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
 *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br>　　　　　　　Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br>　　　　　　　Plaintiff,<br>　vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership; LOWELL NESS, an individual and California resident; and TIMUR USMANOV, an individual and Russian citizen,<br>　　　　　　　Defendants. | Adv. Case No. 20-80031<br><br>**TRUSTEE'S NOTICE OF NINTH CIRCUIT RULING DISMISSING ARBITRATION APPEAL** |

**PLEASE TAKE NOTICE** that the United States Court of Appeals for the Ninth Circuit has dismissed as moot the appeal by Perkins Coie LLP and Lowell Ness of the District Court's *Order Denying Motions and Appeals*, dated January 7,

TRUSTEE'S NOTICE OF NINTH
CIRCUIT RULING DISMISSING
ARBITRATION APPEAL – P a g e  |  **1**

1  2022, ECF No. 21, of the U.S. District Court, E.D. Washington which affirmed
2  this Court's *Order Denying Perkins' and Ness' Motion to Compel Arbitration and*
3  *Stay*, dated April 22, 2021, ECF No. 51.

4  A copy of the Court of Appeals' unpublished opinion is attached hereto as
5  **Exhibit A**.

7  December 23, 2022        POTOMAC LAW GROUP PLLC

                            By:   س/ Pamela M. Egan
                            _____
                            Pamela M. Egan (WSBA No. 54736)
                            *Attorneys for Mark D. Waldron, Chapter 7*
                            *Trustee, Plaintiff*

TRUSTEE'S NOTICE OF NINTH
CIRCUIT RULING DISMISSING
ARBITRATION APPEAL – P a g e | **2**