2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 18-03197-FPC11 |
| Giga Watt, Inc., a Washington Corporation | ) | |
| Debtor(s) | ) | Adv. Proc. No. 20-80031-FPC |
| Mark D. Waldron, as Chapter 7 Trustee | ) | |
| Plaintiff(s) | ) | |
| v. | ) | **SUMMONS IN AN ADVERSARY** |
| Perkins Coie LLP; Lowell Ness; and Timur Usmanov, individual and Russian citizen | ) | **PROCEEDING** |
| Defendant(s) | ) | |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:  United States Bankruptcy Court
                                      Eastern District of Washington
                                      PO Box 2164
                                      Spokane, WA 99210-2164

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:
          Pamela Marie Egan/Potomac Law Group
          1905 7th Ave. W
          Seattle, WA 98119

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: January 4, 2023



Clerk, U.S. Bankruptcy Court

by: /s/Cassandra Rehn
Deputy Clerk

SUMMONS IN AN ADVERSARY PROCEEDING - 1