Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, as Ch. 7 Trustee,*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, TIMUR USMANOV, an individual and Russian citizen,<br><br>Defendants. | Adv. Proc. No. 20-80031<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE – Page 1

I, Pamela M. Egan, certify that I am more than 18 years of age and not a party to the above-captioned main case or adversary proceeding. I further certify that service of the following documents filed in the above-captioned case

- Summons (Reissued), ECF No. 148
- First Amended Complaint, ECF No. 135
- Notice of Scheduling Conference, ECF No. 140

was made on January 5, 2023 by First Class United States Postal Service mail, postage fully pre-paid in sealed envelopes at the address listed below:

Timur Usmanov
40168 Annapolis Dr.
Temecula, CA 92591

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed this 11th day of January 2023 in Seattle, Washington.

s/ Pamela M. Egan

Pamela M. Egan (WSBA No. 54736)
Potomac Law Group PLLC
1905 7th Avenue W.
Seattle, WA 98119

CERTIFICATE OF SERVICE – Page 2