REID G. JOHNSON, WSBA #44338
ZAINE M. YZAGUIRRE, WSBA #58265
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
rjohnson@lukins.com
zyzaguirre@lukins.com

Attorneys for Defendant Timur Usmanov

Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

GIGA WATT, Inc., a Washington corporation,

　　　　　　　　Debtor.

---

MARK D. WALDRON, as Chapter 7 Trustee,

　　　　　　　　Plaintiff,

v.

PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, individual and California resident, and TIMUR USMANOV, individual and Russian citizen,

　　　　　　　　Defendants,

NO. 18-03197 FPC 11

ADV. No. 20-80031

NOTICE OF APPEARANCE

TO:  Plaintiff, Mark D. Waldron, and to Pamela M. Egan, your attorney:

NOTICE OF APPERANCE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

02635621  2/2/23

YOU WILL PLEASE TAKE NOTICE that the above-named Defendant, TIMUR USMANOV, without waiving objections as to insufficiency of process or service of process or of jurisdiction, hereby enters his appearance in the above cause and requests that all further pleadings and papers herein (except process) be served upon her attorneys, Lukins & Annis, P.S., at the address below stated.

DATED this 2nd day of February, 2023

LUKINS & ANNIS, P.S.

By _____
REID G. JOHNSON, WSBA#44338
ZAINE M. YZAGUIRRE, WSBA #58265

NOTICE OF APPERANCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

02635621 2/2/23

20-80031-FPC   Doc 153   Filed 02/03/23   Entered 02/03/23 10:58:03   Pg 2 of 3

## CERTIFICATE OF SERVICE

I certify that on February 3, 2023, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send electronic notification of the filing to the following: N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Pamela M. Egan, WSBA No. 54736
Potomac Law Group LLC
1905 7th Ave W.
Seattle, WA 98119

Signed this 3rd day of February, 2023 at Spokane, Washington.

_____
TESSA L. MCCOY

NOTICE OF APPERANCE: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

02635621 2/3/23