Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC
1905 7th Ave. W.
Seattle, WA 98119
Telephone: (415) 297-0132
Email: pegan@potomaclaw.com
  *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, Inc., a Washington corporation,<br><br>                    Debtor. | Case No. 18-03197 FPC 11<br><br>The Honorable Frederick P. Corbit<br><br>Chapter 7 |
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership, LOWELL NESS, an individual and California resident, and TIMUR USMANOV, an individual and Russian citizen,<br><br>                    Defendants. | Adv. Case No. 20-80031<br><br>**JOINT STATUS REPORT** |

Mark D. Waldron, Chapter 7 Trustee, on the one hand, and Perkins Coie LLP and Lowell Ness, on the other, have conferred pursuant to this Court's Notice of Scheduling Conference, ECF No. 140. The Honorable Benjamin P. Hursh, as mediator, is continuing to make progress toward a global settlement of the above-captioned adversary proceeding and the action brought by Jun Dam, on behalf of

**JOINT STATUS CONFERENCE STATEMENT** – Page 1

all WTT holders, that is currently pending in the U.S. District Court for the Eastern District of Washington, *Dam v. Perkins Coie LLP*, Case No. 20-cv-464-SAB.

The undersigned parties wish to allow that process to continue until this Friday, February 10, 2023 and to submit a follow up report to this Court on Monday, February 13, 2023, before 12:00 p.m. Pacific Standard Time.

Dated: February 7, 2023

POTOMAC LAW GROUP PLLC

By: *s/ Pamela M. Egan*
Pamela M. Egan, WSBA No. 54736

*Attorneys for Mark D. Waldron, Chapter 7 Trustee, Plaintiff*

BYRNES KELLER CROMWELL LLP

By: *s/ Ralph E. Cromwell, Jr.*
Ralph E. Cromwell, Jr., WSBA No. 11784
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Tel.: 206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com

*Attorneys for Perkins Coie LLP and Lowell Ness, Defendants*

**JOINT STATUS CONFERENCE STATEMENT** – Page 2