1 Bradley S. Keller, WSBA #10665
2 Ralph E. Cromwell, Jr., WSBA #11784
  Jofrey M. McWilliam, WSBA #28441
3 Byrnes Keller Cromwell LLP
4 1000 Second Avenue, 38th Floor
  Seattle, WA 98104
5 (206) 622-2000
6 Facsimile No.: (206) 622-2522
7 Attorneys for Perkins Coie LLP

The Honorable Frederick P. Corbit
Chapter: 7

9

10 In Re:
   GIGA WATT, INC., a Washington
11 corporation,
                          Debtor.
12 MARK D. WALDRON, as Chapter 7
13 Trustee,
                          Plaintiff,
14     vs.
15 PERKINS COIE, LLP, a Washington
16 limited liability partnership; LOWELL
   NESS, individual and California resident;
17 and TIMUR USMANOV, individual and
   Russian Citizen;
18
19                      Defendants
20 PERKINS COIE, LLP, a Washington
   limited liability partnership; LOWELL
21 NESS,
                  Third-Party Defendants
22    vs.
23 JUN DAM, Individually and as
   Representative of a Class of Similarly
24 Situated Token Purchasers
25              Third-Party Defendant
26

No. 18-03197-FPC7

The Honorable Frederick P. Corbit

**CHAPTER 7**

Adv. Case No. 20-80031

**TRUSTEE'S AND PERKINS
SUBMISSION REGARDING
SCHEDULING CONFERENCE**

The Trustee, Jun Dam as class representative, and Perkins Coie, started a mediation process in Seattle on January 20, 2023, under the direction of Bankruptcy Judge, Hursh. The parties have made progress and are continuing to engage in the mediation process in good faith with the assistance of Judge Hursh. The parties suggest that the scheduling conference, now set for February 14, 2023, be continued for two weeks to let the process continue. A brief continuance of the scheduling conference may also assist counsel for Timor Usmanov, a newly joined party, to familiarize themselves with the proceedings to date.

DATED this 13th day of February, 2023.

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr., WSBA #11784
By /s/ Jofrey M. McWilliam
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    206-622-2000
    Fax:    (206)-622-2522
    Email:    bkeller@byrneskeller.com
rcromwell@byrneskeller.com
jmcwilliam@byrneskeller.com

POTOMAC LAW GROUP PLLC

By /s/ Pamela M. Egan
    Pamela M. Egan, WSBA #54736
    1905 7th Ave. W.
    Seattle, WA 98119
    Tel.: 415-297-0132
    Email: pegan@potomaclaw.com
    *Attorneys for Mark D. Waldron, as*
    *Ch. 7 Trustee*

MUNDING, P.S.

By /s/ John Munding
    John Munding, WSBA #21734
    309 E. Farwell Rd., Suite 310
    Spokane, Washington 99218
    509-590-3849
    Fax:    (509) 624-6155
    Email:    john@mundinglaw.com
    *Attorneys for Perkins Coie LLP*
    *and Lowell Ness*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By /s/ Ralph E. Cromwell, Jr.
    Ralph E. Cromwell, Jr.
*Attorneys for Plaintiffs*
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
Email: rcromwell@byrneskeller.com