1

Pamela M. Egan, WSBA No. 54736
POTOMAC LAW GROUP PLLC

2

2212 Queen Anne Blvd., #836
Seattle, WA 98109

3

Telephone: (415) 297-0132
Email: pegan@potomaclaw.com

4

 *Attorneys for Mark D. Waldron, Chapter 7 Trustee*

5

6

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

7

8

In re:

| Case No. 18-03197 FPC 11

9

GIGA WATT, Inc., a Washington
corporation,

The Honorable Frederick P. Corbit

10

Debtor.

Chapter 7

11

MARK D. WALDRON, as Chapter 7
Trustee,

Adv. Case No. 20-80031

12

**NOTICE OF CHANGE OF
ADDRESS**

13

Plaintiff,

vs.

14

15

PERKINS COIE LLP, a Washington
limited liability partnership,
LOWELL NESS, individual and
California resident, and TIMUR
USMANOV, individual and Russian
citizen,

16

17

18

Defendants.

19

 PLEASE TAKE NOTICE that the mailing address for Pamela M. Egan of

20

Potomac Law Group, PLLC, counsel to Mark D. Waldron, as the Chapter 7

21

Trustee ("Trustee"), has changed. The new address is **2212 Queen Anne Blvd.**

22

23

24

NOTICE OF CHANGE OF ADDRESS – Page 1

25

1  **N., #836, Seattle, Washington 98109**. Counsel's email, telephone and fax

2  numbers remain unchanged.

3  Dated: April 3, 2023          POTOMAC LAW GROUP PLLC

4
                               By:    ____s/ Pamela M. Egan_____
5                                     Pamela M. Egan (WSBA No. 54736)
                                      *Attorneys for Mark D. Waldron, Chapter 7*
6                                     *Trustee, Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  NOTICE OF CHANGE OF ADDRESS – Page 2

25

1

4829-0015-9698, v. 1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    – Page 1

25